UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:14MJ0175 AGF (DDN) |
| | ) | |
| MARK PALMER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## GOVERNMENT'S ENTRY OF APPEARANCE

COMES NOW Jennifer A. Winfield, Assistant United States Attorney, and enters her appearance on behalf of the United States as co-counsel along with AUSA James C. Delworth, who has already entered his appearance in the above-referenced matter.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney


s/ Jennifer A. Winfield
JENNIFER A. WINFIELD, #53350MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, MO 63102
(314) 539-5893

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2014, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

    Attorney(s) of Record for the defendants

                                                     s/ Jennifer A. Winfield
                                                     JENNIFER A. WINFIELD, #53350MO
                                                     Assistant United States Attorney