UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:14-CR-175-AGF-DDN |
| | ) |
| MARK PALMER, | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

COMES NOW N. Scott Rosenblum, and hereby enters his appearance on behalf of the Defendant in the above-styled cause.

Respectfully submitted,

ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC

By:   /s/ N. Scott Rosenblum
N. SCOTT ROSENBLUM, #33390 MO
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile (314)862-8050
Email: srosenblum@rsrglaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:14-CR-175-AGF-DDN |
| | ) |
| MARK PALMER, | ) |
| | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2012, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. James Delworth, Ms. Erin Granger, and Ms. Jennifer Winfield, assistant United States attorneys.

**Entry of Appearance**

ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC

By: /s/ N. Scott Rosenblum
N. SCOTT ROSENBLUM, #33390 MO
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile (314)862-8050
Email: srosenblum@rsrglaw.com