UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:14-CR-175-AGF-DDN |
| | ) |
| MARK PALMER, | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

COMES NOW Joel J Schwartz, and hereby enters his appearance on behalf of the

Defendant in the above-styled cause.

Respectfully submitted,

ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC

By:     /s/ Joel J Schwartz
        JOEL J SCHWARTZ, #39066 MO
        Attorney for Defendant
        120 S. Central Avenue, Suite 130
        Clayton, Missouri 63105
        (314) 862-4332/Facsimile (314)862-8050
        Email: jschwartz@rsrglaw.com

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:14-CR-175-AGF-DDN |
| | ) |
| MARK PALMER, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2012, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. James Delworth, Ms. Erin Granger, and Ms. Jennifer Winfield, assistant United States attorneys.


**Entry of Appearance**


ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC


By:    /s/ Joel J Schwartz
       JOEL J SCHWARTZ, #39066 MO
       Attorney for Defendant
       120 S. Central Avenue, Suite 130
       Clayton, Missouri 63105
       (314) 862-4332/Facsimile (314)862-8050
       Email: jschwartz@rsrglaw.com