# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:14CR00175 AGF |
| ) | |
| MARK PALMER, et al. ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that the foregoing action has been commenced and is now pending in the United States District Court for the Eastern District of Missouri between the parties named above. The property whose title is at issue in that action is located at 660 Erica Drive, Granite City, Illinois, 62040 being further described as:

> Lot 94 in emerald meadows plat 3, a subdivision in the east half of section 15, township 3 north, range 9 west of the third principal meridian according to the plat thereof recorded in plat cabinet 62 page 145, (excepting therefrom the coal, gas, oil and other mineral rights conveyed, excepted or reserved in prior conveyances, if any) in Madison County, Illinois,

with all appurtenances, improvements and fixtures thereon.

The action, which is criminal action against defendants Mark Palmer, Anthony Palmer, Samuel Leinicke, Charles Wolfe, Robert Wolfe, and Joseph Gabrick, seeks that any right, title, and

interest in the property at issue be condemned and forfeited to the United States of America and as such is an action affecting the title to said property.

For further information concerning this proceeding, reference may be had to the records of the Clerk of the United States District Court for the Eastern District of Missouri, Eastern Division, St. Louis, Missouri.

Dated: June 18, 2014.                                   Respectfully submitted,

                                                        RICHARD G. CALLAHAN
                                                        United States Attorney

                                                        */s/ Jennifer A. Winfield*
                                                        JENNIFER A. WINFIELD, #53350MO
                                                        Assistant United States Attorney
                                                        111 South 10th Street, Suite 20.333
                                                        Saint Louis, Missouri 63102
                                                        Telephone:   (314) 539-2200
                                                        Facsimile:   (314) 539-2312