**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:14CR00175 AGF |
| | ) |
| MARK PALMER, et al. | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF LIS PENDENS**

NOTICE IS HEREBY GIVEN that the foregoing action has been commenced and is now pending in the United States District Court for the Eastern District of Missouri between the parties named above. The property whose title is at issue in that action is approximately 21.13 acres located in the Carmi Township, White County, Illinois, Parcel No. 13-22-300-007, being further described as:

> Part of the West Half (W 1/2) of the Southwest Quarter (SW 1/4) of Section Twenty-two (22), Township Five (5) South, Range Nine (9) East of the Third Principal Meridian, in White County, Illinois and more particularly described as follows:
> Commencing at an existing Two (2) inch diameter Iron Pipe found at the Southwest Corner of said West Half (W 1/2) of the southwest Quarter (SW 1/4) of Section 22-5-9; thence on an assumed bearing of North 00 degrees 00 minutes 00 seconds East along the West Line of said West Half (W 1/2) of the Southwest Quarter (SW 1/4) of Section 22-5-9 a distance of 1507.81 feet to a Spike Nail found in the center of County Road 900E on the Northwesterly Right-of-Way Line of Illinois Highway One (1) and this Point

being the Point of Beginning; thence continuing North 00 degrees 00 minutes 00 seconds East along said center of County Road 900E and also along said West Line of the West Half (W 1/2) of the Southwest Quarter (SW 1/4) of Section 22-5-9 a distance of 1120.21 feet to an existing Railroad Spike found in the intersection of said County Road 900E and County Road 1350N at the Northwest Corner of said West Half (W 1/2) of the Southwest Quarter (SW 1/4) of Section 22-5-9; thence North 89 degrees 45 minutes 50 seconds East along the North Line of said west Half (W 1/2) of the Southwest Quarter (SW 1/4) of Section 22-5-9 and also along said County Road 1350N a distance of 1326.45 feet to an existing Spike Nail found at the Northeast Corner of said West Half (W 1/2) of the Southwest Quarter (SW 1/4) of Section 22-5-9; thence South 00 degrees 03 minutes 39 seconds East along the East Line of said West Half (W 1/2) of the Southwest Quarter (SW 1/4) of section 22-5-9 a distance of 327.38 feet to an existing Concrete Right-of-Way Marker found on said East Line of the West Half (W 1/2) of the Southwest Quarter (SW 1/4) of Section 22-5-9 and this Point also being on said Northwesterly Right-of-Way Line of Illinois Highway One (1); thence along the following calls on said Northwesterly Right-of-Way Line; South 67 degrees 55 minutes 13 seconds West a distance of 194.68 feet; thence South 64 degrees 44 minutes 32 seconds West a distance of 402.00 feet; thence South 59 degrees 01 minute 54 seconds West a distance of 200.00 feet; thence South 44 degrees 41 minutes 50 seconds West a distance of 313.66 feet; thence South 56 degrees 01 minutes 32 seconds West a distance of 409.53 feet; thence North 77 degrees 36 minutes 57 seconds West a distance of 31.58 feet to an existing Concrete Right-of-Way Marker found on said Northwesterly Right-of-Way Line of Illinois Highway One (1); thence South 74 degrees 52 minutes 51 seconds West along said Northwesterly Right-of-Way Line of Illinois Highway One (1) a distance of 20.94 feet to the Point of Beginning, containing 21.13 acres, more or less.

Except any interest in the coal, oil, gas and other minerals underlying the land which have been heretofore conveyed or reserved in prior conveyances, and all rights and easements in favor of the estate of said coal, oil, gas and other minerals, if any,

with all appurtenances, improvements and fixtures thereon.

The action, which is criminal action against defendants Mark Palmer, Anthony Palmer, Samuel Leinicke, Charles Wolfe, Robert Wolfe, and Joseph Gabrick, seeks that any right, title, and interest in the property at issue be condemned and forfeited to the United States of America and as such is an action affecting the title to said property.

For further information concerning this proceeding, reference may be had to the records of the Clerk of the United States District Court for the Eastern District of Missouri, Eastern Division, St. Louis, Missouri.

Dated: June 18, 2014.                                          Respectfully submitted,

                                                               RICHARD G. CALLAHAN
                                                               United States Attorney

                                                                */s/ Jennifer A. Winfield*
                                                               JENNIFER A. WINFIELD, #53350MO
                                                               Assistant United States Attorney
                                                               111 South 10th Street, Suite 20.333
                                                               Saint Louis, Missouri 63102
                                                               Telephone:     (314) 539-2200
                                                               Facsimile:     (314) 539-2312