UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:14 CR 175 AGF / DDN |
| MARK PALMER, et al., | ) |
| Defendants. | ) |

**GOVERNMENT'S MOTION FOR PRETRIAL DETERMINATION BY COURT OF THE ADMISSIBILITY OF EVIDENCE AND ADMISSIBILITY OF DEFENDANT'S STATEMENTS PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3501**

COMES NOW the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and the undersigned Assistant United States Attorney for said District and files its request for a pretrial determination of the admissibility of evidence described in the Government's Disclosure of Arguably Suppressible Evidence pursuant to Federal Rule of Criminal Procedure 12(b)(4) and a pretrial determination of the admissibility of defendant's statements pursuant to Title 18, United States Code, Section 3501.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

_/s/ James C. Delworth_
Assistant United States Attorney
111 South Tenth Street
St. Louis, Missouri 63130
(314) 539-6212

Signed on June 25, 2014.