UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
Courtroom Minute Sheet – Criminal Case

Date **June 25, 2014**   Judge **David D. Noce – 17N**   Case No. **4:14 cr 175 AGF / DDN**

**UNITED STATES OF AMERICA v.** **Mark Palmer**

Court Reporter _____   Deputy Clerk **Katie Stamm**

Assistant United States Attorney(s) **James Delworth**

Attorney(s) for Defendant(s) **Marc Johnson**

Interpreter: _____   □ **SEALED PROCEEDING**

**Proceedings:**

□ Initial Appearance  □ Detention Hearing  □ Preliminary Revocation
   □ Supervised Release Revocation  □ Bond Review  □ Probation
**X** Arraignment  □ Bond Revocation  □ Supervised Release
□ Preliminary Examination  □ Bond Execution/Appearance Bond  □ Competency
□ Motion Hearing  □ In Court Hrg (**WAIVER OF MOTIONS**)  □ Pretrial/Status Conference
   □ Evidentiary Hearing  □ Change of Plea/Sentencing  □ Material Witness
   □ Oral Argument  □ Rule 5(c)(3)Removal (Identity)

_____
_____
_____

□ Oral Motion for appointment of counsel (GRANTED)   □ Defendant is advised of rights/indicates understanding of those rights.

□ Bail/Bond set in the amount of: _____   □ Secured Appearance Bond   □ Secured by 10%

   □ Secured by cash **only**   □ Secured by property   □ Unsecured bond   □ O/R bond

□ Government filed motion for pretrial detention. Detention hearing scheduled for _____ Before _____

□ Preliminary examination   □ Preliminary Revocation   □ Detention hearing set for _____ Before _____

**X** Defendant arraigned   **X** Waives reading of indictment/information   □ Matter taken under advisement

**X** Plea entered : **Not Guilty**   Order on pretrial motions:   □ issued   □ to issue

   **X** Written Mtn for Suppression by defendant
   **X** Written Motion for Time to File Pretrial Motions by defendant ( 11/ 17 /14)
   **X** Written Mtn for Determination of Arguably Suppressible Evidence by government

□ Defendant waives _____   □ order to issue   □ oral ruling

□ Defendant waives evidentiary hearing   □ By leave of court withdraws all pretrial motions

**Trial date/time** _____   Before _____

Final Supervised Release Revocation Hearing set for _____ Before _____

   □ Remanded to **CUSTODY**   **X** Released on **BOND**

Next hearing date/time **to be set**   Type of hearing **Evidentiary**   Before **DDN**

Proceeding commenced **10:26** a.m.   Proceeding concluded **10:28** a.m.