## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MARK PALMER, et al., | ) |
| | ) |
| Defendants. | ) |

No. 4:14 CR 175 AGF / DDN

## MOTION OF DEFENDANT MARK PALMER TO SUPPRESS
## STATEMENTS AND OTHER EVIDENCE

Comes now defendant Mark Palmer by and through undersigned defense counsel, and moves the Court generally, perhaps to be followed up with a more specific documentary motion, for an order suppressing any arguably suppressible evidence, including without limitation any statements and other evidence unlawfully acquired by the government which the government intends to offer into evidence at trial and to conduct a pretrial evidentiary hearing on this motion.

Supporting authority will be provided after further review and an evidentiary hearing at which time the circumstances of the instant case may be established. The attorney for the defendant has personally conferred with the assistant United States Attorney regarding this matter and has a good faith belief this information and evidence exists.

Attorney for Defendant Mark Palmer

Signed on June 25, 2014.