UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ANWER RAO, et al., ) | Case No.  4:14CR0150 JAR/TCM |
| GREG SLOAN, et al., ) | Case No.  4:14CR0152 RWS/NCC |
| MARK PALMER, et al., ) | Case No.  4:14CR0175 AGF/DDN |
| PAMELA TABATT, et al., ) | Case No.  4:14CR0187 JAR/DDN |
| ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Courts have appointed a lead CJA attorney in each of the above-referenced cases: Levell Littleton, John Lynch, Jason Korner, and Chris Goeke.  These four attorneys are directed to appear in the chambers of United States Magistrate Judge Noelle C. Collins on **July 8, 2014**, at **2:30 p.m.** to discuss the status of the coordinated effort to review discovery in the four above-referenced cases.

SO ORDERED:

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 26th day of June, 2014.