UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:14CR00175 AGF (DDN) |
| | ) | |
| | ) | |
| MARK PALMER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## GOVERNMENT'S DISCLOSURE OF ARGUABLY SUPPRESSIBLE EVIDENCE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 12(b)(4)

COMES NOW the United States of America by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and James C. Delworth, Assistant United States Attorneys for said District, and makes the following disclosure pursuant to Federal Rule of Criminal Procedure 12(b)(4).

At trial, the Government intends to use the evidence seized and statements made by the defendants during the events described in the attached chart(s).  This evidence and these statements are more fully set forth in the investigative reports which will be made available to defendants.  The defendant or defendants indicated that have standing represents the government's position with respect to standing as to each event and is not intended to preclude any defendant from filing a motion to suppress.

As additional evidence is found, and as supplemental information comes to the Government's attention, the Government may choose to use evidence in addition to that listed in

the attached chart(s).  If the Government chooses to use additional evidence, a supplemental Rule 12(b)(4) notice will be filed.

                Respectfully submitted,

                RICHARD G. CALLAHAN
                United States Attorney

                s/ James C. Delworth
                JAMES C. DELWORTH, #29702MO
                Assistant United States Attorney
                111 South 10th Street, 20th Floor
                St. Louis, MO 63102
                (314) 539-6242

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 16, 2014, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

    Attorneys of record for all defendants.

                                                                 s/ James C. Delworth
                                                                 JAMES C. DELWORTH, #29702MO
                                                                 Assistant United States Attorney