**United States v. PALMER, et al.**
No. 4:14CR00175 AGF (DDN)

| Date Executed | Event | LOCATION/DESCRIPTION | Witness | Defendants against whom evidence will be introduced |
|---|---|---|---|---|
| 01/2013 - 04/2013 | Trash Runs | Evidence collected from trash runs executed at 1901 Williamstown Drive, St. Peters, MO | S/A Anderson | All Defendants |
| 04/2013 - 09/08/2013 | Trash Runs | Evidence collected from trash runs executed at 13761 - 13765 St. Charles Rock Road, Bridgeton, MO | S/A Anderson | All Defendants |
| 1/26/2013 | Border Search | Seizure of parcel addressed to Mark Palmer, Paggregate, 1138 Germantown, Cordova, TN | TBD | All Defendants |
| 4/23/2013 | Border Search | Seizure of parcel addressed to Tony Palmer, 4117 Hillsboro Pike, Nashville, TN | TBD | All Defendants |
| 4/23/2013 | Border Search | Seizure of parcel was addressed to TONY PALMER at 2817 West End Ave., Apt/Suite # 126-225 Nashville, Tennessee, 37203 | TBD | All Defendants |
| 5/7/2013 | 2:13-CV-02976 JPM_Seizure Warrant | 170,000.00 in US FUNDS FROM ACCOUNT ********3741 HELD IN THE NAME PSYCHEDELIC BLUR, LLC AT BANK OF AMERICA | DEA TFO Richardson | All Defendants |
| 6/13/2013 | Statement (no audio/video) | Statement of Anthony Palmer | S/A | Anthony Palmer |
| 7/12/2013 | 13-SW-124_Search Warrant | UPS Store, 6025 Stage Road, Bartlett, TN | S/A House | All Defendants |
| 8/14/2013 | Electronic Surveillance Devices | Installation of electronic surveillance devices at 13761 and 13765 St. Charles Rock Rd., Bridgeton, MO | S/A Anderson | All Defendants |
| 8/14/2013 | Electronic Surveillance Devices | Installation of electronic surveillance devices at 13765 St. Charles Rock Rd., Bridgeton, MO | S/A House | All Defendants |
| 9/12/2013 | Border Search | Seizure of parcel addressed to Tony Palmer, 1355 Bardstown Rd., Louisville, KY | TBD | All Defendants |
| 9/17/2013 | Car Stop and Search | Dark blue 2003 Chrysler Town and Country minivan with MO License Plate FJ2K1V | TBD_MO HP | All Defendants |
| 9/17/2013 | Statement (audio/video) | Statement of John Galvin | TBD_MO HP | John Galvin |
| 9/25/2013 | 4:13MJ07227 SPM_Search Warrant | 4738 Orchard Dr., Barnhart, MO | S/A House | All Defendants |
| 9/25/2013 | 4:13MJ07220 SPM_Search Warrant | Unit # 118, 13761 St. Charles Rock Road, Bridgeton, MO | S/A House | All Defendants |
| 9/25/2013 | 4:13MJ07221 SPM_Search Warrant | Unit # 101, 13765 St. Charles Rock Road, Bridgeton, MO | S/A House | All Defendants |
| 9/25/2013 | 4:13MJ07222 SPM_Search Warrant | Unit # 102, 13765 St. Charles Rock Road, Bridgeton, MO | S/A House | All Defendants |
| 9/25/2013 | 4:13MJ07223 SPM_Search Warrant | Unit # 111, 13765 St. Charles Rock Road, Bridgeton, MO | S/A House | All Defendants |
| 9/25/2013 | 4:13MJ07224 SPM_Search Warrant | Unit # 115, 13765 St. Charles Rock Road, Bridgeton, MO | S/A House | All Defendants |
| 9/25/2013 | 4:13MJ07225 SPM_Search Warrant | Unit # 116, 13765 St. Charles Rock Road, Bridgeton, MO | S/A House | All Defendants |
| 9/25/2013 | 4:13MJ07226 SPM_Search Warrant | Unit # 121, 13765 St. Charles Rock Road, Bridgeton, MO | S/A House | All Defendants |
| 9/25/2013 | 4:13MJ07253 SPM_Seizure Warrant | Funds deposited or credited to Bank of America account ending in 7087 | S/A Anderson | All Defendants |
| 9/25/2013 | 4:13MJ07254 SPM_Seizure Warrant | Funds deposited or credited to Bank of America account ending in 7663 | S/A Anderson | All Defendants |
| 9/25/2013 | 4:13MJ07255 SPM_Seizure Warrant | Funds deposited or credited to Bank of America account ending in 7676 | S/A Anderson | All Defendants |
| 9/25/2013 | 4:13MJ07256 SPM_Seizure Warrant | Funds deposited or credited to Bank of America account ending in 5622 | S/A Anderson | All Defendants |
| 9/25/2013 | 4:13MJ07257 SPM_Seizure Warrant | Funds deposited or credited to Bank of America account ending in 3002 | S/A Anderson | All Defendants |
| 9/25/2013 | 4:13MJ07258 SPM_Seizure Warrant | Funds deposited or credited to Bank of America account ending in 2715 | S/A Anderson | All Defendants |
| 9/25/2013 | Vehicle Search | Cargo Van, Bridgeton, MO | S/A Anderson | All Defendants |
| 9/25/2013 | Vehicle Search | Green Pace American Trailer 13765 St. Charles Rock Road, Bridgeton, MO | S/A Anderson | All Defendants |
| 9/25/2013 | 4:13MJ07219 SPM_Search Warrant | 1901 Williamstown Rd., St. Peters, MO | S/A House | All Defendants |
| 9/25/2013 | 4:13MJ07270 SPM_Search Warrant | U-Lok & Stor, Unit # F37 13789 St. Charles Rock Road, Bridgeton, MO | S/A House | All Defendants |
| 9/25/2013 | 4:13MJ07271 SPM_Search Warrant | U-Lok & Stor, Unit # F38 13789 St. Charles Rock Road, Bridgeton, MO | S/A House | All Defendants |
| 9/25/2013 | 4:13MJ07268 SPM_Search Warrant | U-Lok & Stor, Unit # F80 13789 St. Charles Rock Road, Bridgeton, MO | S/A House | All Defendants |
| 9/25/2013 | 4:13MJ07269 SPM_Search Warrant | U-Lok & Stor, Unit # F81 13789 St. Charles Rock Road, Bridgeton, MO | S/A House | All Defendants |
| 10/1/2013 | 4:13MJ06184 TCM_Search Warrant | U-Lok & Stor, Unit D-17, 13789 St. Charles Rock Road, Bridgeton, MO | S/A House | All Defendants |
| 10/1/2013 | 4:13MJ06185 TCM_Search Warrant | U-Lok & Stor, Unit D-21, 13789 St. Charles Rock Road, Bridgeton, MO | S/A House | All Defendants |
| 10/1/2013 | 4:13MJ06186 TCM_Search Warrant | Locker E004, #192, 3760 Pennridge Dr., Bridgeton, MO | S/A House | All Defendants |

