UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 4:14 CR 175 AGF / DDN |
| v. | ) | |
| | ) | |
| **MARK PALMER**, | ) | |
| Defendant. | ) | |

## MOTION TO SUBSTITUTE COUNSEL

COMES NOW Defendant, by and through counsel, and hereby moves this Court to allow the withdrawal of counsel, N. Scott Rosenblum, Adam D. Fein, Joel J. Schwartz and Marc Johnson as attorneys of record and to substitute as co-counsel, Shelby M. Cowley of The Law Offices of Shelby M. Cowley and R. Tyson Mutrux of The Mutrux Law Firm, to represent him in the above-captioned matter.

WHEREFORE, Defendant respectfully requests that this Court grant the motion for withdrawal and substation of counsel.

.

                                                Respectfully Submitted,

                                 **By:**    /s/N. Scott Rosenblum_____
                                                  N. Scott Rosenblum
                                                  ROSENBLUM AND SCHWARTZ
                                                  120 S. Central Avenue, Suite 130
                                                  Clayton, MO 63105
                                                  Telephone: 314-862-4332
                                                  Fax: 314-862-8050
                                                  Email: srosenblum@rsrglaw.com

/s/ Adam D. Fein_____
Adam D. Fein
ROSENBLUM AND SCHWARTZ
120 S. Central Avenue, Suite 130
Clayton, MO 63105
Telephone: 314-862-4332
Fax: 314-862-8050
Email: afein@rsrglaw.com

/s/ Joel J. Schwartz_____
Joel J. Schwartz
ROSENBLUM AND SCHWARTZ
120 S. Central Avenue, Suite 130
Clayton, MO 63105
Telephone: 314-862-4332
Fax: 314-862-8050
Email: jschwartz@rsrglaw.com

/s/ Marc Johnson_____
Marc Johnson
ROSENBLUM AND SCHWARTZ
120 S. Central Avenue, Suite 130
Clayton, MO 63105
Telephone: 314-862-4332
Fax: 314-862-8050
Email: mjohnson@rsrglaw.com

/s/ Shelby M. Cowley_____
Shelby M. Cowley, No. 62819MO
The Law Offices of Shelby M. Cowley
1717 Park Avenue
St. Louis, MO 63104
Telephone: (314) 721-1024
Fax: (314) 446-4700
Email: Shelby@cowleylaw.net

/s/ R. Tyson Mutrux_____
R. Tyson Mutrux # 63117MO
Attorney for Defendant
1717 Park Ave.
St. Louis, MO 63104
Telephone: (314) 270-2273 Phone
Facsimile: (314) 884-4333 Fax
E-Mail: Tyson@mutruxlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2014, the foregoing motion was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties/attorneys of record.

/s/ Shelby M. Cowley_____