UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANWER RAO, et al., | ) | No. 4:14CR150 JAR/TCM |
| GREG SLOAN, et al., | ) | No. 4:14CR152 RWS/NCC |
| MARK PALMER, et al., and | ) | No. 4:14CR175 AGF/DDN |
| PAMELA TABATT, et al., | ) | No. 4:14CR187 JAR/DDN |
| | ) | |
| Defendants. | ) | |

## ORDER SETTING CONFERENCE

**IT IS HEREBY ORDERED** that a status conference is set in the above-referenced cases for **Friday, October 17, 2014, at 1:30 p.m., in Courtroom 15N,** to discuss the status of the coordinated effort to review the voluminous discovery in these four cases.

**IT IS FURTHER ORDERED** that the following counsel are **required** to be present at the conference:

1. Counsel of record appointed pursuant to CJA 20 who represent any defendant in the above-referenced cases;

2. The Assistant Federal Public Defender appointed to represent one of the defendants in the above-referenced cases, and

3. John D. Stobbs, II.

**IT IS FURTHER ORDERED** that retained counsel **may and are encouraged to attend** the conference.

**IT IS FINALLY ORDERED** that counsel for the United States of America will not attend the conference because defense counsel will likely discuss defense strategy in their coordinated effort to review the voluminous discovery.

    /s/ Noelle C. Collins
UNITED STATES MAGISTRATE JUDGE

Dated this 9th day of October, 2014.