UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 4:14 CR 175 AGF / DDN |
| v. | ) | |
| | ) | |
| MARK PALMER,    et al. | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE FOR**
**DEFENDANT MARK PALMER**

COMES NOW, R. Tyson Mutrux, and hereby enters his appearance as co-counsel for the defendant, Mark Palmer, in the above-styled cause.

Respectfully Submitted,

*/s/ R. Tyson Mutrux*
_____
R. Tyson Mutrux # 63117
Attorney for Defendant Mark Palmer
1717 Park Ave.
St. Louis, MO 63104
(314) 270-2273 Phone
(314) 884-4333 Fax
Tyson@mutruxlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on Thursday, October 9, 2014, I electronically filed the foregoing with by using the CM/ECF system. Participants in the case are registered CM/EFC users will be served by the CM/ECF system.

*/s/ R. Tyson Mutrux*
_____