

# U.S. Department of Justice

United States Attorney
Eastern District of Missouri

*Organized Crime Drug Enforcement Task Force*

---

| | | |
|---|---|---|
| JAMES C. DELWORTH<br>*Assistant United States Attorney* | *Thomas Eagleton U.S. Courthouse*<br>*111 S. 10th Street, Rm. 20.333*<br>*St. Louis, MO  63102* | OFFICE:  314-539-2200<br>DIRECT:  314-539-6242<br>FAX: 314-539-2312<br>*james.delworth@usdoj.gov* |

October 16, 2014

Mr. John D. Stobbs, II  
Attorney at Law  
307 Henry Street, Suite 211  
Alton, Illinois  62002  

Mr. J. Christian Goeke  
Attorney at Law  
7711 Bonhomme Avenue, Suite 850  
Clayton, Missouri  63105  

Mr. James E. Crowe, III  
Dowd Bennett LLP  
7733 Forsyth Boulevard, Suite 1900  
St. Louis, Missouri  63105  

Mr. Christopher P. Threlkeld  
Lucco, Brown, Threlkeld, Dawson  
224 St. Louis Street  
P.O. Box 539  
Edwardsville, Illinois  62025  

Re: <u>United States v. United States v. Palmer, et. al.</u>, 4:14CR00175 AGF  
<u>United States v. Lentsch, et. al.</u>, 4:14CR00150 JAR  
<u>United States v. Berra, et. al.</u>, 4:14CR00187 JAR  
<u>United States v. Palmer, et. al.</u>, 4:14CR00152 RWS  

Dear Mr. Stobbs, Crowe, Goeke and Threlkeld:

      This letter is in response to your letters regarding discovery in anticipation of the October 17, 2014 status conference.  To date, the majority of investigative reports and all search warrants and seizure warrants issued by the date of arrest have been disclosed.  This material corresponds to the events set forth in the Rule 12(b) notice and will allow for the preparation of pre-trial motions.  This material was contained on the three discs referenced in your letters.

      A fourth disc of discovery was near completion when the power was shut down in the federal courthouse resulting in the loss of over two weeks of inputted material.  We are in the process of re-inputting the material and anticipate disclosure by next Friday, October 14, assuming no further disruptions.  This disc will contain financial documents as well as electronically stored information from numerous cell phones and computers.  A fifth disc containing the remaining electronically store information, additional laboratory reports that have been received, investigative reports and other miscellaneous information will be disclosed as soon thereafter as possible.  Discovery will be an ongoing process as

**EXHIBIT "B" to**
**Defendants' Joint Motion to Amend the Order Concerning Pretrial Motions**

October 16, 2014
Page 2

electronic devices are downloaded, investigative reports generated and laboratory analysis completed.

      Certain financial documents which may contain personal information have been disclosed only to the defendant account holder.  However, this material may be reviewed upon appointment.  Additionally, there is a considerable amount of physical evidence seized in this case referenced in the investigative reports which also may be viewed upon request.

      We continue to extend the invitation to meet with defense counsel to answer any questions pertaining to discovery.

      Very truly yours,

      RICHARD G. CALLAHAN
      United States Attorney


      JAMES C. DELWORTH
      Assistant United States Attorney

JCD

**EXHIBIT "B" to**
**Defendants' Joint Motion to Amend the Order Concerning Pretrial Motions**