UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANWER RAO, et al., | ) | No. 4:14CR150 JAR/TCM |
| GREG SLOAN, et al., | ) | No. 4:14CR152 RWS/NCC |
| MARK PALMER, et al., and | ) | No. 4:14CR175 AGF/DDN |
| PAMELA TABATT, et al., | ) | No. 4:14CR187 JAR/DDN |
| | ) | |
| Defendants. | ) | |

**ORDER SETTING CONFERENCE**

**IT IS HEREBY ORDERED** that a status conference is set in the above-referenced cases for **Friday, October 31, 2014, at 2:00 p.m., in Courtroom 15N,** to discuss the status of the coordinated effort to review the voluminous discovery in these four cases with the attorneys for the United States of America.

**IT IS FURTHER ORDERED** that the following counsel are **required** to be present at the conference:

1. CJA 20 lead counsel in the above-referenced cases to include J. Christian Goeke, Jason A. Korner, Levell D. Littleton, and John M. Lynch;

2. The Assistant Federal Public Defender appointed to represent one of the defendants in the above-referenced cases; and

3. Retained counsel to include James E. Crowe, III, Matthew Schelp, and John D. Stobbs, II.

**IT IS FURTHER ORDERED** that all other CJA 20 counsel and retained counsel **may attend** the conference.

**IT IS FINALLY ORDERED** that counsel for the United States of America will attend the

conference in order to discuss a schedule for further and final disclosures of the voluminous discovery.

      /s/ Noelle C. Collins
UNITED STATES MAGISTRATE JUDGE

Dated this 28th day of October, 2014.