UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANWER RAO, et al., | ) | No. 4:14CR150 JAR/TCM |
| GREG SLOAN, et al., | ) | No. 4:14CR152 RWS/NCC |
| MARK PALMER, et al., and | ) | No. 4:14CR175 AGF/DDN |
| PAMELA TABATT, et al., | ) | No. 4:14CR187 JAR/DDN |
| | ) | |
| Defendants. | ) | |

## ORDER SETTING CONFERENCE

**IT IS HEREBY ORDERED** that a status conference is set in the above-referenced cases for **Thursday, November 20, 2014, at 11:00 a.m., in Courtroom 15N,** to discuss the status of the coordinated effort to review the voluminous discovery in these four cases.

**IT IS FURTHER ORDERED** that all counsel of record for defendants and counsel for the government are required to be present.


  /s/ Noelle C. Collins
UNITED STATES MAGISTRATE JUDGE

Dated this 14th day of November, 2014.