UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANWER RAO, et al., | ) | No. 4:14CR150 JAR/TCM |
| GREG SLOAN, et al., | ) | No. 4:14CR152 RWS/NCC |
| MARK PALMER, et al., and | ) | No. 4:14CR175 AGF/DDN |
| PAMELA TABATT, et al., | ) | No. 4:14CR187 JAR/DDN |
| | ) | |
| Defendants. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that the government shall file with the Court not later than **Monday, December 1, 2014,** a written summary of its comments regarding pretrial disclosure of evidence, made at the status conferences that were held in the above-referenced cases on November 11, 2014, and November 20, 2014.

**IT IS FURTHER ORDERED** that the government shall maintain and preserve **all** evidence as to **all defendants** in the above-referenced cases and that no evidence be destroyed until further order of the Court.

**IT IS FURTHER ORDERED** that a status conference is set in the above-referenced cases for **Thursday, December 18, 2014, at 11:00 a.m., AND EVERY THREE (3) WEEKS THEREAFTER,** unless otherwise ordered by the Court, to discuss the status of the coordinated effort to review the voluminous discovery in these four cases. The status conferences will be held in Courtroom 15N.

**IT IS FURTHER ORDERED** that all counsel of record for defendants and counsel for the government are required to be present at the status conferences to be held on the record.

      /s/ Noelle C. Collins
UNITED STATES MAGISTRATE JUDGE

Dated this 21st day of November, 2014.