UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date___December 18, 2014_____ U.S. Magistrate Judges:_Thomas C. Mummert, David D. Noce, Noelle C. Collins_____

Case No.:_4:14cr150 JAR/TCM; 4:14cr152 RWS/NCC; 4:14cr175 AGF/DDN;   4:14cr187 JAR/DDN_____


**UNITED STATES OF AMERICA** v._Anwer Rao et al.; Greg Sloan et al.; Mark  Palmer et al.; & Pamela Tabatt et al._____

Court Reporter _FTR_____ Deputy Clerk __B. Porter_____

Assistant United States Attorney(s) _James Delworth, Erin Granger_____

Attorney(s) for Defendant(s) _Zachary Borowiak, Eric Butts, James Crowe, III; Paul D'Agrosa, Matthew Diehr, J. Christian Goeke,_

_Larry Hale, Rodney Holmes, Lenny Kagan, Thomas Keefe, III, Patrick Kilgore, Susan Kister, Jason Korner, Levell Littleton, John_

_Lynch, Nanci McCarthy, Michelle Monahan, R. Tyson Mutrux, Kenneth Schwartz, Andrea Smith, Christopher Threlkeld, Stephen_

_Welby_____

Interpreter _____N/A_____          ☐ **SEALED PROCEEDING**


Notes:_The hearing is held with attorneys only.  Kathleen Cookson, Director of Finance, attends the hearing and provides financial_

_information for CJA funds.  The parties discuss the status of the case._____

_____

_____

_____

_____

Proceeding commenced _____11:00 AM_____ Proceeding concluded _____11:43 AM_____ Continued to _____