UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date   January 8, 2015        U.S. Magistrate Judges:  Thomas C. Mummert, Noelle C. Collins

Case No.:  4:14cr150 JAR/TCM; 4:14cr152 RWS/NCC; 4:14cr175 AGF/DDN;   4:14cr187 JAR/DDN


**UNITED STATES OF AMERICA** v.  Anwer Rao et al.; Greg Sloan et al.; Mark Palmer et al.; & Pamela Tabatt et al.

Court Reporter FTR                                   Deputy Clerk    B. Porter

Assistant United States Attorney(s)  James Delworth, Erin Granger, Jennifer Winfield

Attorney(s) for Defendant(s)  Zachary Borowiak, Eric Butts, James Crowe, III, Matthew Diehr, J. Christian Goeke, Larry Hale, Lenny Kagan, Patrick Kilgore, Susan Kister, Jason Korner, Levell Littleton, Nanci McCarthy, Michelle Monahan, Kenneth Schwartz, Andrea Smith, Andrew Sottile, Christopher Threlkeld, Aubree Jehle for Stephen Welby

Interpreter       N/A                              ☐ **SEALED PROCEEDING**


Notes:  The hearing is held with attorneys only.  Clarke Devereux from the Court of Appeals for the Seventh and Eighth Circuits attends the hearing to discuss CJA funding. The parties discuss the status of the case and potential deadlines. The next status conference will be held on January 29, 2015 @ 11:00 AM. All counsel are required to be present.


Proceeding commenced   11:10 AM          Proceeding concluded       12:00 PM        Continued to