UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date   January 29, 2015          U.S. Magistrate Judges:  Thomas C. Mummert, David D. Noce, Noelle C. Collins

Case No.:  4:14cr150 JAR/TCM; 4:14cr152 RWS/NCC; 4:14cr175 AGF/DDN;   4:14cr187 JAR/DDN

**UNITED STATES OF AMERICA** v.  Anwer Rao et al.; Greg Sloan et al.; Mark Palmer et al.; & Pamela Tabatt et al.

Court Reporter FTR                          Deputy Clerk    B. Porter

Assistant United States Attorney(s)  James Delworth, Erin Granger, Jennifer Winfield

Attorney(s) for Defendant(s)  Zachary Borowiak, Eric Butts, Peter Cohen, Shelby Cowley, James Crowe, III, Paul D'Agrosa, J. Christian Goeke, Larry Hale, Rodney Holmes, Katherine Hummel, Lenny Kagan, Thomas Keefe, III, Patrick Kilgore, Susan Kister, Jason Korner, Levell Littleton, Nanci McCarthy, R. Tyson Mutrux, Matthew Schelp, Kenneth Schwartz, Andrea Smith, Andrew Sottile, Christopher Threlkeld, Stephen Welby, Nick Zotos

Interpreter       N/A                            □ **SEALED PROCEEDING**

Notes:  The hearing is held with attorneys only.  Clarke Devereux from the Court of Appeals for the Seventh and Eighth Circuits attends the hearing to discuss CJA funding. The parties discuss the status of the case and potential deadlines. The next status conference will be held on February 19, 2015 @ 11:00 AM in courtroom 15 North.  All counsel are required to be present.

Proceeding commenced   11:14 AM          Proceeding concluded      11:40 AM       Continued to