UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>MARK PALMER, et al.,  )<br>  )<br>  Defendants.  )  | Case No. 4:14 CR 175 AGF-DDN |

## CJA BUDGET REFERRAL ORDER

All pretrial matters in this case were previously referred to United States Magistrate Judge David D. Noce pursuant to 28 U.S.C. §636(b). Notwithstanding that referral,

**IT IS HEREBY ORDERED** that all issues in this case relating to reimbursement of counsel appointed under the Criminal Justice Act, 18 U.S.C. § 3006A(d), are referred to United States Magistrate Judge Noelle C. Collins pursuant to 28 U.S.C. §636(b). This referral includes issuance of all necessary orders for compensation of appointed counsel, including all matters included in 18 U.S.C. § 3006A(d) and in the Guide to Judiciary Policy, Vol. 7A, §230, Compensation and Expenses of Appointed Counsel. Magistrate Judge Collins may approve expenses and budgets, authorize interim payments and excess compensation under § 3006A(d)(3) (and may seek approval of the same from the

Chief Judge of the Eighth Circuit), and may take any other actions necessary to assure that Criminal Justice Act services are provided in the most effective and cost-efficient manner.

Nothing in this order changes the referral of all other pretrial matters to Magistrate Judge Noce.

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 5th day of February, 2015.