UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date     February 19, 2015          U.S. Magistrate Judges:  David D. Noce & Noelle C. Collins

Case No.:  4:14cr150 JAR/TCM; 4:14cr152 RWS/NCC; 4:14cr175 AGF/DDN;  4:14cr187 JAR/DDN

**UNITED STATES OF AMERICA** v.  Anwer Rao et al.; Greg Sloan et al.; Mark Palmer et al.; & Pamela Tabatt et al.

Court Reporter FTR                                       Deputy Clerk    B. Porter

Assistant United States Attorney(s)  Erin Granger & Jennifer Winfield

Attorney(s) for Defendant(s)  Michael Bert (via telephone), Zachary Borowiak, Eric Butts, James Crowe, III, J. Christian Goeke, Larry Hale, Thomas Keefe, III, Susan Kister, Jason Korner, Levell Littleton, John Lynch, Nanci McCarthy, Michelle Monahan, Matthew Schelp, Kenneth Schwartz, Christopher Threlkeld, & Stephen Welby

Interpreter         N/A                                              ☐ **SEALED PROCEEDING**

Notes:  The hearing is held with attorneys only.  Clarke Devereux from the Court of Appeals for the Seventh and Eighth Circuits attends the hearing via telephone to discuss CJA funding. The parties discuss the status of the case. The next status conference will be held on March 12, 2015 @ 11:00 AM in courtroom 15 North.  All counsel are required to be present.

Proceeding commenced   11:06 AM         Proceeding concluded      11:33 AM       Continued to