UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date   March 12, 2015         U.S. Magistrate Judge: David D. Noce

Case No.: 4:14cr150 JAR/TCM; 4:14cr152 RWS/NCC; 4:14cr175 AGF/DDN;   4:14cr187 JAR/DDN

**UNITED STATES OF AMERICA**  v.  Anwer Rao et al.; Greg Sloan et al.; Mark Palmer et al.; & Pamela Tabatt et al.

Court Reporter FTR                              Deputy Clerk   B. Porter

Assistant United States Attorney(s) James Delworth, Erin Granger & Jennifer Winfield

Attorney(s) for Defendant(s)  Zachary Borowiak, Peter Cohen, James Crowe, III, Paul D'Agrosa, Matthew Diehr, J. Christian Goeke, Larry Hale, Rodney Holmes, Katherine Hummel, Lenny Kagan, Susan Kister, Jason Korner, Levell Littleton, John Lynch, Nanci McCarthy, Michelle Monahan, R. Tyson Mutrux, Matthew Schelp, Christopher Threlkeld, & Stephen Welby (via substitute counsel)

Interpreter       N/A                                  ☐ **SEALED PROCEEDING**

Notes: The hearing is held with attorneys only.  Clarke Devereux from the Court of Appeals for the Seventh and Eighth Circuits attends the hearing to discuss CJA funding. The parties discuss the status of the case. The next status conference will be held on Thursday, April 2, 2015 @ 11:00 AM in courtroom 15 North.  All counsel are required to be present.

Proceeding commenced   11:09 AM         Proceeding concluded     11:39 AM      Continued to