UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date     April 2, 2015     U.S. Magistrate Judges: Thomas C. Mummert III, David D. Noce & Noelle C. Collins

Case No.: 4:14cr150 JAR/TCM; 4:14cr152 RWS/NCC; 4:14cr175 AGF/DDN;  4:14cr187 JAR/DDN

**UNITED STATES OF AMERICA**  v.  Anwer Rao et al.; Greg Sloan et al.; Mark Palmer et al.; & Pamela Tabatt et al.

Court Reporter FTR                                             Deputy Clerk    B. Porter

Assistant United States Attorney(s) James Delworth & Erin Granger

Attorney(s) for Defendant(s)  Zachary Borowiak, Eric Butts, Peter Cohen, Shelby Cowley, James Crowe, III, Paul D'Agrosa, Matthew Diehr, J. Christian Goeke, Patrick Kilgore, Susan Kister, Levell Littleton, John Lynch, Michelle Monahan, Matthew Radefeld, Andrew Sottile, John Stobbs III, Christopher Threlkeld, & Stephen Welby

Interpreter       N/A                                   ☐ **SEALED PROCEEDING**


Notes: The hearing is held with attorneys only.  Clarke Devereux from the Court of Appeals for the Seventh and Eighth Circuits attends the hearing. The parties discuss the status of the case. Judge Collins advises that she will vacate the Order entered on November 21, 2014 setting conferences in these cases every three weeks.  The next status conference is scheduled on May 7, 2015 at 11:00 AM. All counsel are required to attend.


Proceeding commenced   11:00 AM          Proceeding concluded      11:34 AM       Continued to