UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANWER RAO, et al., | ) | No. 4:14CR150 JAR/TCM |
| GREG SLOAN, et al., | ) | No. 4:14CR152 RWS/NCC |
| MARK PALMER, et al., and | ) | No. 4:14CR175 AGF/DDN |
| PAMELA TABATT, et al., | ) | No. 4:14CR187 JAR/DDN |
| | ) | |
| Defendants. | ) | |

## ORDER SETTING CONFERENCE

**IT IS HEREBY ORDERED** that the Order entered November 21, 2014 setting conferences in these cases *EVERY THREE (3) WEEKS* is **VACATED.**

**IT IS FURTHER ORDERED** that the next status conference is set in the above-referenced cases for **Thursday, May 7, 2015, at 11:00 a.m., in Courtroom 15N**.

**IT IS FURTHER ORDERED** that counsel of record for defendants and counsel for the government are required to be present in person at the status conference.

  /s/ Noelle C. Collins
UNITED STATES MAGISTRATE JUDGE

Dated this 2nd day of April, 2015.