UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 4:14CR00150 JAR/TCM |
| v. | ) | No. 4:14CR00152 RWS/NCC |
| | ) | No. 4:14CR00175 AGF/DDN |
| ANWAR RAO, et al., | ) | No. 4:14CR00187 JAR/DDN |
| GREG SLOAN, et al., | ) | |
| MARK PALMER, et al., and | ) | |
| PAMELA TABATT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**GOVERNMENT'S WITHDRAWAL OF ITS PREVIOUSLY-FILED
MOTION FOR ENTRY OF A PROTECTIVE ORDER GOVERNING DISCOVERY**

COMES NOW the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and James C. Delworth, Jennifer A. Winfield, and Erin O. Granger, Assistant United States Attorneys for said District, and withdraws its previously-filed Motion for Entry of a Protective Order Governing Discovery which was electronically filed on December 17, 2014, in each of the above-referenced causes [Doc #143, #209, #115 and #77, respectively].  In support of the Government's withdrawal, it states as follows:

Defense counsel and the Government have agreed on a newly-revised Motion for Entry of a Protective Order Governing Discovery which, in each of the above-references causes, will be electronically filed following the e-filing of the instant motion.

WHEREFORE, the United States of America, withdraws its previously-filed Motion for Entry of a Protective Order Governing Discovery [Doc #143, #209, #115 and #77, respectively].

        Respectfully submitted,

        RICHARD G. CALLAHAN
        United States Attorney

        s/ James C. Delworth
        JAMES C. DELWORTH, #29702MO
        JENNIFER A. WINFIELD, #53350MO
        ERIN O. GRANGER, #53593MO
        Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 2, 2015, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Counsel of Record.

        s/ James C. Delworth
      JAMES C. DELWORTH, #29702MO
      JENNIFER A. WINFIELD, #53350MO
      ERIN O. GRANGER, #53593MO
      Assistant United States Attorneys