**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **ANWER RAO, et al.,** | ) | **Case No. 4:14CR0150 JAR/TCM** |
| **GREG SLOAN, et al.,** | ) | **Case No. 4:14CR0152 RWS/NCC** |
| **MARK PALMER, et al., and** | ) | **Case No. 4:14CR0175 AGF/DDN** |
| **PAMELA TABATT, et al.,** | ) | **Case No. 4:14CR0187 JAR/DDN** |
| | ) | |
| **Defendants.** | ) | |

**<u>ORDER</u>**

It has come to the Court's attention that there is some confusion regarding the time to file motions to dismiss and any argument counsel may have about the need for supporting expert testimony.

To resolve this confusion, all previous schedules for filing motions to dismiss are hereby vacated. Additionally,

**IT IS HEREBY ORDERED** that the following motions for leave to file motions to dismiss are denied as moot: 4:14CR0150 JAR/TCM [Doc. 178]; 4:14CR0152 RWS/NCC [Doc. 258]; 4:14CR0175 AGF/DDN [Doc. 142]; and 4:14CR0187 JAR/DDN [Doc. 110].

**IT IS FURTHER ORDERED** that any motion to dismiss shall be filed no later than **<u>June 1, 2015</u>**. If it is a Defendant's position that expert testimony is necessary for the Court to rule on such a motion that issue must be briefed in the supporting memorandum. Government's response shall be filed no later than **<u>July 1, 2015</u>**. Any reply shall be filed no later than **<u>July 10, 2015</u>**.

**IT IS FINALLY ORDERED** that Defendants' counsel wishing to file a motion to dismiss the indictments shall confer and file one joint motion, supporting memorandum, and reply in each of the four above-named cases.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this  3rd  day of April 2015.