UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date   May 7, 2015      U.S. Magistrate Judges: Thomas C. Mummert & Noelle C. Collins

Case No.: 4:14cr150 JAR/TCM; 4:14cr152 RWS/NCC; 4:14cr175 AGF/DDN;  4:14cr187 JAR/DDN

**UNITED STATES OF AMERICA**  v.  Anwer Rao et al.; Greg Sloan et al.; Mark Palmer et al.; & Pamela Tabatt et al.

Court Reporter FTR                              Deputy Clerk    B. Porter

Assistant United States Attorney(s)  James Delworth, Erin Granger & Jennifer Winfield

Attorney(s) for Defendant(s)  Zachary Borowiak, Eric Butts, James Crowe, III, Paul D'Agrosa, J. Christian Goeke, Katherine Hummel, Lenny Kagan, Thomas Keefe, III, Susan Kister, Jason Korner, J. William Lucco, John Lynch, Nanci McCarthy, Matthew Schelp, Andrea Smith, & Stephen Welby (via substitute counsel)

Interpreter      N/A                                          □ **SEALED PROCEEDING**


Notes: The hearing is held with attorneys only.  Clarke Devereux from the Court of Appeals for the Seventh and Eighth Circuits attends the hearing to discuss CJA funding. The parties discuss the status of the case.


Proceeding commenced   11:09 AM         Proceeding concluded      11:19 AM        Continued to