UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANWER RAO, et al., | ) | No. 4:14CR150 JAR/TCM |
| GREG SLOAN, et al., | ) | No. 4:14CR152 RWS/NCC |
| MARK PALMER, et al., and | ) | No. 4:14CR175 AGF/DDN |
| PAMELA TABATT, et al., | ) | No. 4:14CR187 JAR/DDN |
| | ) | |
| Defendants. | ) | |

**ORDER SETTING CONFERENCE**

**IT IS HEREBY ORDERED** that the next status conference is set in the above-referenced cases for **Thursday, June 11, 2015, at 11:00 a.m., in Courtroom 15N**.

  /s/ Noelle C. Collins
UNITED STATES MAGISTRATE JUDGE

Dated this 18th day of May, 2015.