UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:14-CR-00175 AGF (DDN) |
| MARK PALMER et. al, | ) ) |
| Defendant. | ) ) |

**DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME TO FILE ANY
<u>MOTION TO DISMISS INDICTMENT</u>**

COME NOW Defendants, by and through their respective undersigned counsel, and hereby move for the Court to grant them a thirty day extension of time, to and including Wednesday, July 1, 2015, in which to file any Motion to Dismiss the Indictment.  In support of their motion, Defendants state as follows:

1. The Court previously set a June 1, 2015 deadline for any motion to dismiss to be filed.  *See* Doc. 150.

2. At various of the status conferences held in this case and the related cases, the Court related its understanding that defendants may wish to consider any plea proposals in order to inform their decision as to whether to proceed to file any motion to dismiss.

3. Certain defendants in this case have specifically requested that they be provided with stipulations to evaluate.  One defendant in this case has received a stipulation from the Government.  In addition, during the status conferences held on January 29 and May 7, 2015 counsel for the Government communicated that they are working on draft stipulations to supply to counsel for all defendants, regardless of whether they have requested a stipulation.

During the May 7 status conference, the Government anticipated supplying draft stipulations in approximately four weeks' time from the date of that conference.

4. Pending counsel's receipt of draft stipulations for their respective clients, certain of undersigned counsel have coordinated with counsel in the related cases in regard of the research and preparation of potential motions to dismiss.

5. Defendants make this motion in order to permit additional time in which they may consider the stipulations that are forthcoming from the Government after receiving the same but before proceeding to file any motion to dismiss. Defendants' counsel will utilize the intervening time to further coordinate any motion to dismiss to be filed with this Court and to take account of potentially forthcoming authority that may bear upon certain issues they may move for the Court to decide. *See, e.g.*, *McFadden v. United States*, 735 F.3d 432 (4th Cir. 2014), *cert. granted,* 135 S.Ct. 1039 (U.S. Jan. 15, 2015) (No. 14-378) (argued Apr. 21, 2015); *see also United States v. O'Connell*, No. 2:14CR00001-009, 2015 WL 2365628, at *2 (W.D. Va. May 18, 2015) (noting that on of appeal of *McFadden* to the Supreme Court of the United States, the United States conceded defendants' arguments and at oral argument, the Supreme Court proved receptive to reversal of the Fourth Circuit's decision in *McFadden*; and further observing "it is likely that the *McFadden* ruling will be rejected" and that "[t]he Supreme Court likely will hand down its decision by the end of its term in June").

6. Defendants therefore respectfully request that the Court enter its Order granting additional time, to and including July 1, 2015 in which they may file any motion to dismiss.

WHEREFORE, for the foregoing reasons, Defendants jointly request that the Court grant their motion for a thirty-day extension of time to and including July 1, 2015, in which to file any motion to dismiss and grant all such other and further relief this Court finds just and warranted under the circumstances.

Dated: May 29, 2015

Respectfully submitted,

| | |
|---|---|
| THE LAW OFFICE OF JASON A. KORNER | BOROWIAK LAW FIRM |
| By: /s/  Jason A. Korner<br>Jason A. Korner  #58495MO<br>7911 Forsyth Blvd. Suite 300<br>Clayton, Missouri 63105<br>Telephone: (314) 409-2659<br>Fax: (314) 863-5335<br>Email: jasonkorner@kornerlaw.com | By:  /s/  Zachary J. Borowiak (with permission)<br>Zachary J. Borowiak  #58855MO<br>225 South Meramec, Suite 301<br>St. Louis, Missouri 63105<br>Telephone: (314) 537-2351<br>Fax: (314) 269-1042<br>Email: borowiaklaw@gmail.com |
| *Attorney for Defendant Samuel Leinicke* | *Attorney for Defendant Robert Wolfe* |
| THE LAW OFFICES OF SHELBY M. COWLEY | THE MUTRUX LAW FIRM |
| By: /s/ Shelby M. Cowley (with permission)<br>Shelby M. Cowley  #62819MO<br>1717 Park Avenue<br>St. Louis, MO 63104<br>Telephone: (314) 721-1024<br>Fax: (314) 446-4700<br>Email: shelby@cowleylaw.net | By: /s/  Tyson Mutrux (with permission)<br>Tyson Mutrux<br>1717 Park Avenue<br>St. Louis, MO 63104<br>Telephone:  (314) 270-2273<br>Fax: (314) 884-4333<br>Email:  tyson@mtruxlaw.com |
| *Attorney for Defendant Mark Palmer* | *Attorney for Defendant Mark Palmer* |
| LUCCO, BROWN, THRELKELD & DAWSON | DOWD BENNETT LLP |
| By: /s/  J. William Lucco (with permission)<br>J. William Lucco  #1701835IL<br>Christopher P. Threlkeld   #6271483IL<br>224 St. Louis Street<br>Edwardsville, Illinois 62025<br>Telephone:  (618) 656-2321<br>Fax: (618) 656-2363<br>Email:  blucco@lbtdlaw.com<br>cthrelkeld@lbtdlaw.com | By: /s/  James E. Crowe, III (with permission)<br>James E. Crowe, III  #50031MO<br>7733 Forsyth Boulevard, Suite 1900<br>Clayton, Missouri 63105<br>Telephone:  (314) 889-7300<br>Fax: (314) 863-2111<br>Email: jcrowe@dowdbennett.com |
| *Attorneys for Defendant Charles Wolfe* | *Attorney for Defendant Joseph Gabrick* |

- 4 -

KILGORE LAW OFFICES

By:  /s/  Patrick Kilgore (with permission)
Patrick Kilgore  #44150MO
7911 Forsyth Boulevard
Clayton, Missouri 63105
Telephone:  (314) 753-0096
Fax: (314) 863-5335
Email: patrick@patrickkilgorelaw.com

*Attorney for Defendant Anthony Palmer*

- 5 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 29th day of May, 2015, a true and correct copy of the foregoing was filed with the Court using the CM/ECF system, and service upon all participants in the case who are CM/ECF users will be accomplished by operation of that system.

        /s/  Jason A. Korner