UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date    June 11, 2015    U.S. Magistrate Judges: Thomas C. Mummert, David D. Noce & Noelle C. Collins

Case No.: 4:14cr150 JAR/TCM; 4:14cr152 RWS/NCC; 4:14cr175 AGF/DDN;   4:14cr187 JAR/DDN

**UNITED STATES OF AMERICA**  v.  Anwer Rao et al.; Greg Sloan et al.; Mark Palmer et al.; & Pamela Tabatt et al.

Court Reporter FTR                                                  Deputy Clerk    B. Porter

Assistant United States Attorney(s) Erin Granger & Jennifer Winfield

Attorney(s) for Defendant(s)  Zachary Borowiak, Eric Butts, Shelby Cowley, James Crowe, III, J. Christian Goeke, Larry Hale, Lenny Kagan, Susan Kister, Jason Korner, Levell Littleton, J. William Lucco, Michelle Monahan, Matthew Schelp (via telephone), Kristina Sitton (via telephone), Andrea Smith, Andrew Sottile & Stephen Welby (via substitute counsel)

Interpreter        N/A                                         ☐ **SEALED PROCEEDING**

Notes: The hearing is held with attorneys only.  Clarke Devereux from the Court of Appeals for the Seventh and Eighth Circuits attends the hearing via telephone. The parties discuss the status of the case.

Proceeding commenced   11:00 AM         Proceeding concluded      11:25 AM         Continued to