## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ANWER RAO, et al., | ) | Case No.  4:14CR0150 JAR/TCM |
| GREG SLOAN, et al., | ) | Case No.  4:14CR0152 RWS/NCC |
| MARK PALMER, et al., | ) | Case No.  4:14CR0175 AGF/DDN |
| PAMELA TABATT, et al., | ) | Case No.  4:14CR0187 JAR/DDN |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Status Conference previously set for Thursday, August 20, 2105, at 12:00 p.m. is continued until **September 3, 2015**, at **12:00 p.m.** in Courtroom 15-North, to discuss the status of the coordinated effort to review the voluminous discovery in these four cases.

**IT IS FURTHER ORDERED** that all counsel of record for defendants and counsel for the Government are required to be present.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 13th day of August, 2015.