# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **ANWER RAO, et al.,** | ) | **Case No.  4:14CR0150 JAR/TCM** |
| **GREG SLOAN, et al.,** | ) | **Case No.  4:14CR0152 RWS/NCC** |
| **MARK PALMER, et al.,** | ) | **Case No.  4:14CR0175 AGF/DDN** |
| **PAMELA TABATT, et al.,** | ) | **Case No.  4:14CR0187 JAR/DDN** |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

This matter is before the Court on Defendants' motion for extension of time within which to Defendants' Motions to Dismiss.

4:14CR0150 JAR/TCM [Doc. 217, 218]; 4:14:CR0152 RWS/NCC [Doc. 299]; 4:14CR0175 AGF/DDN [Doc. 167]; 4:14CR0187 JAR/DDN [Doc. 135].

For the reasons set out in Defendants' motions, the Court finds that to deny Defendants' requests for such additional time would deny counsel for Defendants the reasonable time necessary for an effective investigation and preparation of pretrial motions, taking into account the exercise of due diligence, see 18 U.S.C. § 3161(h)(7)(B)(iv), and that the ends of justice served by granting Defendants' requests for additional time outweigh the best interest of the public and Defendants in a speedy trial, see 18 U.S.C. § 3161(h)(7)(A). Therefore, the time granted to Defendants to investigate and prepare pretrial motions, or a waiver thereof, is excluded from computation of Defendants' rights to a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' motion for extension of time within which to file Motions to Dismiss are **GRANTED**.

4:14CR0150 JAR/TCM [Doc. 217, 218]; 4:14:CR0152 RWS/NCC [Doc. 299]; 4:14CR0175 AGF/DDN [Doc. 167]; 4:14CR0187 JAR/DDN [Doc. 135].

**IT IS FURTHER ORDERED** that Defendants shall have until September 28, 2015, to file  motions to dismiss.  The Government shall have until October 28, 2015,  to respond.

**No further continuances of the September 28, 2015, deadline for filing Motions to Dismiss or the October 28, 2015, response to the motions will be considered.**

/s/Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 28th day of August, 2015.