UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date   October 1, 2015   U.S. Magistrate Judges: Thomas C. Mummert, David D. Noce & Noelle C. Collins

Case No.: 4:14cr150 JAR/TCM; 4:14cr152 RWS/NCC; 4:14cr175 AGF/DDN; 4:14cr187 JAR/DDN

**UNITED STATES OF AMERICA** v. Anwer Rao et al.; Greg Sloan et al.; Mark Palmer et al.; & Pamela Tabatt et al.

Court Reporter FTR                                                                 Deputy Clerk    B. Porter

Assistant United States Attorney(s) James Delworth, Erin Granger & Jennifer Winfield

Attorney(s) for Defendant(s) Zachary Borowiak, Eric Butts (via telephone), James Crowe, III, J. Christian Goeke, Larry Hale, Katherine Hummel, Lenny Kagan, Patrick Kilgore, Jason Korner, J. William Lucco, John Lynch, Nanci McCarthy, Tyson Mutrux, Matthew Radefeld, Kristina Sitton (via telephone), Andrew Sottile, Christopher Threlkeld & Stephen Welby

Interpreter       N/A                                              ☐ **SEALED PROCEEDING**

Notes: The hearing is held with attorneys only. Clarke Devereux from the Court of Appeals for the Seventh and Eighth Circuits and Kathleen Cookson, the manager of the Finance Department for the District Court, are present. Counsel who represent defendants who have waived the right to file pretrial motions are not required to attend the hearing. The parties discuss the status of the case. Steve Welby and Lenny Kagan are appointed as lead CJA counsel for their respective cases. Larry Hale is appointed as the interim lead CJA counsel for his case.

Proceeding commenced   12:15 PM        Proceeding concluded     12:45 PM        Continued to