UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES WOLFE, | ) | No. 4:14CR152 RWS/NCC |
| SHERRI BEEMAN, | ) | |
| DAVID NEAL and | ) | |
| MARCIA GRONEK; | ) | |
| | ) | |
| MARK PALMER, | ) | No. 4:14CR175 AGF/DDN |
| SAMUEL LEINICKE, | ) | |
| CHARLES WOLFE, | ) | |
| ROBERT WOLFE and | ) | |
| JOSEPH GABRICK; | ) | |
| | ) | |
| PAMELA TABATT and, | ) | No. 4:14CR187 JAR/DDN |
| RICHARD GROSS; | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on the above-named Defendants' joint motions for extension of time within which to file motions to dismiss the indictments (Case No. 4:14CR152 RWS/NCC [Doc. 345]; Case No. 4:14CR175 AGF/DDN [Doc. 175]; and Case No. 4:14CR187 JAR/DDN [Doc. 141]).

For the reasons set out in Defendants' motions, the Court finds that to deny Defendants' requests for such additional time would deny counsel for Defendants the reasonable time necessary for an effective investigation and preparation of pretrial motions, taking into account the exercise of due diligence, see 18 U.S.C. § 3161 (h)(7)(B)(iv), and that the ends of justice served by granting Defendants' requests for

additional time outweigh the best interest of the public and Defendants in a speedy trial, see 18 U.S.C. § 3161(h)(7)(A). Therefore, the time granted to Defendants to investigate and prepare pretrial motions, or a waiver thereof, is excluded from computation of Defendants' rights to a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' motions for extension of time within which to file motions to dismiss the indictments (Case No. 4:14:CR152 RWS/NCC [Doc. 345]; Case No. 4:14CR175 AGF/DDN [Doc. 175]; and Case No. 4:14CR187 JAR/DDN [Doc. 141]) are **GRANTED**.

**IT IS FURTHER ORDERED** that the following Defendants in the cases as noted shall have to and including **October 8, 2015,** in which to file motions to dismiss the indictments or a waiver of such motions:

Case No. 4:14CR152 RWS/NCC:

>CHARLES WOLFE,
>SHERRI BEEMAN,
>DAVID NEAL and
>MARCIA GRONEK;

Case No. 4:14CR175 AGF/DDN:

>MARK PALMER,
>SAMUEL LEINICKE,
>CHARLES WOLFE,
>ROBERT WOLFE and
>JOSEPH GABRICK;

Case No. 4:14CR187 JAR/DDN:

>PAMELA TABATT and
>RICHARD GROSS.

**IT IS FURTHER ORDERED** that the Government shall have to and including **November 9, 2015**, in which to respond to any motions to dismiss the indictments filed by any one of these defendants.

**IT IS FURTHER ORDERED** that the pretrial evidentiary hearing on any motions to dismiss the indictments or a hearing on the waiver of such motions, will be set upon further order of the Court.   **No further continuances of the deadline for filing Motions to Dismiss the Indictments will be considered.**

  /s/ Noelle C. Collins
UNITED STATES MAGISTRATE JUDGE

Dated this 6th day of October, 2015.