# CANNABIMIMETIC AGENTS

**21 U.S.C. § 812(c)(d)(2)(A)**
In Order for a Substance to be a Cannabimimetic Agent, the Substance Must Meet BOTH Criteria:

## STRUCTURE ELEMENT
Falls within any of the following structural classes:

## EFFECT ELEMENT
Cannabinoid receptor type 1 (CB1 receptor) agonist as demonstrated by binding studies and functional assays

### § 812(c)(d)(2)(A)(i)
2-(3-hydroxycyclohexyl)phenol with substitution at the 5-position of the phenolic ring by alkyl or alkenyl, whether or not substituted on the cyclohexyl ring to any extent.

### § 812(c)(d)(2)(A)(ii)
3-(1-naphthoyl)indole by substitution at the nitrogen atom of the indole ring, whether or not further substituted on the indole ring to any extent, whether or not substituted on the naphthoyl ring to any extent.

### § 812(c)(d)(2)(A)(ii)
- 3-(1-naphthylmethane)indole by substitution at the nitrogen atom of the indole ring, whether or not further substituted on the indole ring to any extent, whether or not substituted on the naphthyl ring to any extent.

### § 812(c)(d)(2)(A)(iii)
3-(1-naphthoyl)pyrrole by substitution at the nitrogen atom of the pyrrole ring, whether or not further substituted in the pyrrole ring to any extent, whether or not substituted on the naphthoyl ring to any extent

### § 812(c)(d)(2)(A)(iv)
1-(1-naphthylmethylene)indene by substitution of the 3-position of the indene ring, whether or not further substituted in the indene ring to any extent, whether or not substituted on the naphthyl ring to any extent.

### § 812(c)(d)(2)(A)(v)
3-phenylacetylindole by substitution at the nitrogen atom of the indole ring, whether or not further substituted in the indole ring to any extent, whether or not substituted on the phenyl ring to any extent.

### § 812(c)(d)(2)(A)(v)
3-benzoylindole by substitution at the nitrogen atom of the indole ring, whether or not further substituted in the indole ring to any extent, whether or not substituted on the phenyl ring to any extent.

Substances:
- CP-47,497
- CP-47,497-C8
- JWH-018
- JWH-019
- JWH-073
- JWH-081
- JWH-122
- JWH-200
- JWH-398
- AM-2201
- JWH-203
- JWH-250
- AM-694
- RCS-8
- RCS-4

NONE OF THE FIFTEEN SUBSTANCES LISTED UNDER 21 U.S.C. § 812(c)(d)(2)(B) FALL WITHIN THESE THREE STRUCTURAL CLASSES.

THUS, LEAVING ROOM FOR EXPANSION AND FURTHER ESTABLISHING THAT CONGRESS INTENDED FOR 21 U.S.C. § 812(c)(d)(2)(A) TO BE THE STATUTE REGULATING FUTURE CANNABIMIMETIC AGENTS.

**EXHIBIT 1 to**
**DEFENDANTS' MOTION TO DISMISS COUNT 1 OR, IN THE ALTERNATIVE, TO STRIKE**