**CONTROLLED SUBSTANCE ANALOGUES**
21 U.S.C. § 802(32)(A)

**CANNABIMIMETIC AGENTS**
21 U.S.C. § 812(c)(d)(2)(A)

**STRUCTURE ELEMENT**

(i) the chemical structure of which is substantially similar to the chemical structure of a controlled substance in schedule I or II

**CONFLICT**

**STRUCTURE ELEMENT**

Within any of the following structural classes:

(i) 2-(3-hydroxycyclohexyl)phenol with substitution at the 5-position of the phenolic ring by alkyl or alkenyl, whether or not substituted on the cyclohexyl ring to any extent.
(ii) 3-(1-naphthoyl)indole or 3-(1-naphthylmethane)indole by substitution at the nitrogen atom of the indole ring, whether or not further substituted on the indole ring to any extent, whether or not substituted on the naphthoyl or naphthyl ring to any extent.
(iii) 3-(1-naphthoyl)pyrrole by substitution at the nitrogen atom of the pyrrole ring, whether or not further substituted in the pyrrole ring to any extent, whether or not substituted on the naphthoyl ring to any extent.
(iv) 1-(1-naphthylmethylene)indene by substitution of the 3-position of the indene ring, whether or not further substituted in the indene ring to any extent, whether or not substituted on the naphthyl ring to any extent.
(v) 3-phenylacetylindole or 3-benzoylindole by substitution at the nitrogen atom of the indole ring, whether or not further substituted in the indole ring to any extent, whether or not substituted on the phenyl ring to any extent.

**EFFECT ELEMENT**

(ii) which has a stimulant, depressant, or hallucinogenic effect on the central nervous system that is substantially similar to or greater than the stimulant, depressant, or hallucinogenic effect on the central nervous system of a controlled substance in schedule I or II; or
(iii) with respect to a particular person, which such person represents or intends to have a stimulant, depressant, or hallucinogenic effect on the central nervous system that is substantially similar to or greater than the stimulant, depressant, or hallucinogenic effect on the central nervous system of a controlled substance in schedule I or II.

**CONFLICT**

**EFFECT ELEMENT**

Cannabinoid receptor type 1 (CB1 receptor) agonist as demonstrated by binding studies and functional assays.

**EXHIBIT 3 to**
**DEFENDANTS' MOTION TO DISMISS COUNT 1 OR, IN THE ALTERNATIVE, TO STRIKE**