UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:14-CR-00175 AGF (DDN) |
| | ) |
| MARK PALMER *et. al*, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANTS' MOTION FOR LEAVE TO FILE
OVERLENGTH JOINT MOTION TO DISMISS**

COME NOW Defendants by and through their undersigned counsel, and pursuant to E.D.Mo. L.R. 7-4.01(D), respectfully seek leave of the Court to file a brief which exceeds 15 pages in length. In support of this motion, Defendants state as follows:

1. Defendants have filed their Motion to Dismiss Count I of the Indictment on the Grounds that It Fails to State an Offense and That 21 U.S.C. § 813 and 21 U.S.C. § 802(32)(A) Are Unconstitutionally Vague as Applied to Defendants Or, In the Alternative, to Strike Certain Substances from the Indictment.

2. Defendants' motion includes a memorandum in support within it. Defendants' counsel have collaborated to present one motion on behalf of all Defendants.

3. Significant space is required to adequately present the issues and argument contained in the Motion, many of which have important technical underpinnings. Defendants' memorandum in support of their motion exceeds the fifteen pages permitted under L.R. 7-4.01(D).

WHEREFORE, Defendants respectfully request this Court enter an Order granting them leave to file their Motion to Dismiss Count I of the Indictment, which exceeds 15 pages in

length.

Dated:     October 8, 2015

Respectfully submitted,

| LUCCO, BROWN, THRELKELD & DAWSON | DOWD BENNETT LLP |
|---|---|
| By: /s/ J. William Lucco<br>J. William Lucco  #1701835IL<br>Christopher P. Threlkeld   #6271483IL<br>224 St. Louis Street<br>Edwardsville, Illinois 62025<br>Telephone: (618) 656-2321<br>Fax: (618) 656-2363<br>Email: blucco@lbtdlaw.com<br>          cthrelkeld@lbtdlaw.com<br><br>*Attorneys for Defendant Charles Wolfe* | By: /s/ James E. Crowe, III   (with permission)<br>James E. Crowe, III  #50031MO<br>7733 Forsyth Boulevard, Suite 1900<br>St. Louis, Missouri 63105<br>Telephone: (314) 889-7300<br>Fax: (314) 863-2111<br>Email: jcrowe@dowdbennett.com<br><br><br><br>*Attorney for Defendant Joseph Gabrick* |
| BOROWIAK LAW FIRM | THE LAW OFFICE OF JASON A. KORNER |
| By: /s/ Zachary J. Borowiak (with permission)<br>Zachary J. Borowiak  #58855MO<br>225 South Meramec, Suite 301<br>St. Louis, Missouri 63105<br>Telephone: (314) 537-2351<br>Fax: (314) 269-1042<br>Email: borowiaklaw@gmail.com<br><br>*Attorney for Defendant Robert Wolfe* | By: /s/ Jason A. Korner (with permission)<br>Jason A. Korner  #58495MO<br>7911 Forsyth Blvd. Suite 300<br>Clayton, Missouri 63105<br>Telephone: (314) 409-2659<br>Fax: (314) 863-5335<br>Email: jasonkorner@kornerlaw.com<br><br>*Attorney for Defendant Samuel Leinicke* |
| THE MUTRUX LAW FIRM | THE LAW OFFICES OF<br>SHELBY M. COWLEY |
| By: /s/ Tyson Mutrux (with permission)<br>Tyson Mutrux<br>1717 Park Avenue<br>St. Louis, Missouri 63104<br>Telephone: (314) 270-227<br>Fax: (314) 884-4333<br>Email: tyson@mtruxlaw.com<br><br>*Attorney for Defendant Mark Palmer* | By: /s/ Shelby M. Cowley (with permission)<br>Shelby M. Cowley  #62819MO<br>1717 Park Avenue<br>St. Louis, MO 63104<br>Telephone: (314) 721-1024<br>Fax: (314) 446-4700<br>Email: shelby@cowleylaw.net<br><br>*Attorney for Defendant Mark Palmer* |

- 3 -

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 8th day of October, 2015, a true and correct copy of the foregoing was filed with the Court using the CM/ECF system, and service upon all participants in the case who are CM/ECF users will be accomplished by operation of that system.

      /s/ J. William Lucco