| SUBSTANCE | 4:14CR00175 AGF/DDN | 4:14CR00152 RWS/NCC | 4:14CR00187 JAR/DDN | 4:14CR00150 JAR/TCM |
|---|---|---|---|---|
| [1-(5-Fluoro-pentyl)1H-indol-3-yl](2,2,3,3-tetramethylcyclopropyl)methanone (a.k.a. "XLR11" and "5-Flouro-UR-144") | Palmer | | | Rao |
| 1-( 5-Fluoropentyl) 1 H-indol-3-(2,2,3 ,3-tetramethylcyclopropyl)indole, (a.k.a "XLR-11") | | | Tabatt | |
| 1-(5-fluoropentyl)-3-(1-naphthoyl)indole, (a.k.a. "AM-2201") | | Sloan | | |
| 1-(5-fluropentyl)-4-methyl-3-(1-naphthoyl)indole (a.k.a. "MAM2201") | | Sloan | | Rao |
| 1-(morpholinoethy 1 )-3-(2,2,3,3-tetramethlcyclopropoy l)indole (a.k.a. "A796260") | | Sloan | | |
| (1-Pentyl-1H-indol-3-yl)(2,2,3,3-tetramethylcyclopropyl)methanone (a.k.a. "UR-144") | Palmer | | | |
| (1-Pentyl-3-(1-naphthoyl) indole (a.k.a. "JWH-018") | Palmer | Sloan | Tabatt | Rao |
| l-pentyl-3-(2-methoxyphenylaceityl)indole, (a.k.a. "JWH-250") | | Sloan | | |
| 1-pentyl-3-(4-methyl-1-naphythoyl)indole, (a.k.a. "JWH-122") | | Sloan | | Rao |

**EXHIBIT "A" to**
**DEFENDANTS' MOTION FOR A BILL OF PARTICULARS**

| SUBSTANCE | 4:14CR00175 AGF/DDN | 4:14CR00152 RWS/NCC | 4:14CR00187 JAR/DDN | 4:14CR00150 JAR/TCM |
|---|---|---|---|---|
| 2-(methylamina)-1-phenylpentan-1-one (a.k.a. "Pentedrone") | | Sloan | | |
| 2-(Methylamino )-1-phenyl-pentane-l-one Hydrochloride (a.k.a. "Pentedrone HCl") | | | Tabatt | |
| 2-Pyrrolidinovalerophenone (a.k.a. "a-PVP") | | Sloan | | Rao |
| 2-Pyrrolidinovalerophenone (a.k.a. "alpha-PVP") | Palmer | | | |
| 4-methyl-N-ethylcathinone, (a.k.a. "4-Mec") | | Sloan | | |
| 5-methoxy-N,N-diallytryptamine (a.k.a. "5-Meo-dalt") | | Sloan | | |
| alpha-Pyrrolidinovalerophenone, (a.k.a. "alpha-PVP") | | | Tabatt | |
| Methylone | | | Tabatt | |
| Methylenedioxypyrovalerone (a.k.a. "MDPV") | | Sloan | | |
| N-(1-Adamantyl)-1-pentyl-1H-indazole-3-carboxamide (a.k.a. "AKB48" and "APINACA") | Palmer | Sloan | | Rao |

**EXHIBIT "A" to**
**DEFENDANTS' MOTION FOR A BILL OF PARTICULARS**

- 2 -

| SUBSTANCE | 4:14CR00175 AGF/DDN | 4:14CR00152 RWS/NCC | 4:14CR00187 JAR/DDN | 4:14CR00150 JAR/TCM |
|---|---|---|---|---|
| Quinolin-8-yl 1-(5-fluoropentyl)-1H-indole-3-carboxylate (a.k.a. "5F-PB-22") | Palmer | | | |

**EXHIBIT "A" to**
**DEFENDANTS' MOTION FOR A BILL OF PARTICULARS**