ATTACHMENT #2

~ SUPPLEMENTAL ~

United States v. PALMER, et al.

No. 4:14CR00175 AGF (DDN)

| Date | Description of Event | Witness | Standing | Defendants against whom evidence will be introduced |
|---|---|---|---|---|
| 09/05/2014 | Search of Samsung Galaxy S III Mobile Phone | S/A Aaron Burdine | Anthony Palmer | All Defendants |
| 09/23/2014 | Search of UPS parcel 1ZA429Y00300414106 | USPI Justin Moore | Charles Wolfe | All Defendants |
| 11/25/2014 | Search of Samsung Galaxy S III Mobile Phone | S/A Aaron Burdine | Mark Palmer | All Defendants |
| 12/01/2014 | 2 GB Micro SD Card inside the Galaxy S III Mobile Phone | S/A Aaron Burdine | Mark Palmer | All Defendants |
| 12/01/2014 | Search of Samsung Galaxy S III Mobile Phone | S/A Aaron Burdine | Samuel Leinicke | All Defendants |
| 12/01/2014 | Search of Samsung Gusto II Mobile Phone | S/A Aaron Burdine | Samuel Leinicke | All Defendants |
| 01/02/2015 | Search of email account therealmonster@hushmail.com | S/A Aaron Burdine | Roy Ehrett | All Defendants |
| 01/02/2015 | Search of email account thenewdog@hushmail.com | S/A Aaron Burdine | Roy Ehrett &Tracy Picanso | All Defendants |
| 01/02/2015 | Search of email account thekcupman@hushmail.com | S/A Aaron Burdine | Roy Ehrett &Tracy Picanso | All Defendants |
| 01/15/2015 | Search of thumb drive with Quickbook files | S/A Robert J. Anderson | Roy Ehrett &Tracy Picanso | All Defendants |
| 3/12/2015 | M-15-80-SM | Search of 705 Kouba Dr., Yukon, OK | Loy Smith | Charles Wolfe, Robert Wolfe, Joseph Gabrick |

1

| Date | Description of Event | Witness | Standing | Defendants against whom evidence will be introduced |
|---|---|---|---|---|
| 3/12/2015 | Statement | Statement of J. D. Kitzmiller | Loy Smith | Charles Wolfe, Robert Wolfe, Joseph Gabrick |
| 3/12/2015 | Consent Search | Yukon Mini Storage, 500 East Maxi Drive, Yokon, OK  (Unit 223). | Loy Smith | Charles Wolfe, Robert Wolfe, Joseph Gabrick |
| 03/23/2015 | Search of facility located at 2562 Twin River Park Road, Eureka, MO | S/A Aaron Burdine | Mark Palmer | All Defendants |
| 03/25/2015 | Search of Palmer Laptop Computer | S/A Aaron Burdine | Mark Palmer | All Defendants |
| 03/25/2015 | Search of White Windows Mobile Smart Phone | S/A Aaron Burdine | Mark Palmer | All Defendants |
| 04/20/2015 | Search of email account: palmcorp@hushmail.com | S/A Aaron Burdine | Mark Palmer | All Defendants |
| 04/20/2015 | Search of email account: paggregate@hushmail.com | S/A Aaron Burdine | Mark Palmer | All Defendants |
| 6/5/2015 | Statement | Statement of J. D. Kitzmiller | Robert Summers | Charles Wolfe, Robert Wolfe, Joseph Gabrick |