UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:14-CR-00175 AGF (DDN) |
| | ) |
| MARK PALMER *et. al*, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANTS' JOINT MOTION TO EXTEND DEADLINE
TO FILE ANY REPLIES ON PENDING PRE-TRIAL MOTIONS**

COME NOW Defendants, by and through their respective undersigned counsel, and pursuant to Fed. R. Crim. P. 45(b)(1)(A) and E.D.Mo. L.R. 7 – 4.01, hereby move for the Court to enter its Order granting them an extension of time to and including December 3, 2015 in which to file any replies in support of their pending pre-trial motions. In support of their motion, Defendants state as follows:

1. Defendants filed certain pre-trial motions on October 8, 2015 ("Defendants' Motions"). *See* Docs. 181-185.

2. After requesting a one-week extension of the November 9, 2015 deadline to file its responses to Defendant's Motions, the Government filed a 27-page omnibus response on November 16, 2015. *See* Doc. 192.

3. Pursuant to E.D.Mo. L.R. 7 – 4.01, reply memoranda in support of Defendants' Motions are due on November 27, 2015. *See* Fed. R. Crim. P. 45(a)(1)(C), 45(c) and 5(b)(2)(E).

- 2 -

4.	In view of the fact that the reply deadline falls one day after the Thanksgiving holiday, a day on which the Court is closed, and in order for remaining defense counsel to comply with the Court's order that submissions on motions to dismiss be filed jointly by all defendants (*see* Doc. 150), more time is necessary to coordinate such joint filings in reply to the issues raised by the Government's response.

5.	Defendants therefore respectfully request that the Court enter its Order extending to December 3, 2015 the deadline by which they may file any reply in support of their pending pre-trial motions.

WHEREFORE, for the foregoing reasons, Defendants jointly request that the Court grant their motion and enter its Order extending until December 3, 2015 the time in which they may file any reply in support of their pending pre-trial motions, and grant all such other and further relief this Court finds just and warranted under the circumstances.

Dated:  November 27, 2015

Respectfully submitted,

| DOWD BENNETT LLP | BOROWIAK LAW FIRM |
|---|---|
| By: /s/ James E. Crowe, III<br>James E. Crowe, III  #50031MO<br>7733 Forsyth Boulevard, Suite 1900<br>St. Louis, Missouri 63105<br>Telephone: (314) 889-7300<br>Fax: (314) 863-2111<br>Email: jcrowe@dowdbennett.com<br><br>*Attorney for Defendant Joseph Gabrick* | By: /s/ Zachary J. Borowiak (with permission)<br>Zachary J. Borowiak  #58855MO<br>225 South Meramec, Suite 301<br>St. Louis, Missouri 63105<br>Telephone: (314) 537-2351<br>Fax: (314) 269-1042<br>Email: borowiaklaw@gmail.com<br><br>*Attorney for Defendant Robert Wolfe* |

| | |
|---|---|
| THE LAW OFFICE OF JASON A. KORNER | LUCCO, BROWN, THRELKELD & DAWSON |
| By: /s/ Jason A. Korner (with permission)<br>Jason A. Korner  #58495MO<br>7911 Forsyth Blvd. Suite 300<br>Clayton, Missouri 63105<br>Telephone: (314) 409-2659<br>Fax: (314) 863-5335<br>Email: jasonkorner@kornerlaw.com | By: /s/ J. William Lucco (with permission)<br>J. William Lucco  #1701835IL<br>Christopher P. Threlkeld   #6271483IL<br>224 St. Louis Street<br>Edwardsville, Illinois 62025<br>Telephone: (618) 656-2321<br>Fax: (618) 656-2363<br>Email: blucco@lbtdlaw.com<br>         cthrelkeld@lbtdlaw.com |
| *Attorney for Defendant Samuel Leinicke* | *Attorneys for Defendant Charles Wolfe* |
| THE MUTRUX LAW FIRM | THE LAW OFFICES OF SHELBY M. COWLEY |
| By: /s/ Tyson Mutrux (with permission)<br>Tyson Mutrux  #63117MO<br>1717 Park Avenue<br>St. Louis, Missouri 63104<br>Telephone: (314) 270-2273<br>Fax: (314) 884-4333<br>Email: tyson@mtruxlaw.com | By: /s/ Shelby M. Cowley (with permission)<br>Shelby M. Cowley  #62819MO<br>1717 Park Avenue<br>St. Louis, MO 63104<br>Telephone: (314) 721-1024<br>Fax: (314) 446-4700<br>Email: cowley_shelby@yahoo.com |
| *Attorney for Defendant Mark Palmer* | *Attorney for Defendant Mark Palmer* |

- 4 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 27th day of November, 2015, a true and correct copy of the foregoing was filed with the Court using the CM/ECF system, and service upon all participants in the case who are CM/ECF users will be accomplished by operation of that system.

        /s/ James E. Crowe, III