**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| | ) |
| Plaintiff, | ) |
| | )   No. 4:14-cr-00175-AGF-DDN |
| | ) |
| v. | ) |
| | ) |
| | ) |
| **MARK PALMER**, | ) |
| Defendant. | ) |

**NOTICE OF INTENTION NOT TO ACCESS ELECTRONIC DISCOVERY**

COMES NOW Shelby M. Cowley and R. Tyson Mutrux, counsel for Defendant, Mark Palmer, and provides Notice to the Court that counsel does not intend to access electronic discovery maintained by LDisocvery.

.

Respectfully Submitted,

**By:**    /s/ Shelby M. Cowley_____
Shelby M. Cowley, No. 62819MO
The Law Offices of Shelby M. Cowley
1409 Washington Avenue, Suite 500
St. Louis, MO 63103
Telephone: (314) 241-0999
Fax: (314) 899-5045
Email: cowley_shelby@yahoo.com

1

/s/ R. Tyson Mutrux_____
R. Tyson Mutrux # 63117MO
Attorney for Defendant
1717 Park Ave.
St. Louis, MO 63104
Telephone: (314) 270-2273
Facsimile: (314) 884-4333
E-Mail: Tyson@mutruxlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2016, the foregoing motion was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties/attorneys of record.

/s/ Shelby M. Cowley_____

2