UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 4:14-cr-00175-AGF-DDN |
| ) | |
| v. ) | |
| ) | |
| ) | |
| **MARK PALMER**, ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW IMPROPERLY FILED NOTICE

COMES NOW Shelby M. Cowley and R. Tyson Mutrux, counsel for Defendant, Mark Palmer, and hereby move to withdraw the Improperly Filed Notice (Docket Line 208) filed on February 11, 2016.

.

Respectfully Submitted,

**By:**   /s/ Shelby M. Cowley_____
Shelby M. Cowley, No. 62819MO
The Law Offices of Shelby M. Cowley
1409 Washington Avenue, Suite 500
St. Louis, MO 63103
Telephone: (314) 241-0999
Fax: (314) 899-5045
Email: cowley_shelby@yahoo.com

1

        /s/ R. Tyson Mutrux\
        R. Tyson Mutrux # 63117MO\
        Attorney for Defendant\
        1717 Park Ave.\
        St. Louis, MO 63104\
        Telephone: (314) 270-2273\
        Facsimile: (314) 884-4333\
        E-Mail: Tyson@mutruxlaw.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on February 11, 2016, the foregoing motion was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties/attorneys of record.

        /s/ Shelby M. Cowley