UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date  February 11, 2016                    Presiding Judges  **David D. Noce, Noelle C. Collins & Patricia L.Cohen**

Case Nos. 4:14cr150 JAR/PLC; 4:14cr152 RWS/NCC; 4:14cr175 AGF/DDN; 4:14cr187 JAR/DDN

**UNITED STATES OF AMERICA**  v.  Anwer Rao et al.; Greg Sloan et al.; Mark Palmer et al.; Pamela Talbatt et al.

**Court Reporter** FTR                              Deputy Clerk   B. Porter

Assistant United States Attorney(s)  Not Present

Attorney(s) for Defendant(s)  James Crowe, III; Steven Welby; J. William Lucco; Zachary Borowiak

Interpreter        N/A                              □ **SEALED PROCEEDING**

**Proceedings:**

□ Initial Appearance                  □ Detention Hearing                  □ Preliminary Revocation
□ Arraignment                        □ Bond Review                        □ Probation
□ Preliminary Examination            □ Bond Execution/Appearance Bond      □ Supervised Release
□ Motion Hearing                     □ In Court Hrg (WAIVER OF MOTIONS)    □ Competency
  □ Evidentiary Hearing              □ Change of Plea/Sentencing           ☑ Pretrial/Status Conference
  □ Oral Argument/Non Evidentiary Hearing  □ Rule 5(c)(3)Removal (Identity)  □ Material Witness

Parties are present for a sealed status conference. Clarke Devereau from the Court of Appeals for the Seventh and Eighth Circuits and Kathleen Cookson, Finance Department Manager for the District Court, are present. The Court holds the sealed conference.

□ Oral Motion for appointment of counsel (GRANTED)  □ Defendant is advised of rights/indicates understanding of those rights.

□ Bail/Bond set in the amount of: $ _____    □ Secured Appearance Bond    □ Secured by 10%

        □ Secured by cash only      □ Secured by property      □ Unsecured bond        □ O/R bond

□ Government filed motion for pretrial detention.  Detention hearing scheduled for _____ @ _____

□ Preliminary examination set for _____ @ _____

□ Defendant arraigned      □ Waives reading of indictment/information        □ Matter taken under advisement

□ Plea entered  Not Guilty                          Order on pretrial motions:     □ issued    □ to issue

□ Oral Motion for Suppression          □ Motion for Extension of Time to File Pretrial Motions (GRANTED).  IT IS HEREBY ORDERED
                                       that the time granted to defendant to investigate and prepare pretrial motions or a waiver thereof is
                                       excluded from computation of the time for speedy trial.

□ Defendant waives _____                □ order to issue        □ oral ruling

□ Defendant waives evidentiary hearing        □ By leave of court withdraws all pretrial motions

Trial date/time _____          Before U.S. District Judge _____

        □ Remanded to **CUSTODY**        □ Released on **BOND**

Next hearing date/time _____      Type of hearing _____      Before Judge _____
Proceeding commenced    11:37 AM          Proceeding concluded    12:10 PM          Continued to _____
□ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the criminal complaint.
□ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the instant petition.
□ Based upon the waiver, the Court finds probable cause to believe the defendant violated the law/conditions set out in the instant
petition/complaint.