UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) Case No. 4:14-CR-00175 AGF (DDN) |
| MARK PALMER *et. al*, | ) ) |
| Defendant. | ) |

**DEFENDANTS' JOINT CONSENTED MOTION FOR EXTENSION OF TIME
TO FILE PRETRIAL MOTIONS**

COME NOW Defendants Robert Wolfe, Chuck Wolfe, Joseph Gabrick and Mark Palmer, by and through their respective undersigned counsel, and hereby jointly move this Court to enter its Order extending to March 8, 2016 the deadline to file motions to suppress tangible evidence, statements or evidence obtained through electronic surveillance. In support of their motion, to which the Government has no objection, Defendants state as follows:

1.   On October 7, 2015 the Court entered an Order requiring Defendants to file pretrial motions to suppress tangible evidence, motions to suppress statements and motions to suppress evidence obtained through electronic surveillance ("Pretrial Motions") no later than December 15, 2015. *See* Doc. 180.

2.   Through subsequent Motions and the Court's Orders on the same, the current deadline to file Pretrial Motions is March 1, 2016. *See* Doc. 213.

3.   Defendants now move this Honorable Court for one week's additional time to file Pretrial Motions, specifically up to and including March 8, 2016.

4.   Counsel for the undersigned Defendants have retained the services of an expert witness who is expected to supply information that will be used in connection with

the Motions counsel will file. Additional time is necessary for counsel to complete the consultation with that expert witness.

    5.    The additional time Defendants are requesting through this motion is necessary to afford counsel the reasonable time necessary to incorporate into the Pretrial Motions the information that results from the expert consultation.

    6.    Undersigned counsel for Defendant Joesph Gabrick communicated with Assistant U.S. Attorney James Delworth on behalf of all interested Defendants regarding the extension of time sought by this Motion, and the Government does not object to the relief requested by Defendants being granted by the Court.

    WHEREFORE, for the foregoing reasons, the undersigned Defendants jointly request that the Court grant their motion for an extension of time to file motions to suppress and enter its Order extending the deadline for the filing of such suppression motions same to and including March 8, 2016.

Dated: March 1, 2016

Respectfully submitted,

| DOWD BENNETT LLP | LUCCO, BROWN, THRELKELD & DAWSON |
|---|---|
| By: /s/ James E. Crowe, III<br>James E. Crowe, III  #50031MO<br>7733 Forsyth Boulevard, Suite 1900<br>St. Louis, Missouri 63105<br>Telephone: (314) 889-7300<br>Fax: (314) 863-2111<br>Email: jcrowe@dowdbennett.com | By: /s/ J. William Lucco (with permission)<br>J. William Lucco  #1701835IL<br>Christopher P. Threlkeld   #6271483IL<br>224 St. Louis Street<br>Edwardsville, Illinois 62025<br>Telephone: (618) 656-2321<br>Fax: (618) 656-2363<br>Email: blucco@lbtdlaw.com<br>           cthrelkeld@lbtdlaw.com |
| *Attorney for Defendant Joseph Gabrick* | *Attorneys for Defendant Charles Wolfe* |
| BOROWIAK LAW FIRM | THE LAW OFFICES OF SHELBY M. COWLEY |
| By:  /s/ Zachary J. Borowiak<br>Zachary J. Borowiak  #58855MO<br>225 South Meramec, Suite 1100<br>St. Louis, Missouri 63105<br>Telephone: (314) 537-2351<br>Fax: (314) 269-1042<br>Email: borowiaklaw@gmail.com | By: /s/ Shelby M. Cowley (with permission)<br>Shelby M. Cowley  #62819MO<br>1717 Park Avenue<br>St. Louis, MO 63104<br>Telephone: (314) 721-1024<br>Fax: (314) 446-4700<br>Email: cowley_shelby@yahoo.com |
| *Attorney for Defendant Robert Wolfe* | *Attorney for Defendant Mark Palmer* |

- 4 -

THE MUTRUX LAW FIRM


By: /s/ Tyson Mutrux (with permission)
    Tyson Mutrux  #63117MO
    1717 Park Avenue
    St. Louis, Missouri 63104
    Telephone: (314) 270-2273
    Fax: (314) 884-4333
    Email: tyson@mtruxlaw.com

    *Attorney for Defendant Mark Palmer*

- 5 -

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on this 1st day of March, 2016, a true and correct copy of the foregoing was filed with the Court using the CM/ECF system, and service upon all participants in the case who are CM/ECF users will be accomplished by operation of that system.

                /s/ James E. Crowe, III