# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | )   4:14CR00175-AGF-DDN |
| MARK PALMER et. al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR LEAVE TO FILE OVERLENGTH MOTION

COME NOW Defendants Robert Wolfe, Chuck Wolfe, Joseph Gabrick, Mark Palmer, and Samuel Leineke, by and through their respective undersigned counsel, and pursuant to E.D.Mo. L.R. 7-4.01(D), respectfully seek leave of the Court to file their Joint Motion to Suppress Evidence with Memorandum in Support, which exceeds 15 pages in length. In support of this motion, to exceed, Defendants state as follows:

1.  Defendants have filed their Joint Motion to Suppress Evidence with Memorandum in Support.

2.  The motion addresses twenty-four separate search warrant applications and supporting affidavits made over the course of over two years.

3.  Because of the sheer number of search warrant affidavits and the corresponding the need to present the infirmities of the same, significant space is required to adequately present the issues and argument.

4.  Therefore, Defendants' memorandum in support of their motion exceeds the fifteen pages permitted under L.R. 7-4.01(D).

WHEREFORE, Defendants respectfully request this Court enter an Order granting them leave to file their Joint Motion to Suppress Evidence with Memorandum in Support, which exceeds 15 pages in length.

Respectfully submitted,

| DOWD BENNETT LLP | BOROWIAK LAW FIRM |
|---|---|
| By: /s/ James E. Crowe, III | By: /s/ Zachary J. Borowiak (with permission) |
| James E. Crowe, III  #50031MO | Zachary J. Borowiak  #58855MO |
| 7733 Forsyth Boulevard, Suite 1900 | 225 South Meramec, Suite 301 |
| St. Louis, Missouri 63105 | St. Louis, Missouri 63105 |
| Telephone: (314) 889-7300 | Telephone: (314) 537-2351 |
| Fax: (314) 863-2111 | Fax: (314) 269-1042 |
| Email: jcrowe@dowdbennett.com | Email: borowiaklaw@gmail.com |
| *Attorney for Defendant Joseph Gabrick* | *Attorney for Defendant Robert Wolfe* |
| THE MUTRUX LAW FIRM | THE LAW OFFICES OF SHELBY M. COWLEY |
| By: /s/ Tyson Mutrux (with permission) | By: /s/ Shelby M. Cowley (with permission) |
| Tyson Mutrux  #63117MO | Shelby M. Cowley  #62819MO |
| 1717 Park Avenue | 1717 Park Avenue |
| St. Louis, Missouri 63104 | St. Louis, MO 63104 |
| Telephone: (314) 270-2273 | Telephone: (314) 721-1024 |
| Fax: (314) 884-4333 | Fax: (314) 446-4700 |
| Email: tyson@mtruxlaw.com | Email: cowley_shelby@yahoo.com |
| *Attorney for Defendant Mark Palmer* | *Attorney for Defendant Mark Palmer* |

- 3 -

| | |
|---|---|
| LUCCO, BROWN, THRELKELD & DAWSON | THE LAW OFFICE OF JASON A. KORNER |
| By: /s/ J. William Lucco (with permission)<br>J. William Lucco  #1701835IL<br>Christopher P. Threlkeld   #6271483IL<br>224 St. Louis Street<br>Edwardsville, Illinois 62025<br>Telephone: (618) 656-2321<br>Fax: (618) 656-2363<br>Email: blucco@lbtdlaw.com<br>           cthrelkeld@lbtdlaw.com | By: /s/ Jason A. Korner (with permission)<br>Jason A. Korner  #58495MO<br>7911 Forsyth Blvd. Suite 300<br>Clayton, Missouri 63105<br>Telephone: (314) 409-2659<br>Fax: (314) 863-5335<br>Email: jasonkorner@kornerlaw.com |
| *Attorneys for Defendant Charles Wolfe* | *Attorney for Defendant Samuel Leinicke* |

- 4 -

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 8th day of March, 2016, a true and correct copy of the foregoing was filed with the Court using the CM/ECF system, and service upon all participants in the case who are CM/ECF users will be accomplished by operation of that system.

      /s/ James E. Crowe, III