# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | )   4:14CR00175-AGF-DDN |
| MARK PALMER et. al., | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS' NOTICE OF FILING OF EXHIBITS TO THEIR
### JOINT MOTION REQUESTING A *FRANKS* HEARING

COME NOW Defendants Robert Wolfe, Chuck Wolfe, Joseph Gabrick, Mark Palmer, and Samuel Leineke, by and through their respective undersigned counsel, and by this Notice file Exhibits 1-14 to their Joint Motion Requesting A *Franks* Hearing With Memorandum in Support (Doc. 224). Defendants experienced difficulties uploading all exhibits when filing their Motion and therefore file them as attachments to this separate notice.

Respectfully submitted,

| | |
|---|---|
| DOWD BENNETT LLP | BOROWIAK LAW FIRM |
| | |
| By: /s/ James E. Crowe, III | By:  /s/ Zachary J. Borowiak (with permission) |
| James E. Crowe, III  #50031MO | Zachary J. Borowiak  #58855MO |
| 7733 Forsyth Boulevard, Suite 1900 | 225 South Meramec, Suite 301 |
| St. Louis, Missouri 63105 | St. Louis, Missouri 63105 |
| Telephone: (314) 889-7300 | Telephone: (314) 537-2351 |
| Fax: (314) 863-2111 | Fax: (314) 269-1042 |
| Email: jcrowe@dowdbennett.com | Email: borowiaklaw@gmail.com |
| | |
| *Attorney for Defendant Joseph Gabrick* | *Attorney for Defendant Robert Wolfe* |

- 2 -

| | |
|---|---|
| THE MUTRUX LAW FIRM | THE LAW OFFICES OF SHELBY M. COWLEY |
| By: /s/ Tyson Mutrux (with permission)<br>    Tyson Mutrux  #63117MO<br>    1717 Park Avenue<br>    St. Louis, Missouri 63104<br>    Telephone: (314) 270-2273<br>    Fax: (314) 884-4333<br>    Email: tyson@mtruxlaw.com<br><br>    *Attorney for Defendant Mark Palmer* | By: /s/ Shelby M. Cowley (with permission)<br>    Shelby M. Cowley  #62819MO<br>    1717 Park Avenue<br>    St. Louis, MO 63104<br>    Telephone: (314) 721-1024<br>    Fax: (314) 446-4700<br>    Email: cowley_shelby@yahoo.com<br><br>    *Attorney for Defendant Mark Palmer* |
| LUCCO, BROWN, THRELKELD & DAWSON | THE LAW OFFICE OF JASON A. KORNER |
| By: /s/ J. William Lucco (with permission)<br>    J. William Lucco  #1701835IL<br>    Christopher P. Threlkeld   #6271483IL<br>    224 St. Louis Street<br>    Edwardsville, Illinois 62025<br>    Telephone: (618) 656-2321<br>    Fax: (618) 656-2363<br>    Email: blucco@lbtdlaw.com<br>           cthrelkeld@lbtdlaw.com<br><br>    *Attorneys for Defendant Charles Wolfe* | By: /s/ Jason A. Korner (with permission)<br>    Jason A. Korner  #58495MO<br>    7911 Forsyth Blvd. Suite 300<br>    Clayton, Missouri 63105<br>    Telephone: (314) 409-2659<br>    Fax: (314) 863-5335<br>    Email: jasonkorner@kornerlaw.com<br><br>    *Attorney for Defendant Samuel Leinicke* |

- 3 -

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 8th day of March, 2016, a true and correct copy of the foregoing was filed with the Court using the CM/ECF system, and service upon all participants in the case who are CM/ECF users will be accomplished by operation of that system.

/s/ James E. Crowe, III