# EXHIBIT 10
## SUMMARY COMPARISON OF SEARCH WARRANT AFFIDAVITS

| Exhibit | Warrant Number Bates Number Date | Location Searched | Affiant | ¶ A[1] | ¶ B | ¶ C | ¶ D | ¶ E | ¶ F | ¶ G | ¶ H | ¶ I | ¶ J |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 13-SW-124 (WD Tenn) NC00015126 July 11, 2015 | UPS Store #869 6025 Stage Rd. Bartlett, TN 38134 Box #327 | Wayne House HS/ICE | ¶ 9 (but for few words) | Section of ¶ 11 | ¶¶ 10 and 11 | | | | | | | ¶ 20(a) |
| 2-A[2] | 4:13MJ07219 SPM NC15155 / NC7949 September 24, 2013 | 1901 Williamstown Dr. St. Peters, MO 63376 | Wayne House HS/ICE | ¶ 16 | ¶ 17 | ¶ 18 | ¶ 19 | ¶ 20 | ¶ 21 | ¶ 22 | | | ¶ 36(a) |
| 2-B | 4:13MJ07220 SPM NC15161 September 24, 2013 | 13761 St. Charles Rock Road, **Ste. 118** Bridgeton, MO 63044 | | | | | | | | | | | |

---

[1] *See* Exhibit 11 for correlation of paragraph letter to the text reflected in the paragraph number of the corresponding search warrant affidavit shown herein.

[2] The affidavit submitted in support of each of Exhibits 2-A through 2-I is identical. Exhibits 2-A through 2-I are assigned letters based upon the corresponding letter assigned to each location sought to be searched as set out in paragraphs 2 and 77 of the supporting affidavit. To avoid unnecessary duplication, the affidavit is only exhibited once, with Exhibit 2-I (NC 00015214 – NC00015292).

# EXHIBIT 10
## SUMMARY COMPARISON OF SEARCH WARRANT AFFIDAVITS

| Exhibit | Warrant Number Bates Number Date | Location Searched | Affiant | ¶ A[1] | ¶ B | ¶ C | ¶ D | ¶ E | ¶ F | ¶ G | ¶ H | ¶ I | ¶ J |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2-C | 4:13MJ07221 SPM NC15167 September 24, 2013 | 13765 St. Charles Rock Road, **Ste. 101** Bridgeton, MO 63044 | Wayne House HS/ICE | ¶ 16 | ¶ 17 | ¶ 18 | ¶ 19 | ¶ 20 | ¶ 21 | ¶ 22 | | | ¶ 36(a) |
| 2-D | 4:13MJ07222 SPM NC15173 September 24, 2013 | 13765 St. Charles Rock Road **Ste. 102** Bridgeton, MO 63044 | | | | | | | | | | | |
| 2-E | 4:13MJ07223 SPM NC15179 September 24, 2013 | 13765 St. Charles Rock Road **Ste. 111** Bridgeton, MO 63044 | | | | | | | | | | | |
| 2-F | 4:13MJ07224 SPM NC15186 September 24, 2013 | 13765 St. Charles Rock Road Ste. 115 Bridgeton, MO 63044 | | | | | | | | | | | |

# EXHIBIT 10
## SUMMARY COMPARISON OF SEARCH WARRANT AFFIDAVITS

| Exhibit | Warrant Number Bates Number Date | Location Searched | Affiant | ¶ A[1] | ¶ B | ¶ C | ¶ D | ¶ E | ¶ F | ¶ G | ¶ H | ¶ I | ¶ J |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2-G | 4:13MJ07225 SPM NC15192 September 24, 2013 | 13765 St. Charles Rock Road Ste. 116 Bridgeton, MO 63044 | Wayne House HS/ICE | ¶ 16 | ¶ 17 | ¶ 18 | ¶ 19 | ¶ 20 | ¶ 21 | ¶ 22 | | | ¶ 36(a) |
| 2-H | 4:13MJ07226 SPM NC15198 September 24, 2013 | 13765 St. Charles Rock Road Ste. 121 Bridgeton, MO 63044 | | | | | | | | | | | |
| 2-I | 4:13MJ07227 SPM NC15204 September 24, 2013 | 4738 Orchard Drive Barnhart, MO 63102 | | | | | | | | | | | |
| 3-A[3] | 4:13MJ07268 SPM NC15438 September 25, 2013 | Storage Unit F80 U-LOK STOR, Inc., 13789 St. Charles Rock Road Bridgeton, MO | Wayne House HS/ICE | ¶ 16 | ¶ 17 | ¶ 18 | ¶ 19 | ¶ 20 | ¶ 21 | ¶ 22 | | | |

---

[3] The affidavit submitted in support of each of Exhibits 3-A through 3-D is identical.  . Exhibits 3-A through 3-D are assigned letters based upon the corresponding letter assigned to each location sought to be searched as set out in paragraphs 2 and  an unnumbered paragraph before paragraph 47 of the supporting affidavit.  To avoid unnecessary duplication, the affidavit is only exhibited once, with Exhibit 3-A (NC 00015450 – NC00015482).

