# Controlled Substances
## - by DEA Drug Code Number -

| SUBSTANCE | DEA NUMBER | CSA SCH | NARC | OTHER NAMES |
|---|---|---|---|---|
| Codeine preparations - 200 mg/(100 ml or 100 gm) |  | V | Y | Cosanyl,Robitussin A-C,Cheracol,Cerose,Pediacof |
| Difenoxin preparations - 0.5 mg/25 ug AtSO4/du |  | V | Y | Motofen |
| Dihydrocodeine preparations 100mg/(100 ml or 100 gm) |  | V | Y | Cophene-S, various others |
| Diphenoxylate preparations 2.5 mg/25 ug AtSO4 |  | V | Y | Lomotil, Logen |
| Ethylmorphine preparations 100 mg/(100 ml or 100 gm) |  | V | Y |  |
| Opium preparations - 100 mg/(100 ml or 100 gm) |  | V | Y | Parepectolin, Kapectolin PG, Kaolin Pectin P.G. |
| Amphetamine | 1100 | II | N | Dexedrine, Adderall, Obetrol |
| Methamphetamine | 1105 | II | N | Desoxyn, D-desoxyephedrine, ICE, Crank, Speed |
| Lisdexamfetamine | 1205 | II | N | Vyvanse |
| Benzphetamine | 1228 | III | N | Didrex, Inapetyl |
| Cathine | 1230 | IV | N | Constituent of "Khat" plant, (+)-norpseudoephedrine |
| 3-Fluoro-N-methylcathinone (3-FMC) | 1233 | I | N | 1-(3-fluorophenyl)-2-(methylamino)propan-1-one) (Positional isomer: 2-FMC) |
| Cathinone | 1235 | I | N | Constituent of "Khat" plant |
| Methcathinone | 1237 | I | N | N-Methylcathinone, "cat" |
| 4-Fluoro-N-methylcathinone (4-FMC) | 1238 | I | N | flephedrone; 1-(4-fluorophenyl)-2-(methylamino)propan-1-one) (Positional isomer: 2-FMC) |
| Pentedrone (α-methylaminovalerophenone) | 1246 | I | N | 2-(methylamino)-1-phenylpentan-1-one)(Positional Isomers:3-methylethcathinone (3-MEC), 4-ethylmethcathinone (4-EMC), 4-methylbuphedrone (4-MeMABP;4-MeBP), 3,4-dimethylmethcathinone (3,4-DMMC),N-ethylbuphedrone (NEB),N-ethyl-N-methylcathinone(EMC)) |
| Mephedrone (4-Methyl-N-methylcathinone) | 1248 | I | N | (Positional Isomers: 3-Methyl-methcathinone, Buphedrone, Ethcathinone, N,N-Dimethyl-cathinone) |
| 4-Methyl-N-ethylcathinone (4-MEC) | 1249 | I | N | 2-(ethylamino)-1-(4-methylphenyl)propan-1-one)(Positional Isomers:3-methylethcathinone (3-MEC), 4-ethylmethcathinone (4-EMC), 4-methylbuphedrone (4-MeMABP;4-MeBP), 3,4-dimethylmethcathinone(3,4-DMMC),N-ethylbuphedrone (NEB),N-ethyl-N-methylcathinone(EMC)) |
| Naphyrone | 1258 | I | N | naphthylpyrovalerone; 1-(naphthalen-2-yl)-2-(pyrrolidin-1-yl)pentan-1-one) (Positional Isomer: α-naphyrone) |
| Stimulant compounds previously excepted | 1405 | III | N | Mediatric |
| N-Ethylamphetamine | 1475 | I | N | NEA |
| N,N-Dimethylamphetamine | 1480 | I | N |  |
| Pyrovalerone | 1485 | V | N | Centroton, Thymergix |
| Fenethylline | 1503 | I | N | Captagon,amfetyline,ethyltheophylline amphetamine |
| Pemoline | 1530 | IV | N | Cylert |

Abbreviations: "NARC"= Narcotic, "CSA SCH"= CSA Schedule

| SUBSTANCE | DEA NUMBER | CSA SCH | NARC | OTHER NAMES |
|---|---|---|---|---|
| Fenproporex | 1575 | IV | N | Gacilin, Solvolip |
| Mefenorex | 1580 | IV | N | Anorexic, Amexate, Doracil, Pondinil |
| Aminorex | 1585 | I | N | has been sold as methamphetamine |
| 4-Methylaminorex (cis isomer) | 1590 | I | N | U4Euh, McN-422 |
| Mazindol | 1605 | IV | N | Sanorex, Mazanor |
| Diethylpropion | 1610 | IV | N | Tenuate, Tepanil |
| Phendimetrazine | 1615 | III | N | Plegine, Prelu-2, Bontril, Melfiat, Statobex |
| Lorcaserin | 1625 | IV | N | Belviq |
| Phenmetrazine | 1631 | II | N | Preludin |
| SPA | 1635 | IV | N | 1-dimethylamino-1,2-diphenylethane, Lefetamine |
| Phentermine | 1640 | IV | N | Ionamin, Fastin, Adipex-P, Obe-Nix, Zantryl |
| Chlorphentermine | 1645 | III | N | Pre-Sate, Lucofen, Apsedon, Desopimon |
| Clortermine | 1647 | III | N | Voranil |
| Dexfenfluramine | 1670 | IV | N | Redux |
| Fenfluramine | 1670 | IV | N | Pondimin, Ponderal |
| Sibutramine | 1675 | IV | N | Meridia |
| Modafinil | 1680 | IV | N | Provigil |
| Methylphenidate | 1724 | II | N | Concerta, Ritalin, Methylin |
| Pipradrol | 1750 | IV | N | Detaril, Stimolag Fortis |
| Fencamfamin | 1760 | IV | N | Reactivan |
| Gamma Hydroxybutyric Acid | 2010 | I | N | GHB, gamma hydroxybutyrate, sodium oxybate |
| Gamma Hydroxybutyric Acid preparations | 2012 | III | N | Xyrem |
| Embutramide | 2020 | III | N | Tributane |
| Aprobarbital | 2100 | III | N | Alurate |
| Barbituric acid derivative | 2100 | III | N | Barbiturates not specifically listed |
| Butabarbital (secbutabarbital) | 2100 | III | N | Butisol, Butibel |
| Butalbital | 2100 | III | N | Fiorinal, Butalbital with aspirin |
| Butobarbital (butethal) | 2100 | III | N | Soneryl (UK) |
| Talbutal | 2100 | III | N | Lotusate |
| Thiamylal | 2100 | III | N | Surital |
| Thiopental | 2100 | III | N | Pentothal |
| Vinbarbital | 2100 | III | N | Delvinal, vinbarbitone |
| Amobarbital | 2125 | II | N | Amytal, Tuinal |
| Amobarbital & noncontrolled active ingred. | 2126 | III | N | |
| Amobarbital suppository dosage form | 2126 | III | N | |
| Fospropofol | 2138 | IV | N | Lusedra |
| Barbital | 2145 | IV | N | Veronal, Plexonal, barbitone |