**United States v. PALMER, et al.**
**No. 4:14CR00175 AGF (DDN)**

| Date Executed | Event | LOCATION/DESCRIPTION | Witness | Defendants against whom evidence will be introduced |
|---|---|---|---|---|
| 10/15/2013 | 4:13 MJ1208 TIA_Seizure Warrant | Check and funds in full for Bank of America CC *****0203 in amount $18,600.00 | S/A Anderson | All Defendants |
| 10/15/2013 | 4:13 MJ1209 TIA_Seizure Warrant | Check and funds in full for Bank of America CC *****0204 in amount $26,400.00 | S/A Anderson | All Defendants |
| 10/15/2013 | 4:13 MJ1210 TIA_Seizure Warrant | Check and funds in full for Bank of America CC *****0205 in amount $21,200.00 | S/A Anderson | All Defendants |
| 10/15/2013 | 4:13 MJ1211 TIA_Seizure Warrant | Check and funds in full for Bank of America CC *****0206 in amount $19,800.00 | S/A Anderson | All Defendants |
| 10/15/2013 | 4:13 MJ1212 TIA_Seizure Warrant | Check and funds in full for Bank of America CC *****0207 in amount $14,000.00 | S/A Anderson | All Defendants |
| 10/24/2013 | 4:13 MJ217 DDN_Seizure Warrant | Check and funds in full for Kaskaskia Valley Community Credit Union Cashier's Check 4907 in the amount $100,000.00 | S/A Anderson | All Defendants |
| 12/2013- 05/2014 | Trash Runs | Evidence collected from trash runs executed at 21 Winding Stairway, O`Fallon, MO | S/A Anderson | All Defendants |
| 1/10/2014 | 4:14 MJ 7001 SPM_Search Warrant | Records and information for email account bearing the address chuckwolfe1961@yahoo.com hosted by Yahoo! inc. | S/A Anderson | All Defendants |
| 1/10/2014 | 4:14 MJ 7002 SPM_Search Warrant | Records and information for email account bearing the address rkwolfe1971@yahoo.com hosted by Yahoo! inc. | S/A Anderson | All Defendants |
| 4/10/2014 | 14-2007 MK_Search Warrant | 4117 Hillsboro Pike, Ste 100, Box 363 (UPS Store) Nashville, TN | USPI O'Hanlon | All Defendants |
| 4/14/2014 | 3:14MJ-196_Search Warrant | Parcel EE929751116CN, 3175 S. Second St. (UPS Store), Louisville, KY | USPI O'Hanlon | All Defendants |
| 4/14/2014 | 3:14MJ-196_Search Warrant | FedEx package 803501809310, 3175 S. 2nd St., #361, (UPS Store) Louisville KY | USPI O'Hanlon | All Defendants |
| 6/11/2014 | 4:14MJ07119 SPM_Search Warrant | Joe GABRICK residence, 21 Winding Stairway, Ofallon, MO | S/A House | All Defendants |
| 6/11/2014 | 4:14MJ06111 TCM_Search Warrant | James WOLFE storage locker, G730 2960 Elm Point Industrial, St. Charles, MO | S/A House | All Defendants |
| 6/11/2014 | 4:14MJ06112 TCM_Search Warrant | Joe GABRICK storage locker, I606 2960 Elm Point industrial, St. Chalrres, MO | S/A House | All Defendants |