# EXHIBIT 10
## SUMMARY COMPARISON OF SEARCH WARRANT AFFIDAVITS

| Exhibit | Warrant Number Bates Number Date | Location Searched | Affiant | ¶ A[1] | ¶ B | ¶ C | ¶ D | ¶ E | ¶ F | ¶ G | ¶ H | ¶ I | ¶ J |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3-B | 4:13MJ07269 SPM NC15444 September 25, 2013 | Storage Unit F81 U-LOK STOR, Inc., 13789 St. Charles Rock Road Bridgeton, MO | Wayne House HS/ICE | ¶ 16 | ¶ 17 | ¶ 18 | ¶ 19 | ¶ 20 | ¶ 21 | ¶ 22 | | | |
| 3-C | 4:13MJ07270 SPM NC15426 September 25, 2013 | Storage Unit F37 U-LOK STOR, Inc. 13789 St. Charles Rock Road Bridgeton, MO | Wayne House HS/ICE | | | | | | | | | | |
| 3-D | 4:13MJ07271 SPM NC15432 September 25, 2013 | Storage Unit F38 U-LOK STOR, Inc. 13789 St. Charles Rock Road Bridgeton, MO | Wayne House HS/ICE | | | | | | | | | | |

# EXHIBIT 10
## SUMMARY COMPARISON OF SEARCH WARRANT AFFIDAVITS

| Exhibit | Warrant Number Bates Number Date | Location Searched | Affiant | ¶ A[1] | ¶ B | ¶ C | ¶ D | ¶ E | ¶ F | ¶ G | ¶ H | ¶ I | ¶ J |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4-A[4] | 4:13MJ06184 TCM NC15377 September 30, 2013 | Unit D17 U-LOK & STOR, Inc. 13789 St. Charles Rock Road Bridgeton, MO | Wayne House HS/ICE | ¶ 16 | ¶ 17 | ¶ 18 | ¶ 19 | ¶ 20 | ¶ 21 | ¶ 22 | | | ¶ 34(a) |
| 4-B | 4:13MJ06185 TCM NC15383 September 30, 2013 | Unit D21 U-LOK & STOR, Inc. 13789 St. Charles Rock Road Bridgeton, MO | Wayne House HS/ICE | | | | | | | | | | |

---

[4] The affidavit submitted in support of each of Exhibits 4-A through 4-C is identical. Exhibits 4-A through 4-C are assigned letters based upon the corresponding letter assigned to each location sought to be searched as set out in paragraphs 2 and an unnumbered paragraph before paragraph 41 of the supporting affidavit. To avoid unnecessary duplication, the affidavit is only exhibited once, with Exhibit 4-A (NC 00015395 – NC00015425).

# EXHIBIT 10
## SUMMARY COMPARISON OF SEARCH WARRANT AFFIDAVITS

| Exhibit | Warrant Number Bates Number Date | Location Searched | Affiant | ¶ A[1] | ¶ B | ¶ C | ¶ D | ¶ E | ¶ F | ¶ G | ¶ H | ¶ I | ¶ J |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4-C | 4:13MJ06186 TCM NC15389 September 30, 2013 | Unit E004 PUBLIC STORAGE 3760 Pennridge Drive Bridgeton, MO | Wayne House HS/ICE | ¶ 16 | ¶ 17 | ¶ 18 | ¶ 19 | ¶ 20 | ¶ 21 | ¶ 22 | | | ¶ 34(a) |
| 5-A[5] | 4:14MJ7001 SPM NC14764 January 10, 2014 | Email account: Chuckwolfe61 @yahoo.com | Robert Anderson IRS | ¶ 19 | ¶ 20 | ¶ 21 | ¶ 23 | ¶ 22 | ¶ 24 (two additional phrases) | ¶ 26 | ¶ 25 | | |
| 5-B | 4:14MJ7002 SPM NC14769 January 10, 2014 | Email Account: Rkwolfe1971 @yahoo.com | Robert Anderson IRS | | | | | | | | | | |

---

[5] The affidavit submitted in support of each of Exhibits 5-A and 5-B is identical. Exhibits 5-A and 5-B are assigned letters based upon the corresponding letter assigned to each location sought to be searched as set out in paragraphs 2 and 62 of the supporting affidavit. To avoid unnecessary duplication, the affidavit is only exhibited once, with Exhibit 5-A (NC 00014774 – NC00014808).