Abbreviations: "NARC"= Narcotic, "CSA SCH"= CSA Schedule

Controlled Substances - by DEA Drug Code Number
08-Feb-16

**Exhibit 13**

| SUBSTANCE | DEA NUMBER | CSA SCH | NARC | OTHER NAMES |
|---|---|---|---|---|
| Suvorexant | 2223 | IV | N | MK-4305,  [(7R)-4-(5-chloro-1,3-benzoxazol-2-yl)-7-methyl-1,4-diazepan-1-yl][5-methyl-2-(2H-1,2,3-triazol-2-yl)phenyl]methanone |
| Methylphenobarbital (mephobarbital) | 2250 | IV | N | Mebaral, mephobarbital |
| Perampanel | 2261 | III | N | Fycompa, [2-(2-oxo-l-phenyl-5-pyridin-2-yl-l ,2-dihydropyridin-3-yl) benzonitrile ] |
| Methohexital | 2264 | IV | N | Brevital |
| Pentobarbital | 2270 | II | N | Nembutal |
| Pentobarbital & noncontrolled active ingred. | 2271 | III | N | FP-3 |
| Pentobarbital suppository dosage form | 2271 | III | N | WANS |
| Phenobarbital | 2285 | IV | N | Luminal, Bellergal-S |
| Secobarbital | 2315 | II | N | Seconal, Tuinal |
| Secobarbital & noncontrolled active ingred | 2316 | III | N | |
| Secobarbital suppository dosage form | 2316 | III | N | |
| Chloral betaine | 2460 | IV | N | Beta Chlor |
| Chloral hydrate | 2465 | IV | N | Noctec |
| Dichloralphenazone | 2467 | IV | N | Midrin, dichloralantipyrine |
| Chlorhexadol | 2510 | III | N | Mechloral, Mecoral, Medodorm, Chloralodol |
| Ethchlorvynol | 2540 | IV | N | Placidyl |
| Ethinamate | 2545 | IV | N | Valmid, Valamin |
| Glutethimide | 2550 | II | N | Doriden, Dorimide |
| Methaqualone | 2565 | I | N | Quaalude, Parest, Somnafac, Opitimil, Mandrax |
| Mecloqualone | 2572 | I | N | Nubarene |
| Methyprylon | 2575 | III | N | Noludar |
| Paraldehyde | 2585 | IV | N | Paral |
| Petrichloral | 2591 | IV | N | Pentaerythritol chloral, Periclor |
| Sulfondiethylmethane | 2600 | III | N | |
| Sulfonethylmethane | 2605 | III | N | |
| Sulfonmethane | 2610 | III | N | |
| Alfaxalone | 2731 | IV | N | Alfaxan,  5α-pregnan-3α-ol-11,20-dione |
| Clonazepam | 2737 | IV | N | Klonopin, Clonopin |
| Chlordiazepoxide | 2744 | IV | N | Librium, Libritabs, Limbitrol, SK-Lygen |
| Lacosamide | 2746 | V | N | Vimpat |
| Bromazepam | 2748 | IV | N | Lexotan, Lexatin, Lexotanil |
| Camazepam | 2749 | IV | N | Albego, Limpidon, Paxor |
| Clobazam | 2751 | IV | N | Urbadan, Urbanyl |
| Clotiazepam | 2752 | IV | N | Trecalmo, Rize, Clozan, Veratran |
| Cloxazolam | 2753 | IV | N | Akton, Lubalix, Olcadil, Sepazon |

Abbreviations: "NARC"= Narcotic, "CSA SCH"= CSA Schedule

Controlled Substances - by DEA Drug Code Number
08-Feb-16

**Exhibit 13**

| SUBSTANCE | DEA NUMBER | CSA SCH | NARC | OTHER NAMES |
|---|---|---|---|---|
| Delorazepam | 2754 | IV | N | |
| Estazolam | 2756 | IV | N | ProSom, Domnamid, Eurodin, Nuctalon |
| Ethyl loflazepate | 2758 | IV | N | |
| Fludiazepam | 2759 | IV | N | |
| Halazepam | 2762 | IV | N | Paxipam |
| Flunitrazepam | 2763 | IV | N | Rohypnol, Narcozep, Darkene, Roipnol |
| Prazepam | 2764 | IV | N | Centrax |
| Diazepam | 2765 | IV | N | Valium, Diastat |
| Flurazepam | 2767 | IV | N | Dalmane |
| Clorazepate | 2768 | IV | N | Tranxene |
| Haloxazolam | 2771 | IV | N | |
| Ketazolam | 2772 | IV | N | Anxon, Loftran, Solatran, Contamex |
| Loprazolam | 2773 | IV | N | |
| Lormetazepam | 2774 | IV | N | Noctamid |
| Ezogabine | 2779 | V | N | Potiga |
| Zaleplon | 2781 | IV | N | Sonata |
| Pregabalin | 2782 | V | N | Lyrica |
| Zolpidem | 2783 | IV | N | Ambien, Ivadal, Stilnoct, Stilnox |
| Zopiclone | 2784 | IV | N | Lunesta |
| Mebutamate | 2800 | IV | N | Capla |
| Meprobamate | 2820 | IV | N | Miltown, Equanil, Micrainin, Equagesic, Meprospan |
| Nitrazepam | 2834 | IV | N | Mogadon |
| Oxazepam | 2835 | IV | N | Serax, Serenid-D |
| Medazepam | 2836 | IV | N | Nobrium |
| Nimetazepam | 2837 | IV | N | Erimin |
| Nordiazepam | 2838 | IV | N | Nordazepam, Demadar, Madar |
| Oxazolam | 2839 | IV | N | Serenal, Convertal |
| Quazepam | 2881 | IV | N | Doral |
| Alprazolam | 2882 | IV | N | Xanax |
| Pinazepam | 2883 | IV | N | Domar |
| Midazolam | 2884 | IV | N | Versed |
| Lorazepam | 2885 | IV | N | Ativan |
| Tetrazepam | 2886 | IV | N | Myolastan, Musaril |
| Triazolam | 2887 | IV | N | Halcion |
| Temazepam | 2925 | IV | N | Restoril |
| 13Beta-ethyl-17beta-hydroxygon-4-en-3-one | 4000 | III | N | |