# EXHIBIT 10
## SUMMARY COMPARISON OF SEARCH WARRANT AFFIDAVITS

| Exhibit | Warrant Number Bates Number Date | Location Searched | Affiant | ¶ A[1] | ¶ B | ¶ C | ¶ D | ¶ E | ¶ F | ¶ G | ¶ H | ¶ I | ¶ J |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 14-2007 MK (MD Tenn)[6]<br>NC 8120<br>April 10, 2014 | International Express Mail Package EE931645513CN addressed to PALMCORP LLC<br>4117 Hillboro Pike, Ste 103, Suite 363<br>Nashville, TN 37215 | James V. O'Hanlon<br>Postal Inspection Service | ¶¶ 14, 15, 16 | ¶ 16 | | | | | | | | ¶ 20(a) |

---

[6] The affidavit submitted in 14-2007 MK contains three paragraphs similar to paragraphs A and B.  Paragraphs 14 and 15 contain each some phrases not found in the affidavits submitted in support of applications made in for earlier-issued warrants.  However, paragraph 16 employs some language found in paragraphs A and B.

7

# EXHIBIT 10
## SUMMARY COMPARISON OF SEARCH WARRANT AFFIDAVITS

| Exhibit | Warrant Number Bates Number Date | Location Searched | Affiant | ¶ A[1] | ¶ B | ¶ C | ¶ D | ¶ E | ¶ F | ¶ G | ¶ H | ¶ I | ¶ J |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | 3:14MJ-196 (WD KY)[7] NC8023 April 14, 2014 | International Express Mail Package EE929751116CN addressed to Tony Palmer, Mystic Wholesale LLC, 3175 South 2nd Street, Suite #361, Louisville, KY 40208 and Federal Express Package 803501809310 addressed to Tony Palmer, Mystic Warehouse LLC 3175 South 2nd Street Suite #361 Louisville, KY 40208 | James v. O'Hanlon Postal Inspector | ¶¶ 14, 15, 16 | ¶ 16 | | | | | | | | ¶ 20(a) |

---

[7] Save for one word in paragraph 14 ("under") which appears to be a typographical error, the affidavit submitted in support of 3:14MJ-196 is an exact copy of that used in support of the application for the warrant issued in 14-2007 MK.

8

**EXHIBIT 10**
**SUMMARY COMPARISON OF SEARCH WARRANT AFFIDAVITS**

| Exhibit | Warrant Number Bates Number Date | Location Searched | Affiant | ¶ A[1] | ¶ B | ¶ C | ¶ D | ¶ E | ¶ F | ¶ G | ¶ H | ¶ I | ¶ J |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8-A | 4:14MJ06111 TCM NC15331 June 11, 2014 | Unit G730 Ample Storage 2960 Elmpoint Industrial St. Charles, MO 63301 | Wayne House HS/ICE | ¶ 8 | ¶ 9 | ¶ 10 | ¶ 12 | ¶ 11 | ¶ 13 | ¶ 15 (with additional sentence) | | ¶ 14 | |
| 8-B[8] | 4:14MJ06112 TCM NC15373 June 11, 2014 | Unit I606 2960 Elmpoint Industrial St. Charles, MO 63301 | Wayne House HS/ICE | ¶ 8 | ¶ 9 | ¶ 10 | ¶ 12 | ¶ 11 | ¶ 13 | ¶ 15 (with additional sentence) | | ¶ 14 | |
| 9 | 4:14MJ07119 SPM NC15327 / NC15293 June 6, 2014 | 21 Winding Stairway O'Fallon, MO 63368 | Wayne House HS/ICE | ¶ 8 | ¶ 9 | ¶ 10 | ¶ 12 | ¶ 11 | ¶ 13 | ¶ 15 (with additional sentence) | | ¶ 14 | |

---

[8] Defendants have not been able to locate a copy of the Application, which is docketed under seal as Doc. 1 in Case No. 4:14-MJ-06112-TCM-1.