Abbreviations: "NARC"= Narcotic, "CSA SCH"= CSA Schedule

**Exhibit 13**

| SUBSTANCE | DEA NUMBER | CSA SCH | NARC | OTHER NAMES |
|---|---|---|---|---|
| 17Alpha-methyl-3alpha,17beta-dihydroxy-5alpha-androstane | 4000 | III | N | |
| 17Alpha-methyl-3beta,17beta-dihydroxy-5alpha-androstane | 4000 | III | N | |
| 17Alpha-methyl-3beta,17beta-dihydroxyandrost-4-ene | 4000 | III | N | |
| 17Alpha-methyl-4-hydroxynandrolone (17alpha-methyl-4-hydroxy-17beta-hydroxyestr-4-en-3-one) | 4000 | III | N | |
| 17Alpha-methyl-delta1-dihydrotestosterone (17beta-hydroxy-17alpha-methyl-5alpha-androst-1-en-3-one) | 4000 | III | N | 17-Alpha-methyl-1-testosterone |
| 19-Nor-4,9(10)-androstadienedione | 4000 | III | N | |
| 19-Nor-4-androstenediol (3beta,17beta-dihydroxyestr-4-ene; 3alpha,17beta-dihydroxyestr-4-ene) | 4000 | III | N | |
| 19-Nor-4-androstenedione (estr-4-en-3,17-dione) | 4000 | III | N | |
| 19-Nor-5-androstenediol (3beta,17beta-dihydroxyestr-5-ene; 3alpha,17beta-dihydroxyestr-5-ene) | 4000 | III | N | |
| 19-Nor-5-androstenedione (estr-5-en-3,17-dione) | 4000 | III | N | |
| 1-Androstenediol (3beta,17beta-dihydroxy-5alpha-androst-1-ene; 3alpha,17beta-dihydroxy-5alpha-androst-1-ene) | 4000 | III | N | |
| 1-Androstenedione (5alpha-androst-1-en-3,17-dione) | 4000 | III | N | |
| 3Alpha,17beta-dihydroxy-5alpha-androstane | 4000 | III | N | |
| 3Beta,17beta-dihydroxy-5alpha-androstane | 4000 | III | N | |
| 4-Androstenediol (3beta,17beta-dihydroxy-androst-4-ene) | 4000 | III | N | 4-AD |
| 4-Androstenedione (androst-4-en-3,17-dione) | 4000 | III | N | |
| 4-Dihydrotestosterone (17beta-hydroxyandrostan-3-one) | 4000 | III | N | Anabolex, Andractim, Pesomax, Stanolone |
| 4-Hydroxy-19-nortestosterone (4,17beta-dihydroxyestr-4-en-3-one) | 4000 | III | N | |
| 4-Hydroxytestosterone (4,17beta-dihydroxyandrost-4-en-3-one) | 4000 | III | N | |
| 5-Androstenediol (3beta,17beta-dihydroxy-androst-5-ene) | 4000 | III | N | |
| 5-Androstenedione (androst-5-en-3,17-dione) | 4000 | III | N | |
| Anabolic steroids | 4000 | III | N | "Body Building" drugs |
| Androstanedione (5alpha-androstan-3,17-dione) | 4000 | III | N | |
| Bolasterone (7alpha,17alpha-dimethyl-17beta-hydroxyandrost-4-en-3-one) | 4000 | III | N | |
| Boldenone (17beta-hydroxyandrost-1,4-diene-3-one) | 4000 | III | N | Equipoise, Parenabol, Vebonol, dehydrotestosterone |
| Boldione | 4000 | III | N | |
| Calusterone (7beta,17alpha-dimethyl-17beta-hydroxyandrost-4-en-3-one) | 4000 | III | N | Methosarb |
| Clostebol (4-chloro-17beta-hydroxyandrost-4-en-3-one) | 4000 | III | N | Alfa-Trofodermin, Clostene, 4-chlorotestosterone |
| Dehydrochloromethyltestosterone (4-chloro-17beta-hydroxy-17alpha-methylandrost-1,4-dien-3-one) | 4000 | III | N | Oral-Turinabol |

Abbreviations: "NARC"= Narcotic, "CSA SCH"= CSA Schedule

Controlled Substances - by DEA Drug Code Number
08-Feb-16

**Exhibit 13**

| SUBSTANCE | DEA NUMBER | CSA SCH | NARC | OTHER NAMES |
|---|---|---|---|---|
| Delta1-dihydrotestosterone (17beta-hydroxy-5alpha-androst-1-en-3-one) | 4000 | III | N | 1-Testosterone |
| Desoxymethyltestosterone | 4000 | III | N | |
| Drostanolone (17beta-hydroxy-2alpha-methyl-5alpha-androstan-3-one) | 4000 | III | N | Drolban, Masterid, Permastril |
| Ethylestrenol (17alpha-ethyl-17beta-hydroxyestr-4-ene) | 4000 | III | N | Maxibolin, Orabolin, Durabolin-O, Duraboral |
| Fluoxymesterone (9-fluoro-17alpha-methyl-11beta,17beta-dihydroxyandrost-4-en-3-one) | 4000 | III | N | Anadroid-F, Halotestin, Ora-Testryl |
| Formebolone (2-formyl-17alpha-methyl-11alpha,17beta-dihydroxyandrost-1,4-dien-3-one) | 4000 | III | N | Esiclene, Hubernol |
| Furazabol (17alpha-methyl-17beta-hydroxyandrostano[2,3-c]-furazan) | 4000 | III | N | Frazalon, Miotolon, Qu Zhi Shu |
| Mestanolone (17alpha-methyl-17beta-hydroxy-5alpha-androstan-3-one) | 4000 | III | N | Assimil, Ermalone, Methybol, Tantarone |
| Mesterolone (1alpha-methyl-17beta-hydroxy-5alpha-androstan-3-one) | 4000 | III | N | Androviron, Proviron, Testiwop |
| Methandienone (17alpha-methyl-17beta-hydroxyandrost-1,4-diene-3-one) | 4000 | III | N | Dianabol, Metabolina, Nerobol, Perbolin |
| Methandriol (17alpha-methyl-3beta,17beta-dihydroxyandrost-5-ene) | 4000 | III | N | Sinesex, Stenediol, Troformone |
| Methasterone (2alpha,17alpha-dimethyl-5alpha-androstan-17beta-ol-3-one) | 4000 | III | N | Methasterone |
| Methenolone (1-methyl-17beta-hydroxy-5alpha-androst-1-en-3-one) | 4000 | III | N | Primobolan, Primobolan Depot, Primobolan S |
| Methyldienolone (17alpha-methyl-17beta-hydroxyestr-4,9(10)-dien-3-one) | 4000 | III | N | |
| Methyltestosterone (17alpha-methyl-17beta-hydroxyandrost-4-en-3-one) | 4000 | III | N | Android, Oreton, Testred, Virilon |
| Methyltrienolone (17alpha-methyl-17beta-hydroxyestr-4,9,11-trien-3-one) | 4000 | III | N | Metribolone |
| Mibolerone (7alpha,17alpha-dimethyl-17beta-hydroxyestr-4-en-3-one) | 4000 | III | N | Cheque, Matenon |
| Nandrolone (17beta-hydroxyestr-4-en-3-one) | 4000 | III | N | Deca-Durabolin, Durabolin, Durabolin-50 |
| Norbolethone (13beta,17alpha-diethyl-17beta-hydroxygon-4-en-3-one) | 4000 | III | N | Genabol |
| Norclostebol (4-chloro-17beta-hydroxyestr-4-en-3-one | 4000 | III | N | Anabol-4-19, Lentabol |
| Norethandrolone (17alpha-ethyl-17beta-hydroxyestr-4-en-3-one) | 4000 | III | N | Nilevar, Pronabol, Solevar |
| Normethandrolone (17alpha-methyl-17beta-hydroxyestr-4-en-3-one) | 4000 | III | N | Lutenin, Matronal, Orgasteron |
| Oxandrolone (17alpha-methyl-17beta-hydroxy-2-oxa-5alpha-androstan-3-one) | 4000 | III | N | Anavar, Lonavar, Oxandrin, Provitar, Vasorome |
| Oxymesterone (17alpha-methyl-4,17beta-dihydroxyandrost-4-en-3-one) | 4000 | III | N | Anamidol, Balnimax, Oranabol, Oranabol 10 |
| Oxymetholone (17alpha-methyl-2-hydroxymethylene-17beta-hydroxy-5alpha-androstan-3-one) | 4000 | III | N | Anadrol-50, Adroyd, Anapolon, Anasteron, Pardroyd |
| Prostanozol (17beta-hydroxy-5alpha-androstano[3,2-c]pyrazole) | 4000 | III | N | Prostanozol |

Abbreviations: "NARC"= Narcotic, "CSA SCH"= CSA Schedule

Controlled Substances - by DEA Drug Code Number
08-Feb-16                                                                                                     Page 6 of 14

**Exhibit 13**

| SUBSTANCE | DEA NUMBER | CSA SCH | NARC | OTHER NAMES |
|---|---|---|---|---|
| Stanozolol (17alpha-methyl-17beta-hydroxy-5alpha-androst-2-eno[3,2-c]-pyrazole) | 4000 | III | N | Winstrol, Winstrol-V |
| Stenbolone (17beta-hydroxy-2-methyl--5alpha-androst-1-en-3-one) | 4000 | III | N | |
| Testolactone (13-hydroxy-3-oxo-13,17-secoandrosta-1,4-dien-17-oic acid lactone) | 4000 | III | N | Teolit, Teslac |
| Testosterone (17beta-hydroxyandrost-4-en-3-one) | 4000 | III | N | Android-T, Androlan, Depotest, Delatestryl |
| Tetrahydrogestrinone (13beta,17alpha-diethyl-17beta-hydroxygon-4,9,11-trien-3-one) | 4000 | III | N | THG |
| Trenbolone (17beta-hydroxyestr-4,9,11-trien-3-one) | 4000 | III | N | Finaplix-S, Finajet, Parabolan |
| JWH-250 (1-Pentyl-3-(2-methoxyphenylacetyl) indole) | 6250 | I | N | JWH-250 |
| SR-18 (Also known as RCS-8)  (1-Cyclohexylethyl-3-(2-methoxyphenylacetyl) indole) | 7008 | I | N | SR-18 and RCS-8 |
| 5-Flouro-UR-144 and XLR11 [1-(5-Fluoro-pentyl)1H-indol-3-yl](2,2,3,3-tetramethylcyclopropyl)methanone | 7011 | I | N | 5-Flouro-UR-144, XLR-11 and XLR11 |
| AB-FUBINACA (N-(1-amino-3-methyl-1-oxobutan-2-yl)-1-(4-fluorobenzyl)-1H-indazole-3-carboxamide) | 7012 | I | N | AB-FUBINACA |
| JWH-019 (1-Hexyl-3-(1-naphthoyl)indole) | 7019 | I | N | JWH-019 |
| AB-PINACA  (N-(1-amino-3-methyl-1-oxobutan-2-yl)-1-pentyl-1H-indazole-3-carboxamide) | 7023 | I | N | AB-PINACA |
| THJ-2201  [1-(5-fluoropentyl)-1H-indazol-3-yl](naphthalen-1-yl)methanone | 7024 | I | N | THJ-2201 |
| AB-CHMINACA  (N-(1-amino-3-methyl-1-oxobutan-2-yl)-1-(cyclohexylmethyl)-1H-indazole-3-carboxamide | 7031 | I | N | AB-CHMINACA |
| MAB-CHMINACA  (N-(1-amino-3,3dimethyl-1-oxobutan-2-yl)-1-(cyclohexylmethyl)-1H-indazole-3-carboxamide) | 7032 | I | N | MAB-CHMINACA and ADB-CHMINACA |
| ADB-PINACA (N-(1-amino-3,3-dimethyl-1-oxobutan-2-yl)-1-pentyl-1H-indazole-3-carboxamide) | 7035 | I | N | ADB-PINACA |
| APINACA and AKB48  N-(1-Adamantyl)-1-pentyl-1H-indazole-3-carboxamide | 7048 | I | N | APINACA and AKB48 |
| JWH-081 (1-Pentyl-3-(1-(4-methoxynaphthoyl) indole) | 7081 | I | N | JWH-081 |
| SR-19 (Also known as RCS-4)  (1-Pentyl-3-[(4-methoxy)-benzoyl] indole | 7104 | I | N | SR-19 and RCS-4 |
| JWH-018 (also known as AM678) (1-Pentyl-3-(1-naphthoyl)indole) | 7118 | I | N | JWH-018 and AM-678 |
| JWH-122 (1-Pentyl-3-(4-methyl-1-naphthoyl) indole) | 7122 | I | N | JWH-122 |
| UR-144 (1-Pentyl-1H-indol-3-yl)(2,2,3,3-tetramethylcyclopropyl)methanone | 7144 | I | N | UR-144 |
| JWH-073 (1-Butyl-3-(1-naphthoyl)indole) | 7173 | I | N | JWH-073 |
| JWH-200 (1-[2-(4-Morpholinyl)ethyl]-3-(1-naphthoyl)indole) | 7200 | I | N | JWH-200 |
| AM-2201 (1-(5-Fluoropentyl)-3-(1-naphthoyl) indole) | 7201 | I | N | AM-2201 |
| JWH-203  (1-Pentyl-3-(2-chlorophenylacetyl) indole) | 7203 | I | N | JWH-203 |
| PB-22 (Quinolin-8-yl 1-pentyl-1H-indole-3-carboxylate) | 7222 | I | N | QUPIC; PB-22 |

Abbreviations: "NARC"= Narcotic, "CSA SCH"= CSA Schedule

Controlled Substances - by DEA Drug Code Number
08-Feb-16                                                                                               Page 7 of 14

**Exhibit 13**

| SUBSTANCE | DEA NUMBER | CSA SCH | NARC | OTHER NAMES |
|---|---|---|---|---|
| 5F-PB-22 (Quinolin-8-yl 1-(5-fluoropentyl)-1H-indole-3-carboxylate) | 7225 | I | N | 5-Fluoro-PB-22; 5F-PB-22 |
| Alpha-ethyltryptamine | 7249 | I | N | ET, Trip |
| Ibogaine | 7260 | I | N | Constituent of "Tabernanthe iboga" plant |
| Ketamine | 7285 | III | N | Ketaset, Ketalar, Special K, K |
| Tiletamine & Zolazepam Combination Product | 7295 | III | N | Telazol |
| CP-47,497 (5-(1,1-Dimethylheptyl)-2-[(1R,3S)-3-hydroxycyclohexyl-phenol) | 7297 | I | N | CP-47,497 |
| CP-47,497 C8 Homologue (5-(1,1-Dimethyloctyl)-2-[(1R,3S)3-hydroxycyclohexyl-phenol) | 7298 | I | N | CP-47,497 C8 Homologue |
| Lysergic acid | 7300 | III | N | LSD precursor |
| Lysergic acid amide | 7310 | III | N | LSD precursor |
| Lysergic acid diethylamide | 7315 | I | N | LSD, lysergide |
| 2,5-Dimethoxy-4-(n)-propylthiophenethylamine  (2C-T-7) | 7348 | I | N | 2C-T-7 (Positional Isomer: 2,5-Dimethoxy-4-ethylthioamphetamine (Aleph-2)) |
| Marihuana | 7360 | I | N | Cannabis, marijuana |
| Dronabinol (synthetic) in sesame oil in soft gelatin capsule as approved by FDA | 7369 | III | N | Marinol, synthetic THC in sesame oil/soft gelatin as approved by FDA |
| Tetrahydrocannabinols | 7370 | I | N | THC, Delta-8 THC, Delta-9 THC, dronabinol and others |
| Parahexyl | 7374 | I | N | Synhexyl, |
| Nabilone | 7379 | II | N | Cesamet |
| Mescaline | 7381 | I | N | Constituent of "Peyote" cacti |
| 2-(4-Ethylthio-2,5-dimethoxyphenyl) ethanamine  (2C-T-2 ) | 7385 | I | N | 2C-T-2 |
| 3,4,5-Trimethoxyamphetamine | 7390 | I | N | TMA (Positional Isomers: 2,4,5-Trimethoxy-amphetamine (TMA-5), 2,4,6-Trimethoxy-amphetamine (TMA-6)) |
| 4-Bromo-2,5-dimethoxyamphetamine | 7391 | I | N | DOB, 4-bromo-DMA |
| 4-Bromo-2,5-dimethoxyphenethylamine | 7392 | I | N | 2C-B, Nexus, has been sold as Ecstasy, i.e. MDMA |
| 4-Methyl-2,5-dimethoxyamphetamine | 7395 | I | N | DOM, STP  (Positional Isomer: 2,5-Dimethoxy-3,4-dimethylphenethylamine (2C-G)) |
| 2,5-Dimethoxyamphetamine | 7396 | I | N | DMA, 2,5-DMA |
| JWH-398 (1-Pentyl-3-(4-chloro-1-naphthoyl) indole) | 7398 | I | N | JWH-398 |
| 2,5-Dimethoxy-4-ethylamphetamine | 7399 | I | N | DOET |
| 3,4-Methylenedioxyamphetamine | 7400 | I | N | MDA, Love Drug |
| 5-Methoxy-3,4-methylenedioxyamphetamine | 7401 | I | N | MMDA |
| N-Hydroxy-3,4-methylenedioxyamphetamine | 7402 | I | N | N-hydroxy MDA |
| 3,4-Methylenedioxy-N-ethylamphetamine | 7404 | I | N | N-ethyl MDA, MDE, MDEA |
| 3,4-Methylenedioxymethamphetamine | 7405 | I | N | MDMA, Ecstasy, XTC |
| 4-Methoxyamphetamine | 7411 | I | N | PMA |
| Peyote | 7415 | I | N | Cactus which contains mescaline |
| 5-Methoxy-N-N-dimethyltryptamine | 7431 | I | N | 5-MeO-DMT (Positional Isomer: 4-Methoxy-N,N-dimethyltryptamine (4-MeO-DMT)) |

Abbreviations: "NARC"= Narcotic, "CSA SCH"= CSA Schedule

Controlled Substances - by DEA Drug Code Number
08-Feb-16                                                                                                                                                    Page 8 of 14

**Exhibit 13**

| SUBSTANCE | DEA NUMBER | CSA SCH | NARC | OTHER NAMES |
|---|---|---|---|---|
| Alpha-methyltryptamine | 7432 | I | N | AMT (Positional Isomer: N-Methyltryptamine) |
| Bufotenine | 7433 | I | N | Mappine, N,N-dimethylserotonin |
| Diethyltryptamine | 7434 | I | N | DET, N,N-Diethyltryptamine (Positional Isomer: N-Methyl-N-isopropyltryptamine (MiPT)) |
| Dimethyltryptamine | 7435 | I | N | DMT |
| Psilocybin | 7437 | I | N | Constituent of "Magic mushrooms" |
| Psilocyn | 7438 | I | N | Psilocin, constituent of "Magic mushrooms" |
| 5-Methoxy-N,N-diisopropyltryptamine | 7439 | I | N | 5-MeO-DIPT (Positional Isomer: 5-Methoxy-N,N-dipropyltryptamine (5-MeO-DPT)) |
| N-Ethyl-1-phenylcyclohexylamine | 7455 | I | N | PCE |
| 1-(1-Phenylcyclohexyl)pyrrolidine | 7458 | I | N | PCPy, PHP, rolicyclidine |
| 1-Phenylcyclohexylamine | 7460 | II | N | PCP precursor |
| 1-[1-(2-Thienyl)cyclohexyl]piperidine | 7470 | I | N | TCP, tenocyclidine |
| Phencyclidine | 7471 | II | N | PCP, Sernylan |
| 1-[1-(2-Thienyl)cyclohexyl]pyrrolidine | 7473 | I | N | TCPy |
| N-Ethyl-3-piperidyl benzilate | 7482 | I | N | JB 323 |
| N-Methyl-3-piperidyl benzilate | 7484 | I | N | JB 336 |
| N-Benzylpiperazine | 7493 | I | N | BZP, 1-benzylpiperazine |
| 4-Methyl-alphapyrrolidinopropiophenone (4-MePPP) | 7498 | I | N | MePPP, 4-methyl-α-pyrrolidinopropiophenone, 1-(4-methylphenyl)-2-(pyrrolidin-1-yl)-propan-1-one) |
| 2-(2,5-Dimethoxy-4-methylphenyl) ethanamine (2C-D) | 7508 | I | N | 2C-D |
| 2-(2,5-Dimethoxy-4-ethylphenyl) ethanamine (2C-E) | 7509 | I | N | 2C-E (Positional Isomer: 2,5-Dimethoxy-3,4-dimethylphenethylamine (2C-G)) |
| 2-(2,5-Dimethoxyphenyl) ethanamine (2C-H) | 7517 | I | N | 2C-H |
| 2-(4-Iodo-2,5-dimethoxyphenyl) ethanamine (2C-I) | 7518 | I | N | 2C-I |
| 2-(4-Chloro-2,5-dimethoxyphenyl) ethanamine (2C-C) | 7519 | I | N | 2C-C |
| 2-(2,5-Dimethoxy-4-nitro-phenyl) ethanamine (2C-N) | 7521 | I | N | 2C-N |
| 2-(2,5-Dimethoxy-4-(n)-propylphenyl) ethanamine (2C-P) | 7524 | I | N | 2C-P |
| 2-(4-Isopropylthio)-2,5-dimethoxyphenyl) ethanamine (2C-T-4) | 7532 | I | N | 2C-T-4 (Positional Isomer: 2,5-Dimethoxy-4-ethylthioamphetamine (Aleph-2)) |
| MDPV (3,4-Methylenedioxypyrovalerone) | 7535 | I | N | MDPV |
| 2-(4-bromo-2,5-dimethoxyphenyl)-N-(2-methoxybenzyl) ethanamine (25B-NBOMe) | 7536 | I | N | 25B-NBOMe, 2C-B-NBOMe, 25B, Cimbi-36 |
| 2-(4-chloro-2,5-dimethoxyphenyl)-N-(2-methoxybenzyl) ethanamine (25C-NBOMe) | 7537 | I | N | 25C-NBOMe, 2C-C-NBOMe, 25C, Cimbi-82 |
| 2-(4-iodo-2,5-dimethoxyphenyl)-N-(2-methoxybenzyl) ethanamine (25I-NBOMe) | 7538 | I | N | 25I-NBOMe, 2C-I-NBOMe, 25I, Cimbi-5 |
| Methylone (3,4-Methylenedioxy-N-methylcathinone) | 7540 | I | N | Methylone |
| Butylone | 7541 | I | N | bk-MBDB; 1-(1,3-benzodioxol-5-yl)-2-(methylamino)butan-1-one) (Positional Isomers: ethylone (bk-MDEA; MDEC), dimethylone (bk-MDDMA; MDDMC)) |

Abbreviations: "NARC"= Narcotic, "CSA SCH"= CSA Schedule

Controlled Substances - by DEA Drug Code Number
08-Feb-16

**Exhibit 13**

| SUBSTANCE | DEA NUMBER | CSA SCH | NARC | OTHER NAMES |
|---|---|---|---|---|
| Pentylone | 7542 | I | N | bk-MBDP; 1-(1,3-benzodioxol-5-yl)-2-(methylamino)pentan-1-one)  (Positional Isomer: dibutylone (bk-DMBDB)) |
| alpha-pyrrolidinopentiophenone (α-PVP) | 7545 | I | N | α-pyrrolidinovalerophenone, 1-phenyl-2- (pyrrolidin-1-yl)pentan-1-one)(Positional isomers: 4-methyl-α-pyrrolidinobutiophenone (4-MePBP), 1-phenyl-2-(piperidin-1-yl)butan-1-one) |
| alpha-pyrrolidinobutiophenone  (α-PBP) | 7546 | I | N | 1-phenyl-2-(pyrrolidin-1-yl)butan-1-one |
| AM-694 (1-(5-Fluoropentyl)-3-(2-iodobenzoyl) indole) | 7694 | I | N | AM-694 |
| Carisoprodol | 8192 | IV | N | Soma |
| 4-Anilino-N-phenethyl-4-piperidine (ANPP) | 8333 | II | N | ANPP |
| Phenylacetone | 8501 | II | N | P2P, phenyl-2-propanone, benzyl methyl ketone |
| 1-Piperidinocyclohexanecarbonitrile | 8603 | II | N | PCC, PCP precursor |
| Alphaprodine | 9010 | II | Y | Nisentil |
| Anileridine | 9020 | II | Y | Leritine |
| Coca Leaves | 9040 | II | Y | |
| Cocaine | 9041 | II | Y | Methyl benzoylecgonine, Crack |
| Codeine | 9050 | II | Y | Morphine methyl ester, methyl morphine |
| Acetyldihydrocodeine | 9051 | I | Y | Acetylcodone |
| Benzylmorphine | 9052 | I | Y | |
| Codeine-N-oxide | 9053 | I | Y | |
| Cyprenorphine | 9054 | I | Y | |
| Desomorphine | 9055 | I | Y | |
| Etorphine (except HCl) | 9056 | I | Y | |
| Etorphine HCl | 9059 | II | Y | M 99 |
| Buprenorphine | 9064 | III | Y | Buprenex, Temgesic, Subutex, Suboxone |
| Codeine methylbromide | 9070 | I | Y | |
| Dihydrocodeine | 9120 | II | Y | Didrate, Parzone |
| Oxycodone | 9143 | II | Y | OxyContin, Percocet, Endocet, Roxicodone, Roxicet, |
| Dihydromorphine | 9145 | I | Y | |
| Hydromorphone | 9150 | II | Y | Dilaudid, dihydromorphinone |
| Difenoxin 1 mg/25 ug AtSO4/du | 9167 | IV | Y | Motofen |
| Difenoxin | 9168 | I | Y | Lyspafen |
| Diphenoxylate | 9170 | II | Y | |
| Ecgonine | 9180 | II | Y | Cocaine precursor, in Coca leaves |
| Ethylmorphine | 9190 | II | Y | Dionin |
| Hydrocodone | 9193 | II | Y | dihydrocodeinone |
| Heroin | 9200 | I | Y | Diacetylmorphine, diamorphine |
| Levomethorphan | 9210 | II | Y | |

Abbreviations: "NARC"= Narcotic, "CSA SCH"= CSA Schedule

Controlled Substances - by DEA Drug Code Number
08-Feb-16

**Exhibit 13**

| SUBSTANCE | DEA NUMBER | CSA SCH | NARC | OTHER NAMES |
|---|---|---|---|---|
| Levorphanol | 9220 | II | Y | Levo-Dromoran |
| Isomethadone | 9226 | II | Y | Isoamidone |
| Meperidine | 9230 | II | Y | Demerol, Mepergan, pethidine |
| Meperidine intermediate-A | 9232 | II | Y | Meperidine precursor |
| Meperidine intermediate-B | 9233 | II | Y | Meperidine precursor, normeperidine |
| Meperidine intermediate-C | 9234 | II | Y | Meperidine precursor |
| Metazocine | 9240 | II | Y | |
| Methadone | 9250 | II | Y | Dolophine, Methadose, Amidone |
| Methadone intermediate | 9254 | II | Y | Methadone precursor |
| Metopon | 9260 | II | Y | |
| Dextropropoxyphene, bulk (non-dosage forms) | 9273 | II | Y | Propoxyphene |
| Dextropropoxyphene dosage forms | 9278 | IV | Y | Darvon, propoxyphene, Darvocet, Propacet |
| Morphine | 9300 | II | Y | MS Contin, Roxanol, Oramorph, RMS, MSIR |
| Hydromorphinol | 9301 | I | Y | |
| Methyldesorphine | 9302 | I | Y | |
| Methyldihydromorphine | 9304 | I | Y | |
| Morphine methylbromide | 9305 | I | Y | |
| Morphine methylsulfonate | 9306 | I | Y | |
| Morphine-N-oxide | 9307 | I | Y | |
| Myrophine | 9308 | I | Y | |
| Nicocodeine | 9309 | I | Y | |
| Nicomorphine | 9312 | I | Y | Vilan |
| Normorphine | 9313 | I | Y | |
| Pholcodine | 9314 | I | Y | Copholco, Adaphol, Codisol, Lantuss, Pholcolin |
| Thebacon | 9315 | I | Y | Acetylhydrocodone, Acedicon, Thebacetyl |
| Acetorphine | 9319 | I | Y | |
| Oripavine | 9330 | II | Y | |
| Thebaine | 9333 | II | Y | Precursor of many narcotics |
| Dihydroetorphine | 9334 | II | Y | DHE |
| Drotebanol | 9335 | I | Y | Metebanyl, oxymethebanol |
| Nalorphine | 9400 | III | Y | Nalline |
| Opium, raw | 9600 | II | Y | Raw opium, gum opium |
| Acetylmethadol | 9601 | I | Y | Methadyl acetate |
| Allylprodine | 9602 | I | Y | |
| Alphacetylmethadol except levo-alphacetylmethadol | 9603 | I | Y | |
| Alphameprodine | 9604 | I | Y | |
| Alphamethadol | 9605 | I | Y | |

Abbreviations: "NARC"= Narcotic, "CSA SCH"= CSA Schedule

**Exhibit 13**

| SUBSTANCE | DEA NUMBER | CSA SCH | NARC | OTHER NAMES |
|---|---|---|---|---|
| Benzethidine | 9606 | I | Y | |
| Betacetylmethadol | 9607 | I | Y | |
| Betameprodine | 9608 | I | Y | |
| Betamethadol | 9609 | I | Y | |
| Opium extracts | 9610 | II | Y | |
| Betaprodine | 9611 | I | Y | |
| Clonitazene | 9612 | I | Y | |
| Dextromoramide | 9613 | I | Y | Palfium, Jetrium, Narcolo |
| Diampromide | 9615 | I | Y | |
| Diethylthiambutene | 9616 | I | Y | |
| Dimenoxadol | 9617 | I | Y | |
| Dimepheptanol | 9618 | I | Y | |
| Dimethylthiambutene | 9619 | I | Y | |
| Opium fluid extract | 9620 | II | Y | |
| Dioxaphetyl butyrate | 9621 | I | Y | |
| Dipipanone | 9622 | I | Y | Dipipan, phenylpiperone HCl, Diconal, Wellconal |
| Ethylmethylthiambutene | 9623 | I | Y | |
| Etonitazene | 9624 | I | Y | |
| Etoxeridine | 9625 | I | Y | |
| Furethidine | 9626 | I | Y | |
| Hydroxypethidine | 9627 | I | Y | |
| Ketobemidone | 9628 | I | Y | Cliradon |
| Levomoramide | 9629 | I | Y | |
| Opium tincture | 9630 | II | Y | Laudanum |
| Levophenacylmorphan | 9631 | I | Y | |
| Morpheridine | 9632 | I | Y | |
| Noracymethadol | 9633 | I | Y | |
| Norlevorphanol | 9634 | I | Y | |
| Normethadone | 9635 | I | Y | Phenyldimazone |
| Norpipanone | 9636 | I | Y | |
| Phenadoxone | 9637 | I | Y | |
| Phenampromide | 9638 | I | Y | |
| Opium, powdered | 9639 | II | Y | Powdered opium |
| Opium, granulated | 9640 | II | Y | Granulated opium |
| Phenoperidine | 9641 | I | Y | Operidine, Lealgin |
| Piritramide | 9642 | I | Y | Piridolan |
| Proheptazine | 9643 | I | Y | |

Abbreviations: "NARC"= Narcotic, "CSA SCH"= CSA Schedule

Controlled Substances - by DEA Drug Code Number
08-Feb-16                                                                                                   Page 12 of 14

**Exhibit 13**

| SUBSTANCE | DEA NUMBER | CSA SCH | NARC | OTHER NAMES |
|---|---|---|---|---|
| Properidine | 9644 | I | Y | |
| Racemoramide | 9645 | I | Y | |
| Trimeperidine | 9646 | I | Y | Promedolum |
| Phenomorphan | 9647 | I | Y | |
| Levo-alphacetylmethadol | 9648 | II | Y | LAAM, long acting methadone, levomethadyl acetate |
| Propiram | 9649 | I | Y | Algeril |
| Opium poppy | 9650 | II | Y | Papaver somniferum |
| Poppy Straw | 9650 | II | Y | Opium poppy capsules, poppy heads |
| Oxymorphone | 9652 | II | Y | Numorphan |
| 1-Methyl-4-phenyl-4-propionoxypiperidine | 9661 | I | Y | MPPP, synthetic heroin |
| 1-(2-Phenylethyl)-4-phenyl-4-acetoxypiperidine | 9663 | I | Y | PEPAP, synthetic heroin |
| Poppy Straw Concentrate | 9670 | II | Y | Concentrate of Poppy Straw, CPS |
| Pentazocine | 9709 | IV | N | Talwin, Talwin NX, Talacen, Talwin Compound |
| Phenazocine | 9715 | II | Y | Narphen, Prinadol |
| Butorphanol | 9720 | IV | N | Stadol, Stadol NS, Torbugesic, Torbutrol |
| Eluxadoline | 9725 | IV | N | VIBERZI |
| Piminodine | 9730 | II | Y | |
| Racemethorphan | 9732 | II | Y | |
| Racemorphan | 9733 | II | Y | Dromoran |
| Alfentanil | 9737 | II | Y | Alfenta |
| Remifentanil | 9739 | II | Y | Ultiva |
| Sufentanil | 9740 | II | Y | Sufenta |
| Carfentanil | 9743 | II | Y | Wildnil |
| Tilidine | 9750 | I | Y | Tilidate, Valoron, Kitadol, Lak, Tilsa |
| Tramadol (2-[(dimethylamino)methyl]-1-(3-methoxyphenyl)cyclohexanol) | 9752 | IV | Y | Tramadol |
| Tapentadol | 9780 | II | Y | |
| Bezitramide | 9800 | II | Y | Burgodin |
| Fentanyl | 9801 | II | Y | Duragesic, Oralet, Actiq, Sublimaze, Innovar |
| Moramide-intermediate | 9802 | II | Y | |
| Codeine & isoquinoline alkaloid 90 mg/du | 9803 | III | Y | Codeine with papaverine or noscapine |
| Codeine combination product 90 mg/du | 9804 | III | Y | Empirin,Fiorinal,Tylenol,ASA or APAP w/codeine |
| Dihydrocodeine combination product 90 mg/du | 9807 | III | Y | Synalgos-DC, Compal |
| Ethylmorphine combination product 15 mg/du | 9808 | III | Y | |
| Opium combination product 25 mg/du | 9809 | III | Y | Paregoric, other combination products |
| Morphine combination product/50 mg/(100 ml or 100 gm) | 9810 | III | Y | |
| Para-Fluorofentanyl | 9812 | I | Y | China White, fentanyl |

Abbreviations: "NARC"= Narcotic, "CSA SCH"= CSA Schedule

Controlled Substances - by DEA Drug Code Number
08-Feb-16

**Exhibit 13**

| SUBSTANCE | DEA NUMBER | CSA SCH | NARC | OTHER NAMES |
|---|---|---|---|---|
| 3-Methylfentanyl | 9813 | I | Y | China White, fentanyl |
| Alpha-methylfentanyl | 9814 | I | Y | China White, fentanyl |
| Acetyl-alpha-methylfentanyl | 9815 | I | Y | |
| Acetyl Fentanyl  (N-(1-phenethylpiperidin-4-yl)-N-phenylacetamide) | 9821 | I | Y | |
| Beta-hydroxyfentanyl | 9830 | I | Y | China White, fentanyl |
| Beta-hydroxy-3-methylfentanyl | 9831 | I | Y | China White, fentanyl |
| Alpha-methylthiofentanyl | 9832 | I | Y | China White, fentanyl |
| 3-Methylthiofentanyl | 9833 | I | Y | Chine White, fentanyl |
| Thiofentanyl | 9835 | I | Y | Chine white, fentanyl |

Abbreviations: "NARC"= Narcotic, "CSA SCH"= CSA Schedule

Controlled Substances - by DEA Drug Code Number

08-Feb-16                                                                                                                                    Page 14 of 14

**Exhibit 13**