# AB-FUBINACA

From Wikipedia, the free encyclopedia

**This is an old revision of this page, as edited by Meodipt (talk | contribs) at 21:26, 17 July 2013 (Reverted edits by 142.196.35.80 (talk) to last version by Meodipt). The present address (URL) is a permanent link to this revision, which may differ significantly from the current revision** (https://en.wikipedia.org/wiki/AB-FUBINACA).

(diff) ← Previous revision | Latest revision (diff) | Newer revision → (diff)

AB-FUBINACA is a drug that acts as a potent agonist for the cannabinoid receptors, with $K_i$ values of 0.9nM at $CB_1$ and 23.2nM at $CB_2$. It was originally developed by Pfizer in 2009 as an analgesic medication,[1] but was never pursued for human use. Subsequently in 2012, this compound was discovered as an ingredient in synthetic cannabis blends in Japan,[2] along with a related compound AB-PINACA which had not previously been reported.

## AB-FUBINACA



| Systematic (IUPAC) name | |
|---|---|
| N-[(1S)-1-(aminocarbonyl)-2-methylpropyl]-1-[(4-fluorophenyl)methyl]-1H-indazole-3-carboxamide | |
| **Identifiers** | |
| CAS Number | 1185282-01-2 (http://www.commonchemistry.org/ChemicalDetail.aspx?ref=1185282-01-2) ✓ |
| PubChem | CID 58124325 |
| **Chemical data** | |
| Formula | $C_{20}H_{21}FN_4O_2$ |
| Molar mass | 368.16 g/mol |
| SMILES | |

**Exhibit 14-A**

Case: 4:14-cr-00175-AGF   Doc. #: 221-14   Filed: 03/09/16   Page: 2 of 33 PageID #: 1359

# See also

- AB-PINACA
- ADB-FUBINACA
- ADBICA
- APICA
- APINACA
- NESS-040C5
- PF-03550096

# References

1. Buchler IP et al, INDAZOLE DERIVATIVES. WO 2009/106982 (http://patentscope.wipo.int/search/en/detail.jsf?docId=WO2009106982)
2. Uchiyama, N.; Matsuda, S.; Wakana, D.; Kikura-Hanajiri, R.; Goda, Y. (2012). "New cannabimimetic indazole derivatives, N-(1-amino-3-methyl-1-oxobutan-2-yl)-1-pentyl-1H-indazole-3-carboxamide (AB-PINACA) and N-(1-amino-3-methyl-1-oxobutan-2-yl)-1-(4-fluorobenzyl)-1H-indazole-3-carboxamide (AB-FUBINACA) identified as designer drugs in illegal products". *Forensic Toxicology* 31: 93. doi:10.1007/s11419-012-0171-4.

Retrieved from "https://en.wikipedia.org/w/index.php?title=AB-FUBINACA&oldid=564704940"

Categories: Cannabinoids │ Cannabinoid stubs

---

- This version of the page has been revised. Besides normal editing, the reason for revision may have been that this version contains factual inaccuracies, vandalism, or material not compatible with the Creative Commons Attribution-ShareAlike License.

**Exhibit 14-A**

Case: 4:14-cr-00175-AGF　Doc. #: 22-1 Filed: 03/09/16 Page: 3 of 33 PageID #: 1360

Help

# AB-FUBINACA: Revision history

View logs for this page

┌─ Browse history ──────────────────────────────────────

From year (and earlier): `2016`　　From month (and earlier):

`all ▾` Tag filter: `_____`　`Show`

└──────────────────────────────────────────────────────

For any version listed below, click on its date to view it.

For more help, see Help:Page history and Help:Edit summary.

External tools: Revision history statistics (https://tools.wmflabs.org/xtools-articleinfo/?article=AB-FUBINACA&project=en.wikipedia.org) · Revision history search (http://wikipedia.ramselehof.de/wikiblame.php?lang=en&article=AB-FUBINACA) · Edits by user (https://tools.wmflabs.org/sigma/usersearch.py?page=AB-FUBINACA&server=enwiki) · Number of watchers (https://en.wikipedia.org/w/index.php?title=AB-FUBINACA&action=info#mw-pageinfo-watchers) · Page view statistics (https://tools.wmflabs.org/pageviews#pages=AB-FUBINACA&project=en.wikipedia.org)

---

(cur) = difference from current version, (prev) = difference from preceding version,
 **m** = minor edit, → = section edit, ← = automatic edit summary
(newest | oldest) View (newer 50 | older 50) (20 | 50 | 100 | 250 | 500)

`Compare selected revisions`

- (cur | prev) ⊙ 21:22, 17 February 2016 Aethyta (talk | contribs) . . (7,164 bytes) (+26) . . (undo)
- (cur | prev) ◉ 21:21, 17 February 2016 Aethyta (talk | contribs) . . (7,138 bytes) (+478) . . (undo)
- (cur | prev) ○ 04:30, 5 February 2016 Aethyta (talk | contribs) . . (6,660 bytes) (-53) . . (undo)
- (cur | prev) ○ 12:28, 17 December 2015 Rjwilmsi (talk | contribs) m . . (6,713 bytes) (+36) . . (Journal cites, completed 1 page range using AWB (0)) (undo)
- (cur | prev) ○ 18:44, 12 November 2015 Aethyta (talk | contribs) . . (6,677 bytes) (+469) . . ((edited with ProveIt)) (undo)
- (cur | prev) ○ 18:24, 4 November 2015 Aethyta (talk | contribs) . . (6,208 bytes) (+398) . . (undo)
- (cur | prev) ○ 16:29, 30 October 2015 Aethyta (talk | contribs) m . . (5,810 bytes) (-14) . . (Cleaned up using AutoEd) (undo)

**Exhibit 14-B**

Case: 4:14-cr-00175-AGF   Doc. # 22-1   Filed: 03/09/16   Page: 4 of 33 PageID #: 1361

- (cur | prev)   17:23, 21 October 2015 Aethyta (talk | contribs) . . (5,824 bytes) (-34) . . (Undid revision 686825147 by 71.88.180.210 (talk) CTRL + F "AB-FUBINACA" in the PDF please. It is mentioned, 100%.) (undo)
- (cur | prev)   15:35, 21 October 2015 71.88.180.210 (talk) . . (5,858 bytes) (+34) . . (→Side effects: The citation had no information on Ab-fubinaca causing deaths. It's giving false information, and pushing people away from a safer cannibinoid. There are a handful that cause side effects, but this isn't one of them.) (undo) *(Tags: Mobile edit, Mobile web edit)*
- (cur | prev)   23:35, 19 October 2015 Aethyta (talk | contribs) . . (5,824 bytes) (+438) . . (this one clearly mentions AB-FUBINACA, did you read it?) (undo)
- (cur | prev)   21:21, 19 October 2015 71.88.180.210 (talk) . . (5,386 bytes) **(-993)** . . (The source was for a different chemical not related to ab-fubinaca.) (undo) *(Tags: section blanking, Mobile edit, Mobile web edit)*
- (cur | prev)   17:51, 12 October 2015 Frietjes (talk | contribs) . . (6,379 bytes) (-108) . . (undo)
- (cur | prev)   16:38, 12 October 2015 Aethyta (talk | contribs) . . (6,487 bytes) (+113) . . (undo)
- (cur | prev)   22:28, 30 September 2015 Aethyta (talk | contribs) . . (6,374 bytes) (+350) . . (undo)
- (cur | prev)   18:13, 29 August 2015 Dexbot (talk | contribs) m . . (6,024 bytes) **(+553)** . . (Bot: Deprecating Template:Cite doi and some minor fixes) (undo)
- (cur | prev)   04:24, 28 August 2015 Dexbot (talk | contribs) m . . (5,471 bytes) **(+504)** . . (Bot: Deprecating Template:Cite pmid and some minor fixations) (undo)
- (cur | prev)   14:30, 21 July 2015 Aethyta (talk | contribs) . . (4,967 bytes) **(+553)** . . (undo)
- (cur | prev)   14:27, 21 July 2015 Aethyta (talk | contribs) . . (4,414 bytes) (+324) . . (undo)
- (cur | prev)   14:25, 21 July 2015 Aethyta (talk | contribs) . . (4,090 bytes) (-343) . . (oops) (undo)
- (cur | prev)   14:25, 21 July 2015 Aethyta (talk | contribs) . . (4,433 bytes) (+343) . . (undo)
- (cur | prev)   14:22, 21 July 2015 Aethyta (talk | contribs) . . (4,090 bytes) (+59) . . (undo)
- (cur | prev)   19:50, 17 July 2015 BaeyerDrewson (talk | contribs) m . . (4,031 bytes) (+5) . . (Structure revised for aesthetic consistency with structurally related cannabinoids) (undo)
- (cur | prev)   19:36, 17 July 2015 BaeyerDrewson (talk | contribs) m . . (4,026

**Exhibit 14-B**

Case: 4:14-cr-00175-AGF    Doc. #: 22-1    Filed: 03/09/16    Page: 5 of 33 PageID #: 1362

bytes) **(-2)** . . (undo)

- (cur | prev)     19:33, 17 July 2015 BaeyerDrewson (talk | contribs) m . . (4,028 bytes) **(+141)** . . (undo)
- (cur | prev)     18:33, 13 July 2015 Aethyta (talk | contribs) . . (3,887 bytes) **(+42)** . . (undo)
- (cur | prev)     18:14, 13 July 2015 Aethyta (talk | contribs) . . (3,845 bytes) **(+20)** . . (→See also) (undo)
- (cur | prev)     15:56, 12 July 2015 Monkbot (talk | contribs) m . . (3,825 bytes) **(-8)** . . (→Side effects: Task 1l: Fix CS1 deprecated date parameter errors) (undo)
- (cur | prev)     12:18, 11 July 2015 Aethyta (talk | contribs) . . (3,833 bytes) **(+446)** . . (undo)
- (cur | prev)     22:52, 9 July 2015 Aethyta (talk | contribs) . . (3,387 bytes) **(+34)** . . (added Category:Indazolecarboxamides using HotCat) (undo)
- (cur | prev)     01:36, 6 July 2015 Aethyta (talk | contribs) . . (3,353 bytes) **(+17)** . . (→See also) (undo)
- (cur | prev)     18:41, 5 July 2015 Aethyta (talk | contribs) . . (3,336 bytes) **(+19)** . . (→See also) (undo)
- (cur | prev)     22:24, 29 June 2015 Aethyta (talk | contribs) . . (3,317 bytes) **(+404)** . . (undo)
- (cur | prev)     11:42, 29 June 2015 JWBE (talk | contribs) . . (2,913 bytes) **(-3)** . . (removed Category:Organofluorides; added Category:Fluoroarenes using HotCat) (undo)
- (cur | prev)     02:43, 29 June 2015 Aethyta (talk | contribs) . . (2,916 bytes) **(+18)** . . (→See also) (undo)
- (cur | prev)     14:32, 24 June 2015 Aethyta (talk | contribs) . . (2,898 bytes) **(+11)** . . (undo)
- (cur | prev)     02:53, 24 June 2015 Aethyta (talk | contribs) . . (2,887 bytes) **(+23)** . . (added Category:Indazoles using HotCat) (undo)
- (cur | prev)     22:59, 22 June 2015 Aethyta (talk | contribs) . . (2,864 bytes) **(+29)** . . (added Category:Organofluorides using HotCat) (undo)
- (cur | prev)     09:28, 22 June 2015 Aethyta (talk | contribs) . . (2,835 bytes) **(+26)** . . (→See also) (undo)
- (cur | prev)     04:53, 16 June 2015 Aethyta (talk | contribs) . . (2,809 bytes) **(+19)** . . (undo)
- (cur | prev)     21:54, 15 June 2015 BaeyerDrewson (talk | contribs) m . . (2,790 bytes) **(+18)** . . (undo)
- (cur | prev)     02:29, 23 April 2015 Aethyta (talk | contribs) . . (2,772 bytes) **(+28)** . . (undo)

**Exhibit 14-B**

- (cur | prev) ○   13:14, 5 February 2015 Destruktor5000 (talk | contribs) . . (2,744 bytes) (+18) . . (added AB-CHMINACA to "see also") (undo)
- (cur | prev) ○   18:43, 12 November 2014 The chemistds (talk | contribs) . . (2,726 bytes) **(+501)** . . (added CSID and InChI(Key)s) (undo)
- (cur | prev) ○   18:34, 8 July 2014 108.52.245.122 (talk) . . (2,225 bytes) (+181) . . (undo)
- (cur | prev) ○   11:15, 11 December 2013 87.199.48.17 (talk) . . (2,044 bytes) (+18) . . (→See also) (undo)
- (cur | prev) ○   21:26, 17 July 2013 Meodipt (talk | contribs) m . . (2,026 bytes) (-75) . . (Reverted edits by 142.196.35.80 (talk) to last version by Meodipt) (undo)
- (cur | prev) ○   08:38, 2 July 2013 142.196.35.80 (talk) . . (2,101 bytes) (+75) . . (undo)
- (cur | prev) ○   10:24, 31 May 2013 Meodipt (talk | contribs) . . (2,026 bytes) (-110) . . (undo)
- (cur | prev) ○   10:17, 31 May 2013 Meodipt (talk | contribs) . . (2,136 bytes) (+17) . . (→See also) (undo)
- (cur | prev) ○   13:59, 22 May 2013 193.138.227.116 (talk) . . (2,119 bytes) (+110) . . (undo)

Compare selected revisions

(newest | oldest) View (newer 50 | older 50) (20 | 50 | 100 | 250 | 500)

Retrieved from "https://en.wikipedia.org/wiki/AB-FUBINACA"

**Exhibit 14-B**


# Wikipedia:About
From Wikipedia, the free encyclopedia



**About Wikipedia (Welcome) · Contributing · FAQ · Help menu (Directory)**
**Asking questions (Help desk · Reference desk) · Glossary (Abbreviations) · Wikicode help (Tools)**

 **This is a general introduction for visitors to Wikipedia**. The project also has an encyclopedia article about itself, Wikipedia, and some introductions for aspiring contributors. For information on how to donate to the organization that runs Wikipedia, see Ways to Give. See also: Wikipedia:FAQ and Wikipedia:Citing Wikipedia.

Wikipedia (◄ᴵ/ˌwɪkɪˈpiːdi.ə/ or ◄ᴵ/ˌwɪkiˈpiːdi.ə/ *wɪκ-i-peɛ-dee-ə*) is a multilingual, web-based, free-content encyclopedia project supported by the Wikimedia Foundation and based on a model of openly editable content. The name "Wikipedia" is a portmanteau of the words *wiki* (a technology for creating collaborative websites, from the Hawaiian word *wiki*, meaning "quick") and *encyclopedia*. Wikipedia's articles provide links designed to guide the user to related pages with additional information.

Wikipedia is written collaboratively by largely anonymous volunteers who write without pay. Anyone with Internet access can write and make changes to Wikipedia articles, except in limited cases where editing is restricted to prevent disruption or vandalism. Users can contribute anonymously, under a pseudonym, or, if they choose to, with their real identity.

> ### English Wikipedia right now
>
> Wikipedia is running MediaWiki version 1.27.0-wmf.14 (f6c052b). It has 5,092,427 content articles, and 38,657,416 pages in total. There have been 816,447,056 edits. There are 872,571 uploaded files. There are 27,626,974 registered users, including 1,316 administrators.
>
> This information as of 18:56, 29 February 2016 (UTC)

The fundamental principles by which Wikipedia operates are the five pillars. The Wikipedia community has developed many policies and guidelines to improve the encyclopedia; however, it is not a formal requirement to be familiar with them before contributing.

Since its creation in 2001, Wikipedia has grown rapidly into one of the largest reference websites, attracting 374 million unique visitors monthly as of September 2015.[1] There are about 70,000 active contributors (https://stats.wikimedia.org/EN/TablesWikipediansEditsGt5.htm) working on more than 38,000,000 articles in 290 languages. As of today, there are 5,092,427 articles in English. Every day, hundreds of thousands of visitors from around the world collectively make tens of thousands of edits and create thousands of new articles to augment the knowledge held by the Wikipedia encyclopedia. (See the statistics page for more information.)

People of all ages, cultures and backgrounds can add or edit article prose, references, images and other media here. What is contributed is more important than the expertise or qualifications of the contributor. What will remain depends upon whether the content is free of copyright restrictions and contentious material about living people, and whether it fits within Wikipedia's policies, including being verifiable against a published reliable source, thereby excluding editors' opinions and beliefs and unreviewed research. Contributions cannot damage Wikipedia because the software allows easy reversal of mistakes and many experienced editors are watching to help ensure that edits are cumulative improvements. Begin by simply clicking the *Edit* link at the top of any editable page!

Wikipedia is a live collaboration differing from paper-based reference sources in important ways. Unlike printed encyclopedias, Wikipedia is continually created and updated, with articles on historic events appearing within minutes, rather than months or years. Because everybody can help improve it, Wikipedia has become more comprehensive than any other encyclopedia. In addition to quantity, its contributors work on improving quality as well. Wikipedia is a work-in-progress, with articles in various stages of completion. As articles develop, they tend to become more comprehensive and balanced. Quality also improves over time as misinformation and other errors are removed or repaired. However, because

**Exhibit 14-C**

anyone can click "edit" at any time and add stuff in, any article may contain undetected misinformation, errors, or vandalism. Awareness of this helps the reader to obtain valid information, avoid recently added misinformation (see *Wikipedia:Researching with Wikipedia*), and fix the article.

# Contents

- 1 About Wikipedia
  - 1.1 Wikipedia history
  - 1.2 Wikipedia contributors
  - 1.3 Trademarks and copyrights
  - 1.4 Credits
- 2 Making the best use of Wikipedia
  - 2.1 Exploring Wikipedia
  - 2.2 Basic navigation in Wikipedia
  - 2.3 Using Wikipedia as a research tool
  - 2.4 Wikipedia vs paper encyclopedias
  - 2.5 Strengths, weaknesses, and article quality in Wikipedia
  - 2.6 Disclaimers
- 3 Contributing to Wikipedia
  - 3.1 Editing Wikipedia pages
  - 3.2 Wikipedia content criteria
  - 3.3 Editorial administration, oversight, and management
  - 3.4 Handling disputes and abuse
  - 3.5 Editorial quality review
- 4 Technical attributes
- 5 Feedback and questions
  - 5.1 Frequently asked questions (FAQ)
  - 5.2 Static help
  - 5.3 Giving feedback
  - 5.4 Research help and similar questions

**Exhibit 14-C**

     5.5  Community discussion

     5.6  Contacting individual Wikipedia editors

6  Other languages

7  Sister projects

8  See also

9  References

10  Further reading

11  External links

# About Wikipedia

## Wikipedia history

*For more details on this topic, see History of Wikipedia.*

Wikipedia was founded as an offshoot of Nupedia, a now-abandoned project to produce a free encyclopedia, begun by the online media company Bomis. Nupedia had an elaborate system of peer review and required highly qualified contributors, but the writing of articles was slow. During 2000, Jimmy Wales (founder of Nupedia and co-founder of Bomis), and Larry Sanger, whom Wales had employed to work on the encyclopedia project, discussed ways of supplementing Nupedia with a more open, complementary project. Multiple sources suggested that a wiki might allow members of the public to contribute material, and Nupedia's first wiki went online on January 10, 2001.



The English edition of Wikipedia has grown to 5,092,427 articles, equivalent to over 2,000 print volumes of the *Encyclopædia Britannica*. Including all language editions, Wikipedia has over 38 million articles, equivalent to over 15,000 print volumes.

There was considerable resistance on the part of Nupedia's editors and reviewers to the idea of associating Nupedia with a website in the wiki format, so the new project was given the name "Wikipedia" and launched on its own domain, wikipedia.com, on January 15 (now called "Wikipedia Day" by some users). The bandwidth and server (in San Diego) were donated by Wales. Other current and past Bomis employees who have worked on the project include Tim Shell, one of the cofounders of Bomis and its current CEO, and programmer Jason Richey.

In May 2001, a large number of non-English Wikipedias were launched—in Catalan, Chinese, Dutch, Esperanto, French, German, Hebrew, Italian, Japanese, Portuguese, Russian, Spanish, and Swedish. These were soon joined by Arabic and Hungarian. In September,[2] Polish was added, and further commitment to the multilingual provision of Wikipedia was made. At the end of the year, Afrikaans, Norwegian, and Serbo-Croatian versions were announced.

The domain was eventually changed to the present wikipedia.org when the not-for-profit Wikimedia Foundation was launched, in 2003, as its new parent organization, with the ".org" top-level domain denoting its non-commercial nature. Today, there are Wikipedias in over 250 languages.

## Wikipedia contributors

*Main pages: Wikipedia:Who writes Wikipedia? and Wikipedia:Wikipedians*

**Exhibit 14-C**

Anyone with Web access can edit Wikipedia, and this openness encourages inclusion of a tremendous amount of content. About 70,000 editors—from expert scholars to casual readers—regularly edit Wikipedia, and these experienced editors often help to create a consistent style throughout the encyclopedia, following our Manual of Style.



Wikipedia contributors

Several mechanisms are in place to help Wikipedia members carry out the important work of crafting a high-quality resource while maintaining civility. Editors are able to watch pages and technically skilled persons can write editing programs to keep track of or rectify bad edits. Where there are disagreements on how to display facts, editors often work together to compile an article that fairly represents current expert opinion on the subject.

Although the Wikimedia Foundation owns the site, it is largely uninvolved in writing and daily operations.

## Trademarks and copyrights

*Main pages: Wikipedia:Copyrights and wmf:Trademark policy*

"Wikipedia" is a registered trademark of the not-for-profit Wikimedia Foundation, which has created a family of free-content projects that are built by user contributions.

Most of Wikipedia's text and many of its images are dual-licensed under the Creative Commons Attribution-Sharealike 3.0 Unported License (CC-BY-SA) and the GNU Free Documentation License (GFDL) (unversioned, with no invariant sections, front-cover texts, or back-cover texts). Some text has been imported only under CC-BY-SA and CC-BY-SA-compatible license and cannot be reused under GFDL; such text is identified either on the page footer, in the page history or on the discussion page of the article that utilizes the text. Every image has a description page that indicates the license under which it is released or, if it is non-free, the rationale under which it is used.

Contributions remain the property of their creators, while the CC-BY-SA and GFDL licenses ensure the content is freely distributable and reproducible. (See content disclaimer for more information.)

## Credits

Text on Wikipedia is a collaborative work, and the efforts of individual contributors to a page are recorded in that page's history, which is publicly viewable. Information on the authorship of images and other media, such as sound files, can be found by clicking on the image itself or the nearby information icon to display the file page, which includes the author and source, where appropriate, along with other information.

# Making the best use of Wikipedia

*Further information: Wikipedia:Reader's index to Wikipedia*

- *See also: Reader's Guide to Wikipedia or the guide to using Wikipedia in research*

## Exploring Wikipedia

*Main page: Portal:Contents*

Many visitors come to Wikipedia to acquire knowledge, while others come to share knowledge. At this very instant, dozens of articles are being improved, and new articles are also being created. Changes can be viewed at the Recent changes page and a random page at random articles. Over 4,500 articles have been designated by the Wikipedia community as featured articles, exemplifying the best articles in the encyclopedia. Another 22,000 articles are designated as good articles. Some information on Wikipedia is organized into lists; the best of these are designated as

---

### Readers' FAQ and help

**About Wikipedia** · Authority control · Categories · Censorship · Copyright · Disambiguation · Images and multimedia · ISBN · Microformats · Mobile access · Navigation · Other languages · Page names · Portals · Protected pages · Searching · Student help

Readers' glossary

**Exhibit 14-C**

Case: 4:14-cr-00175-AGF   Doc. #: 221-4   Filed: 03/09/16   Page: 11 of 33 PageID #: 1268

featured lists. Wikipedia also has portals, which organize content around
topic areas; our best portals are selected as featured portals. Articles can
be found using the search box on the top-right side of the screen.

| |
|---|
| Readers' index |
| Researching with Wikipedia |
| *Reader's Guide to Wikipedia* |
| Contributing to Wikipedia |

Wikipedia is available in languages other than English. Wikipedia has
more than two hundred and eighty languages, including a Simple English
version, and related projects include a dictionary, quotations, books,
manuals, and scientific reference sources, and a news service (see sister projects). All of these are maintained, updated, and
managed by separate communities, and often include information and articles that can be hard to find through other common
sources.

## Basic navigation in Wikipedia

> *Main page: Help:Navigation*

Wikipedia articles are all linked, or cross-referenced. When highlighted text like this is seen, it means there is a link to some
relevant article or Wikipedia page with further in-depth information. Holding the mouse over the link will often show to
where the link will lead. There are other links towards the ends of most articles, for other articles of interest, relevant
external websites and pages, reference material, and organized categories of knowledge which can be searched and traversed
in a loose hierarchy for more information. Some articles may also have links to dictionary definitions, audio-book readings,
quotations, the same article in other languages, and further information available on our sister projects. Additional links can
be easily made if a relevant link is missing—this is one simple way to contribute.

## Using Wikipedia as a research tool

> *Main pages: Wikipedia:Researching with Wikipedia and Wikipedia:Citing Wikipedia*

As wiki documents, articles are never considered complete and may be continually edited and improved. Over time, this
generally results in an upward trend of quality and a growing consensus over a neutral representation of information.

Users should be aware that not all articles are of encyclopedic quality from the start: they may contain false or debatable
information. Indeed, many articles start their lives as displaying a single viewpoint; and, after a long process of discussion,
debate, and argument, they gradually take on a neutral point of view reached through consensus. Others may, for a while,
become caught up in a heavily unbalanced viewpoint which can take some time—months or years perhaps—to achieve
better balanced coverage of their subject. In part, this is because editors often contribute content in which they have a
particular interest and do not attempt to make each article that they edit comprehensive. However, eventually, additional
editors expand and contribute to articles and strive to achieve balance and comprehensive coverage. In addition, Wikipedia
operates a number of internal resolution processes that can assist when editors disagree on content and approach. Usually,
editors eventually reach a consensus on ways to improve the article.

The *ideal* Wikipedia article is well written, balanced, neutral, and encyclopedic, containing comprehensive, notable,
verifiable knowledge. An increasing number of articles reach this standard over time, and many already have. Our best
articles are called Featured Articles (and display a small star in the upper right corner of the article), and our second best tier
of articles are designated Good Articles. However, this is a process and can take months or years to be achieved through the
concerted effort of editors. Some articles contain statements which have not yet been fully cited. Others will later be
augmented with new sections. Some information will be considered by later contributors to be insufficiently founded and,
therefore, may be removed.

While the overall trend is toward improvement, it is important to use Wikipedia carefully if it is intended to be used as a
research source, since individual articles will, by their nature, vary in quality and maturity. Guidelines and information pages
are available to help users and researchers do this effectively, as is an article that summarizes third-party studies and
assessments of the reliability of Wikipedia.

## Wikipedia vs paper encyclopedias

- *Main article: Wiki is not paper, on Wikimedia Meta-Wiki.*

**Exhibit 14-C**

2/29/2016
Wikipedia:About - Wikipedia, the free encyclopedia
Case: 4:14-cr-00175-AGF   Doc. #: 2-14   Filed: 03/09/16   Page: 12 of 33 PageID #: 1368

Wikipedia has advantages over traditional paper encyclopedias. First, is that it is not limited in space: it can keep growing as fast as people add to it. Second, there are no qualifications required to be able to author its articles. Therefore, it has a very large pool of contributors: the whole world. These two aspects have enabled Wikipedia to become the most comprehensive encyclopedia on Earth.

Third, a paper encyclopedia remains static (stays the same) and falls out of date until the next edition. But Wikipedia is dynamic: you don't have to wait for the next edition to come out (there are no editions), as Wikipedia is published on-line as it is written (also on-line). Articles are made available as is, regardless of what stage of development they are in. *You* can update Wikipedia at any instant, and people do so continually around the clock, thereby helping each other to keep abreast of the most recent events everywhere and of the latest facts in every subject.

Fourth, Wikipedia has a very low "publishing" cost for adding or expanding entries, as it is on-line, with no need to buy paper or ink for distribution. This has allowed it to be made available for free, making it more accessible to everyone. This has enabled Wikipedia to be independently developed and published in many different languages at the same time, by people literate in each language. Of the 280+ different language Wikipedias, 132 of them have 10,000 or more articles.

Fifth, Wikipedia has a low environmental impact in some respects, since it never needs to be printed, although computers have their own environmental cost.

Sixth, Wikipedia is extra-linear (more than linear). Instead of in-line explanations, Wikipedia incorporates hypertext in the form of wikilinks. Throughout its content is a robust network of links, providing another dimension of knowledge accessibility. The encyclopedia also has correlates to tables of contents and indexes, with each entry in them hyperlinked to an article on the topic specified.

Seventh, each Wikipedia article provides an introduction summarizing the more extensive detail of its contents.

Eighth, being open to anyone to edit, articles on Wikipedia are subject to additions that are erroneous, written poorly, or which are sheer vandalism. It is a community effort, with most people who are involved helping to improve the work, fixing problems they encounter along the way. See more about Wikipedia's strengths and weaknesses, below...

## Strengths, weaknesses, and article quality in Wikipedia

> *Main pages: Wikipedia:Why Wikipedia is so great and Wikipedia:Why Wikipedia is not so great*
> *See also: Reliability of Wikipedia and Wikipedia:Researching with Wikipedia*

Wikipedia's greatest strengths, weaknesses, and differences all arise because it is open to anyone, it has a large contributor base, and its articles are written by consensus, according to editorial guidelines and policies.

- Wikipedia is **open to a large contributor base**, drawing a large number of editors from diverse backgrounds. This allows Wikipedia to significantly reduce regional and cultural bias found in many other publications, and makes it very difficult for any group to censor and impose bias. A large, diverse editor base also provides access and breadth on subject matter that is otherwise inaccessible or little documented. A large number of editors contributing at any moment also means that Wikipedia can produce encyclopedic articles and resources covering newsworthy events within hours or days of their occurrence. It also means that like any publication, Wikipedia may reflect the cultural, age, socio-economic, and other biases of its contributors. There is no systematic process to make sure that "obviously important" topics are written about, so Wikipedia may contain unexpected oversights and omissions. While *most* articles may be altered by anyone, in practice editing will be performed by a certain demographic (younger rather than older, male rather than female, rich enough to afford a computer rather than poor, et cetera) and may, therefore, show some bias. Some topics may not be covered well, while others may be covered in great depth.
- Allowing **anyone to edit** Wikipedia means that it is more easily vandalized or susceptible to unchecked information, which requires removal. See Wikipedia:Administrator intervention against vandalism. While blatant vandalism is usually easily spotted and rapidly corrected, Wikipedia is more subject to subtle viewpoint promotion than a typical reference work. However, bias that would be unchallenged in a traditional reference work is likely to be ultimately challenged or considered on Wikipedia. While Wikipedia articles generally attain a good standard after editing, it is important to note that fledgling articles and those monitored less well may be susceptible to vandalism and insertion of false information. Wikipedia's radical openness also means that any given article may be, at any given moment, in a bad state, such as in the middle of a large edit, or a controversial rewrite. Many contributors do not yet comply fully with

**Exhibit 14-C**

key policies, or may add information without citable sources. Wikipedia's open approach tremendously increases the chances that any particular factual error or misleading statement will be relatively promptly corrected. Numerous editors at any given time are monitoring recent changes and edits to articles on their watchlists.

- Wikipedia is **written by open and transparent consensus**—an approach that has its pros and cons. Censorship or imposing "official" points of view is extremely difficult to achieve and usually fails after a time. Eventually for most articles, all notable views become fairly described and a neutral point of view reached. In reality, the process of reaching consensus may be long and drawn-out, with articles fluid or changeable for a long time while they find their "neutral approach" that all sides can agree on. Reaching neutrality is occasionally made harder by extreme-viewpoint contributors. Wikipedia operates a full editorial dispute resolution process, one that allows time for discussion and resolution in depth, but one that also permits disagreements to last for months before poor-quality or biased edits are removed. A common conclusion is that Wikipedia is a valuable resource and provides a good reference point on its subjects.
- That said, articles and subject areas sometimes suffer from significant omissions, and while misinformation and vandalism are usually corrected quickly, this does not always happen. (See for example this incident in which a person inserted a fake biography linking a prominent journalist to the Kennedy assassinations and Soviet Russia as a joke on a co-worker which went undetected for four months, saying afterwards he "didn't know Wikipedia was used as a serious reference tool".)
- Wikipedia is **written largely by amateurs**. Those with expert credentials are given no additional weight. Wikipedia is also not subject to any peer review for scientific, medical or engineering articles. One advantage to having amateurs write in Wikipedia is that they have more free time on their hands so that they can make rapid changes in response to current events. The wider the general public interest in a topic, the more likely it is to attract contributions from non-specialists.

The MediaWiki software that runs Wikipedia retains a history of all edits and changes, thus information added to Wikipedia never "vanishes" irreversibly. Discussion pages are an important resource on contentious topics. Therefore, serious researchers can often find a wide range of vigorously or thoughtfully advocated viewpoints not present in the consensus article. As with any source, information should be checked. A 2005 editorial by a BBC technology writer comments that these debates are probably symptomatic of cultural changes that are happening across all sources of information (including search engines and the media), and may lead to "a better sense of how to evaluate information sources".[3]

## Disclaimers

*Main page: Wikipedia:Disclaimers*

Wikipedia disclaimers apply to all pages on Wikipedia. However, the consensus in Wikipedia is to put all disclaimers only as links and at the end of each article. Proposals to have a warning box at the beginning have been rejected. Some do not like the way it looks or that it calls attention to possible errors in Wikipedia.

Wikipedia, in common with many websites, has a disclaimer that, at times, has led to commentators citing these in order to support a view that Wikipedia is unreliable. A selection of similar disclaimers from places which are often regarded as reliable (including sources such as Encyclopædia Britannica, Associated Press, and the Oxford English Dictionary) can be read and compared at Wikipedia:Non-Wikipedia disclaimers. Wikipedia content advisories can also be found here.

| **Disclaimers** |
| :---: |
| General |
| Content |
| Legal |
| Medical |
| Risk |
| **Related** |
| Academic use |
| Non-Wikipedia |

# Contributing to Wikipedia

- *Main page: Wikipedia:Contributing to Wikipedia*
- *See also Wikipedia:Starting an article.*
- *Guide to fixing vandalism: Help:Reverting.*

Anyone can contribute to Wikipedia by clicking on the *Edit* tab in an article. Before beginning to contribute, however, read some handy helping tools such as the tutorial and the policies and guidelines, as well as our welcome page. Creating an account

| **Contributing to Wikipedia** |
| :---: |

**Exhibit 14-C**

(https://en.wikipedia.org/wiki/Special:UserLogin?type=signup) offers many benefits. It is important to realize that in contributing to Wikipedia, users are expected to be civil and neutral, respecting all points of view, and only add verifiable and factual information rather than personal views and opinions. "The five pillars of Wikipedia" cover this approach and are recommended reading before editing. (Vandals are reported via the Administrator Notice Board and may be temporarily blocked from editing Wikipedia.)

Most articles start as stubs, but after many contributions, they can become featured articles. Once the contributor has decided a topic of interest, they may want to request that the article be written (or they could research the issue and write it themselves). Wikipedia has on-going projects, focused on specific topic areas or tasks, which help coordinate editing.

The ease of editing Wikipedia results in many people editing. That makes the updating of the encyclopedia very quick, almost as fast as news websites.

## Editing Wikipedia pages

*Main pages: Wikipedia:How to edit a page and Help:Wiki markup*

Wikipedia uses a simple yet powerful page layout to allow editors to concentrate on adding material rather than page design. Page aspects facilitated include:

- sections and subsections—which follow a page's lead section/introduction and (if specific conditions are met) a table of contents,
- references,
- images,
- tables,
- indentations
- lists,
- links,
- ISBNs,
- maths,
- formatting elements and most world alphabets and common symbols, Most of which have simple formats that are deliberately very easy and intuitive.

Normally editing is chosen by clicking the Edit tab at the top of a Wikipedia page (or on a section-edit link). This will take you to a new page with a text box containing the editable text of the page you were viewing. In this box, you can type in the text that you want to add, using wiki markup to format the text and add other elements like images and tables. You should then press the Show preview button to review your contributions for any errors. When you have finished editing, you should write a short edit summary in the small field below the edit-box describing your changes before you press the Save page button. This will help others to understand the intention of your edit. To avoid accidentally leaving edit summaries blank, you can select "Prompt me when entering a blank edit summary" on the Editing tab of your personal preferences.

Page editing is accessed through tabs that are found along the top edge of the page. These are:

- *Article.* Shows the main Wikipedia article.
- *Talk.* Shows a user discussion about the article's topic and possible revisions,



### Protocols

Editing policy · (Content policies) · Etiquette guide · (Dispute resolution) · Simple rule set · Simple style manual

### Introductions

**About Wikipedia** · How to contribute · Tutorial · Newcomer training · Newcomers primer · Plain & simple · Wikipedia Adventure · VisualEditor

### How-to pages

Creating an account · How to edit · Starting an article · (Article wizard) · Talk pages · (BOLD, revert, discuss) · Referencing · Renaming · Deletion · Media · Lists · Tables · Templates · Copying text · Style tips · Wiki markup

### Writing advice

Article development · Basic copyediting · Layouts · Avoiding mistakes · Writing better · Perfect article · Advanced editing · Writing about women

### Community

Community portal · Dashboard · Backlog · Maintenance · WikiProjects

### Directories

FAQs · Help hub · Help index

### Interactive help

Teahouse · Help desk



A downloadable "Editing Wikipedia guide" (https://upload.wikimedia.org/wikipedia/commons/1/18/Editing_Wikipedia_brochure_EN.pdf) in PDF form written by the staff at the Wikimedia Foundation

**Exhibit 14-C**

controversies, etc.

- *Edit.* This tab allows users to edit the article. Depending on the page's susceptibility to vandalism, according to its visibility or the degree of controversy surrounding the topic, this tab may not be shown for all users. (For example, any user who is not an administrator will not be able to edit the Main Page.)
- *View history.* This tab allows readers to view the editors of the article and the changes that have been made.
- *Star.* ("Watch") If you are logged into your account, clicking on the star icon will cause any changes made to the article to be displayed on the watchlist. (Note: when this icon is clicked, it changes to a filled-in star.)



Editing tutorial for Wikipedia using classic wiki markup. (3:07 min)

Wikipedia has robust version and reversion controls. This means that poor-quality edits or vandalism can quickly and easily be reversed or brought up to an appropriate standard by any other editor, so inexperienced editors cannot accidentally do permanent harm if they make a mistake in their editing. As there are many more editors intent on improving articles than not, error-ridden articles are usually corrected promptly.

## Wikipedia content criteria

*Main pages: Wikipedia:Wikipedia in brief and Wikipedia:Core content policies*

Wikipedia content is intended to be factual, notable, verifiable with cited external sources, and neutrally presented.

The appropriate policies and guidelines for these are found at:

1. Wikipedia:What Wikipedia is not, which summarizes what belongs in Wikipedia and what does not;
2. Wikipedia:Neutral point of view, which describes Wikipedia's mandatory core approach to neutral, unbiased article-writing;
3. Wikipedia:No original research, which prohibits the use of Wikipedia to publish personal views and original research of editors and defines Wikipedia's role as an encyclopedia of existing *recognized* knowledge;
4. Wikipedia:Verifiability, which explains that it must be possible for readers to verify all content against credible external sources (following the guidance in the Wikipedia:Risk disclaimer that is linked-to at the end of every article);
5. Wikipedia:Reliable sources, which explains what factors determine whether a source is acceptable;
6. Wikipedia:Citing sources, which describes the manner of citing sources so that readers can verify content for themselves;
7. And Wikipedia:Manual of Style, which offers a style guide—in general editors tend to acquire knowledge of appropriate writing styles and detailed formatting over time.

**Core content policies**

Neutral point of view
No original research
Verifiability

**Other content policies**

Article titles
Biographies of living persons
Image use policy
What Wikipedia is not

These are often abbreviated to WP:NOT, WP:NPOV, WP:NOR, WP:V, WP:RS, WP:CITE, and WP:MOS respectively.

## Editorial administration, oversight, and management

*Main page: Wikipedia:Editorial oversight and control*

The Wikipedia community is largely self-organising, so that anyone may build a reputation as a competent editor and become involved in any role s/he may choose, subject to peer approval. Individuals often will choose to become involved in specialised tasks, such as reviewing articles at others' request, watching current edits for vandalism, watching newly created articles for quality control purposes, or similar roles. Editors who believe they can serve the community better by taking on additional administrative responsibility may ask their peers for agreement to undertake such responsibilities. This structure enforces meritocracy and communal standards of editorship and conduct. At present a minimum



Video guided tour #2: Why does Wikipedia work even though anyone can edit it?

**Exhibit 14-C**

Case: 4:14-cr-00175-AGF   Doc. #: 22-14   Filed: 03/09/16   Page: 16 of 33 PageID #: 1378

approval of 75–80% from the community is required to take on these additional tools and responsibilities. This standard tends to ensure a high level of experience, trust, and familiarity across a broad front of aspects within Wikipedia.

A variety of software-assisted systems and automated programs help editors and administrators to watch for problematic edits and editors. Theoretically all editors and users are treated equally with no "power structure". There is, however, a hierarchy of permissions and positions, some of which are listed hereafter:

1. *Anyone* can edit most of the articles here. Some articles are protected because of vandalism or edit-warring, and can only be edited by certain editors.
2. Anyone with an account that has been registered for four days or longer and has made at least ten edits becomes *autoconfirmed*, and gains the technical ability to do three things that non-autoconfirmed editors cannot:
    - Move articles.
    - Edit semi-protected articles.
    - Vote in certain elections (minimum edit count to receive suffrage varies depending on the election).
3. Many editors with accounts obtain access to certain tools that make editing easier and faster. Few editors learn about most of those tools, but one common privilege granted to editors in good standing is "rollback", which is the ability to undo edits more easily.
4. Administrators ("admins" or "sysops") have been approved by the community, and have access to some significant administrative tools. They can delete articles, block accounts or IP addresses, and edit fully protected articles.
5. Bureaucrats are chosen in a process similar to that for selecting administrators. There are not very many bureaucrats. They have the technical ability to add or remove admin rights, approve or revoke "bot" privileges, and rename user accounts.
6. The Arbitration Committee is analogous to Wikipedia's supreme court. They deal with disputes that remain unresolved after other attempts at dispute resolution have failed. Members of this Committee are elected by the community and tend to be selected from among the pool of experienced admins.
7. Stewards are the top echelon of technical permissions. Stewards can do a few technical things, and one almost never hears much about them since they normally only act when a local admin or bureaucrat is not available, and hence almost never on the English Wikipedia. There are very few stewards.
8. Jimmy Wales, the founder of Wikipedia, has several special roles and privileges. In most instances, however, he does not expect to be treated differently than any other editor or administrator.

## Handling disputes and abuse

*Main pages: Wikipedia:Vandalism, Wikipedia:Dispute resolution, Wikipedia:Consensus, Wikipedia:Sock puppetry and Wikipedia:Conflict of interest*

Wikipedia has a rich set of methods to handle most abuses that commonly arise. These methods are well-tested and should be relied upon.

- Intentional *vandalism* can be reported and corrected by anyone.
- Unresolved *disputes* between editors, whether based upon behavior, editorial approach, or validity of content, can be addressed through the talk page of an article, through requesting comments from other editors or through Wikipedia's comprehensive dispute resolution process.
- *Abuse of user accounts*, such as the creation of "Internet sock puppets" or solicitation of friends and other parties to enforce a non-neutral viewpoint or inappropriate consensus within a discussion, or to disrupt other Wikipedia processes in an annoying manner, are addressed through the sock puppet policy.

In addition, new users may initially find that their votes are given less weight by editors in some informal polls in order to prevent abuse of single-purpose accounts.

## Editorial quality review

As well as systems to catch and control substandard and vandalistic edits, Wikipedia also has a full style and content manual and a variety of positive systems for continual article review and improvement. Examples of the processes include peer review, good article assessment, and the featured article process, a rigorous review of articles that are intended to meet the highest standards and showcase Wikipedia's capability to produce high-quality work.

**Exhibit 14-C**

Case: 4:14-cr-00175-AGF Doc. #: 227-14 Filed: 03/09/16 Page: 17 of 33 PageID #: 1374

In addition, specific types of article or fields often have their own specialized and comprehensive projects, assessment processes (such as biographical article assessment), and expert reviewers within specific subjects. Nominated articles are also frequently the subject of specific focus on the neutral point of view noticeboard or in WikiProject Cleanup.

# Technical attributes

Wikipedia uses MediaWiki software, the open-source program used not only on Wikimedia projects but also on many other third-party websites. The hardware supporting the Wikimedia projects is based on several hundred servers in various hosting centers around the world. Full descriptions of these servers and their roles are available on this Meta-Wiki page. For technical information about Wikipedia, check Technical FAQ. Wikipedia publishes various types of metadata; and, across its pages, are many thousands of microformats.

# Feedback and questions

Wikipedia is run as a communal effort. It is a community project whose result is an encyclopedia. Feedback about content should, in the first instance, be raised on the discussion pages of those articles. Be bold and edit the pages to add information or correct mistakes.

## Frequently asked questions (FAQ)

*Main page: Wikipedia:FAQ*

- FAQ Index
- Category:Wikipedia FAQ

## Static help

The Help:Contents may be accessed by clicking *help* displayed under the ▶ *Interaction* tab at the top left of all pages.

- Help:Menu—is a menu-style page that will direct you to the right place to find information.
- Help:Contents/Directory—is a descriptive listing of all Wikipedia's informative, instructional and consultation pages.

## Giving feedback

There is an established escalation-and-dispute process within Wikipedia, as well as pages designed for questions, feedback, suggestions, and comments. For a full listing of the services and assistance that can be requested on Wikipedia, see Wikipedia:Requests.

- Talk pages—the associated discussion page for discussion of an article or policy's contents (usually the first place to go)
- Wikipedia:Vandalism—a facility for reporting vandalism (but fix vandalism as well as report it)
- Dispute resolution—the procedure for handling disputes that remain unresolved within an article's talk space
- Village pump—the Wikipedia discussion area, part of the community portal
- Wikipedia:Contact us

See also:

- Bug tracker (http://bugzilla.wikimedia.org)—a facility for reporting problems with the Wikipedia website or the MediaWiki software that runs it
- Village pump: proposals page—a place for making non-policy suggestions
- And Wikipedia:Help desk—Wikipedia's general help desk, if other pages have not answered the query

## Research help and similar questions

Facilities to help users researching specific topics can be found at:

**Exhibit 14-C**

Case: 4:14-cr-00175-AGF   Doc. #: 227-14   Filed: 03/09/16   Page: 18 of 33 PageID #: 1375

- Wikipedia:Requested articles—to suggest or request articles for the future.
- Wikipedia:Reference desk—to ask for help with any questions, or in finding specific facts.
- Wikipedia:Researching with Wikipedia—for information on using Wikipedia as a research tool.

Because of the nature of Wikipedia, it is encouraged that people looking for information should try to find it themselves in the first instance. If, however, information is found to be missing from Wikipedia, be bold and add it so others can gain.

## Community discussion

For specific discussion not related to article content or editor conduct, see the Village pump, which covers such subjects as announcements, policy and technical discussion, and information on other specialized portals such as the help, reference and peer review desks. The Community Portal is a centralized place to find things to do, collaborations, and general editing help information, and find out what is happening. *The Signpost*, a community-edited newspaper, has recent news regarding Wikipedia, its sister projects, and the Wikimedia Foundation.

### Contacting individual Wikipedia editors

To contact individual contributors, leave a message on their talk page. Standard places to ask policy and project-related questions are the Village Pump, online, and the Wikipedia mailing-lists, over e-mail. Reach other Wikipedians via IRC and e-mail.

In addition, the Wikimedia Foundation **Meta-Wiki** is a site for coordinating the various Wikipedia projects and sister projects (and abstract discussions of policy and direction). Also available are places for submitting bug reports and feature requests.

For a full list of contact options, see **Wikipedia:Contact us**.

# Other languages

This Wikipedia is written in English. Started in 2001, it currently contains 5,092,427 articles. Many other Wikipedias are available; some of the largest are listed below.

- More than 1,000,000 articles: Deutsch · Español · Français · Italiano · Nederlands · 日本語 · Polski · Русский · Svenska · Tiếng Việt
- More than 250,000 articles: العربية · Bahasa Indonesia · Bahasa Melayu · Català · Čeština · فارسی · 한국어 · Magyar · Norsk bokmål · Português · Română · Srpski / српски · Srpskohrvatski / српскохрватски · Suomi · Türkçe · Українська · 中文
- More than 50,000 articles: Bosanski · Български · Dansk · Eesti · Ελληνικά · English (simple) · Esperanto · Euskara · Galego · עברית · Hrvatski · Latviešu · Lietuvių · Norsk nynorsk · Slovenčina · Slovenščina · ไทย

**Complete list of Wikipedias**

# Sister projects

Wikipedia is hosted by the Wikimedia Foundation, a non-profit organization that also hosts a range of other projects:

 **Commons (https://commons.wikimedia.org/)** Free media repository

 **MediaWiki (https://mediawiki.org/)** Wiki software development

 **Meta-Wiki (https://meta.wikimedia.org/)** Wikimedia project coordination

 **Wikibooks (https://en.wikibooks.org/)** Free textbooks and manuals

 **Wikidata (https://www.wikidata.org/)** Free knowledge base

**Wikinews (https://en.wikinews.org/)** Free-content news

**Wikiquote (https://en.wikiquote.org/)**

**Wikisource (https://en.wikisource.org/)**

**Wikispecies (https://species.wikimedia.org/)**




**Exhibit 14-C**

 Collection of quotations

 Free-content library

 Directory of species

 **Wikiversity (https://en.wikiversity.org/)** Free learning materials and activities

 **Wikivoyage (https://en.wikivoyage.org/)** Free travel guide

 **Wiktionary (https://en.wiktionary.org/)** Dictionary and thesaurus

**Please note that while other sites may also use MediaWiki software and therefore look similar to Wikipedia, or may have a name that includes "Wiki-" or "-pedia", or a similar domain name, the only projects which are part of the Wikimedia Foundation are those listed above and Wikipedia, even if other projects claim to be part of it.**

## See also

- List of online encyclopedias
- Wikipedia:A Primer for newcomers
- Wikipedia:Formal organization
- Wikipedia:History of Wikipedian processes and people
- Wikipedia:Quality control
- Wikipedia:Ten things you may not know about Wikipedia
- Wikipedia:Wikipedia (disambiguation)
- Wikipedia: The Missing Manual
- Wikipedia power structure (Meta)

> **Book: Wikipedia**

## References

1. "Report card". Wikimedia. Retrieved September 3, 2015.
2. "Milestones 2001". Wikipedia, *www.wikipedia.org*.
3. Bill Thompson, "What is it with Wikipedia?" (http://news.bbc.co.uk/1/hi/technology/4534712.stm) *BBC*, December 16, 2005.

## Further reading

*Main article: Bibliography of Wikipedia*

- Phoebe Ayers; Charles Matthews; Ben Yates (2008). *How Wikipedia Works:*. No Starch Press. ISBN 978-1-59327-176-3.
- John Broughton (2008). *Wikipedia Reader's Guide: The Missing Manual*. O'Reilly Media, Inc. ISBN 978-0-596-55387-6.
- John Broughton (2008). *Wikipedia: The Missing Manual*. O'Reilly Media, Inc. ISBN 978-0-596-55377-7.
- Dan O'Sullivan (24 September 2009). *Wikipedia: A New Community of Practice?*. Ashgate Publishing, Ltd. ISBN 978-1-4094-8606-0.
- Andrew Lih (17 March 2009). *The Wikipedia revolution: how a bunch of nobodies created the world's greatest encyclopedia*. Hyperion. ISBN 978-1-4013-0371-6.
- Joseph Michael Reagle, Jr.; Lawrence Lessig (30 September 2010). *Good Faith Collaboration: The Culture of Wikipedia*. MIT Press. ISBN 978-0-262-01447-2.

## External links

- Mission statement – The Wikimedia Foundation
- Wikimedia values – The six values of the Wikimedia Foundation
- In a nutshell, what is Wikipedia? And what is the Wikimedia Foundation? – The Wikimedia Foundation
- Wikimedia founding principles – Principles generally supported by all of the Wikimedia communities
- Ten Simple Rules for Editing Wikipedia (http://www.ncbi.nlm.nih.gov/pmc/articles/PMC2947980)

---

**Wikipedia help pages**

**Noticeboards** (?) · **FAQs** (?) · **Reference desks** (?) · *The Missing Manual* (?) · **Help hub** (?)

**Exhibit 14-C**

| About Wikipedia | Principles (Wikipedia in brief) · Policies and guidelines · What Wikipedia is not · Disclaimer (parental advice) · Making requests (where to ask questions · contact Wikipedia directly) · Who writes Wikipedia? · Why create an account? |
|---|---|
| Help for readers | FAQ · Books · Copyright · Glossary · Mobile access · Navigation · Other languages · Searching · Students · Viewing media |
| Contributing to Wikipedia | A plain and simple overview · A primer for newcomers · Asking for help · Advice for young editors · Avoiding common mistakes · Etiquette (community expectations) · Learning the ropes · Instructional material · Simplified Manual of Style · Simplified rule-set ("Ignore all rules" · "The rules are principles") · Style-tips · Tip of the day · Job Center · Your first article (article wizard) · Vandalism |
| Getting started | Wikipedia intro · Wikipedia tutorial · The Wikipedia Adventure · Newcomers' training · New contributors' help page · Manual of Style intro · Graphics tutorials · Picture tutorial (Uploading intro) · IRC (live chat) tutorial · Navigating intro · Policies intro · Referencing intro · Tables intro · Talk pages intro · VisualEditor user guide |
| How-to pages and information pages | Appealing blocks · Article deletion · Categories · Citations / references (Referencing for beginners · Citation Style 1 · Cite errors · References and page numbers) · Diff · Editing (toolbar · edit conflict) · Email confirmation · Find sources · Files · Footnotes · Image deletion · Infoboxes · Linking (link color) · Logging in · Merging · Namespaces · Page name · Redirect · Renaming pages · Passwords · Reverting · Talk pages (archiving) · URL · User contributions · User page design center |
| Coding wiki markup | Wiki markup (cheatsheet) · Barcharts · Calculations · Characters · Citation templates · Columns · HTML · Lists · Magic words (introduction) · Music symbols · Sections · Sounds · Tables (introduction) · Templates (documentation · messages) · Transclusion · Visual files · Wiki tools |
| Directories | Abbreviations · Departments · Editor's index · Essays · FAQs · Glossary · Guidelines · Help menu · Manual of Style · Policies · Shortcuts · Tips |

Visit the **Teahouse** if you are a new editor looking for interactive help, or the **Help desk** for an interactive Q & A forum

## Wikipedia key policies and guidelines

| Overview | Five pillars · Policies and guidelines · List of policies and guidelines (List of policies · List of guidelines) |
|---|---|
| Project-wide principles | Consensus · Dispute resolution · Editing policy · Ignore all rules · What Wikipedia is not · Wikipedia is not a dictionary |
| Core content policies | Neutral point of view · No original research · Verifiability |
| Other content policies | Article titles · Autobiography · Biographies of living persons · Image use |
| Content guidelines | Citing sources · Do not create hoaxes · Do not include copies of primary sources · External links · Fringe theories · Identifying reliable sources · Notability · Patent nonsense |
| Behavioural policies | Child protection · Civility · Courtesy vanishing · Edit warring · Harassment · No legal threats · No personal attacks · Ownership of content · Sock puppetry |
| Behavioural guidelines | Assume good faith · Conflict of interest · Disruptive editing · Do not disrupt Wikipedia to illustrate a point · Etiquette · Gaming the system · Please do not bite the newcomers |
| Editing guidelines | Article size · Be bold · Disambiguation · Hatnotes · Set index articles · Signatures · Subpages · Talk page guidelines · User pages · Vandalism · WikiProjects |
| Style conventions | Manual of Style (Contents) · Accessibility (Understandability) · Dates and numbers · Images · Layout · Lead section · Linking · Lists |
| Classification guidelines | Categories, lists, and navigation templates · Categorization · Template namespace |
| Deletion policies | Attack page · Criteria for speedy deletion · Deletion policy · Oversight · Proposed deletion · Proposed deletion (BLP) · Proposed deletion (books) · Revision deletion |
| Wikimedia Foundation | List of policies · Licensing and copyright · Privacy policy · Values |

**Exhibit 14-C**

Book · ○ Category: Policies / Guidelines

| **Wikipedia community** | |
|---|---|
| **Welcome to Wikipedia** | Community portal · Job Center · Regional notice boards · News (The Signpost · Goings-on · In the media) · Meetups · Mailing lists · Awards (Reward board) · Statistics (Milestones) · The Wikipedia Library · Centralized discussion · Village pump (Idea lab · Policy · Proposals · Technical · Miscellaneous) |
| **Contents and grading** | Requested articles · Most-wanted articles · Images needing articles · Articles needing images · Articles for creation (Creation · Help) · Vital articles · Today's articles for improvement · Peer review · Good article nominations · Featured article candidates (Lists · Pictures · Portals · Topics) · Article translation (Pages) · Main Page (Errors) |
| **WikiProjects and groups** | Directory · Culture and the arts · Geographical · History and society · Science, technology and engineering · Wikipedia assistance and tasks · Patrols (Recent changes) · Counter-Vandalism Unit · Version 1.0 Editorial Team · Accessibility |
| **Maintenance tasks** | Open tasks · Cleanup (Vandalism) · Database reports · 'As of' · Page Curation · Recent changes · Backlog · Controversial issues · Dusty articles |
| **Administrators and noticeboards** | Dashboard (Admin) · Admin requests · Administrators' (Incidents · Edit warring · Vandalism) · Requests for closure · Revision deletion · Oversight (Request) · Page protection · Sockpuppets · User permissions · Open proxies · Usernames (Changing · Title blacklist) · OTRS · Bureaucrats' (Requests for adminship & bureaucratship) · Arbitration Committee (Requests · Enforcement) |
| **Content dispute resolution** | Editor assistance · Requests for comment · Third opinion · Dispute resolution noticeboard (Biographies of living persons · Conflict of interest · External links · Fringe theories · Neutral point of view · No original research · Reliable sources) · Mediation |
| **Other noticeboards and assistance** | New contributors' (Teahouse) · Asking questions (Help desk · Reference desk) · Requests for help (Adopt-a-user · Online Ambassadors) · Copyright assistance (Copyright investigations · Text problems · Media questions) · Paid editors · Resource requests · Mergers (History mergers) · Moves (Page importation) · Spam (Blacklist · Whitelist) · Bot owners' · Education (Incidents) · New pages patrol · General sanctions · Editor sanctions · Long-term abuse |
| **Deletion discussions** | Guide (Admin) · Today · Articles · Templates · Files (Possibly unfree) · Categories · Redirects · Miscellany · Speedy · Proposed (BLP · Books) · Review (Undeletion) · Arguments to avoid · Arguments to make · Article Rescue |
| **Elections and votings** | Requests for comment (meta) · Wikimedia Foundation elections · WP Democracy (Voting is not evil · Milestones) |
| **Directories and summaries** | Departments · Edit summary legend · Editor's index · Essays · FAQs · Glossary (Abbreviations) · Help · Help hub · Manual of Style (Simplified) · Rules (Five pillars · Policies · Guidelines) · Shortcuts · Template messages (Citation templates) · Tips (Today) · Tools · Wikis · Wiki markup |

Retrieved from "https://en.wikipedia.org/w/index.php?title=Wikipedia:About&oldid=705736308"

Categories:  Wikipedia basic information

- This page was last modified on 19 February 2016, at 07:11.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

**Exhibit 14-C**



# Wikipedia:Stub

From Wikipedia, the free encyclopedia



Before proposing or creating a new type of stub, please read How to propose a new stub type.



**This page documents an English Wikipedia editing guideline.** It is a generally accepted standard that editors should attempt to follow, though it is best treated with common sense, and occasional exceptions may apply. Any substantive edit to this page should reflect consensus. When in doubt, discuss first on the talk page.



**This page in a nutshell:** An article too short to provide more than rudimentary information about a subject should be marked as a **stub** by adding a **stub template** from the list here to the end of the article. Anyone can edit a stub article, or remove a stub template from an article which is no longer a stub.

A **stub** is an article deemed too short to provide encyclopedic coverage of a subject. The objective of this page is to provide a general guide for dealing with stubs.

The first section, *Basic information*, contains information that is recommended for most users. The second section, *Creating stub types*, contains more specialized material.

**NOTE: This page is NOT for proposing new stub articles. To do that, please visit**

## Manual of Style (MoS)

[                    ]

**Search the MoS**

### Content

Accessibility · Article message boxes · Biographies · Disambiguation pages · Infoboxes · Linking · Self-references · Words to watch

### Formatting

Abbreviations · Capitalization · Dates and numbers · Pronunciation · Proper names · Spelling · Text formatting · Titles

**Exhibit 14-D**

Case: 4:14-cr-00175-AGF   Doc. #: 223-14   Filed: 03/09/16   Page: 23 of 33 PageID #: 1380

## Wikipedia:Articles for creation.

Existing stub categories can be found at Wikipedia:WikiProject Stub sorting/Stub types.

# Contents

- 1 Basic information
  - 1.1 How big is too big?
  - 1.2 Creating and improving a stub article
  - 1.3 How to mark an article as a stub
  - 1.4 Removing stub status
  - 1.5 Locating stubs
- 2 Creating stub types
  - 2.1 Example
  - 2.2 Guidelines
  - 2.3 New stub templates
  - 2.4 New stub categories
- 3 Stubbing existing articles

**Images**

Captions · Galleries · Icons · Images

**Layout**

Layout · Lead section · Tables · Trivia sections

**Lists**

Embedded lists · Lists · Lists of works · Road junctions · Stand-alone lists

**Legal**

Legal · Trademarks

**By topic area**

**Arts**

Comics · Film · Lyrics and Poetry · Novels · Philosophy · Television · Visual arts · Writing about fiction

**Music**

Music samples · Record charts · Stringed instruments · Category

**Regional**

Specific naming conventions
Canada · China · France · Hawaii · India · Ireland · Japan · Korea · Philippines · Poland · Singapore · Trinidad and Tobago

**Religion**

Islam · Latter Day Saints

**Science**

Chemistry · Computer science · Computing · Mathematics · Medicine · Taxonomy

**Sports**

**Exhibit 14-D**

4 Stub types, WikiProjects, and Assessment templates

■

5 Tools

■

6 See also

Cue sports · Snooker

**Related guidelines**

Article size · Article titles ·
Categories, lists, and navigation templates ·
Categorization · Citing sources · Hatnotes ·
Military history · Signatures · Subpages ·
Talk page guidelines · Template namespace ·
Understandability · User pages ·
Wikimedia sister projects · WikiProjects

**Overview · Directory · Tips**

# Basic information

A **stub** is an article that, although providing some useful information, is too short to provide encyclopedic coverage of a subject, and that is capable of expansion. Non-article pages, such as disambiguation pages, lists, categories, templates, talk pages, and redirects, are not regarded as stubs.

If a stub has little verifiable information, or if its subject has no apparent notability, it may be deleted or be merged into another relevant article.

While a "definition" may be enough to qualify an article as a stub, Wikipedia is not a dictionary. The distinction between dictionary and encyclopedia articles is best expressed by the use–mention distinction:

- A dictionary article is *about* a word or phrase and will often have several *different* definitions for it
- An encyclopedia article is *about the subject denoted by the title* but usually has only *one definition* (or in some cases, several definitions that are largely the *same*) but there may be *several equivalent words (synonyms) or phrases for it.*

| WikiProject Stub sorting | |
| --- | --- |
| **Information** | |
| Project page | talk |
| - Stub types (sections) | talk |
| - Stub types (full list) | talk |
| - To do | talk |
| - Naming conventions | talk |
| - Stub redirects | talk |
| **Wikipedia:Stub** | talk |
| **Discussion** | |
| Criteria (A) | talk |
| Proposals (A) | talk |
| *- Current month* | |
| Discoveries (A) | talk |
| *- Current month* | |
| Deletion (Log) | talk |
| **Category** | |

**Exhibit 14-D**

Case: 4:14-cr-00175-AGF Doc. #: 122-14 Filed: 03/09/16 Page: 25 of 33 PageID #: 1382

Sizable articles are usually not considered stubs, even if they have significant problems or are noticeably incomplete. With these larger articles, a cleanup template is usually added instead of a stub template.

## How big is too big?

Over the years, different editors have followed different rules of thumb to help them decide when an article is likely to be a stub. Editors may decide that an article with more than ten sentences is too big to be a stub, or that the threshold for another article may be 250 words. Others follow the Did you know? standard of 1,500 characters in the main text. AutoWikiBrowser is frequently set to automatically remove stub tags from any article with more than 500 words.

**There is no set size at which an article stops being a stub.** While very short articles are very likely to be stubs, there are some subjects about which very little can be written. Conversely, there are subjects about which a lot could be written, and their articles may still be stubs even if they are a few paragraphs long. As such, it is impossible to state whether an article is a stub based solely on its length, and any decision on the article has to come down to an editor's best judgement (the user essay on the Croughton-London rule may be of use when trying to judge whether an article is a stub). Similarly, stub status usually depends on the length of prose text alone –

| Wikipedia:Processes |
|---|
| **Article creation** |
| **Introductory** |
| Getting started with Wikipedia |
| Article wizard |
| Your first article |
| **Suggested articles** |
| Most-wanted articles |
| Requested articles |
| Images needing articles |
| **Concepts and guidelines** |
| Standard layout |
| Lead section |
| Sections |
| **Stub articles** |
| Categorization |
| **Development processes** |
| Article development |
| Moving a page |
| Merging articles |
| Featured article criteria |
| The perfect article |
| **Meta tools and groups** |
| WikiProject: Articles for creation |
| *Special:NewPages* |
| *New pages patrol* |
| *New articles by topic* |
| *Recent additions* (DYK) |

lists, templates, images, and other such peripheral parts of an article are usually not considered when judging whether an article is a stub.

**Exhibit 14-D**

Case: 4:14-cr-00175-AGF    Doc. #: 22-14    Filed: 03/09/18    Page: 26 of 33 PageID #: 1383

# Creating and improving a stub article

*See also: Wikipedia:Writing better articles*

Any registered editor may start a stub article.

When you write a stub, bear in mind that it should contain enough information for other editors to expand upon it. The key is to provide adequate *context*—articles with little or no context usually end up being speedily deleted. Your initial research may be done either through books or reliable websites. You may also contribute knowledge acquired from other sources, but it is useful to conduct some research beforehand to ensure that your facts are accurate and unbiased. Use your own words: directly copying other sources without giving them credit is plagiarism, and may in some cases be a violation of copyright.

Begin by defining or describing your topic. Avoid fallacies of definition. Write clearly and informatively. State, for example, what a person is famous for, where a place is located and what it is known for, or the basic details of an event and when it happened.

Next, try to expand upon this basic definition. Internally link relevant words, so that users unfamiliar with the subject can understand what you have written. Avoid linking words needlessly; instead, consider which words may require further definition for a casual reader to understand the article.

Lastly, a critical step: add sources for the information you have put into the stub; see citing sources for information on how to do so in Wikipedia.

## How to mark an article as a stub

After writing a short article, or finding an unmarked stub, you should insert a *stub template*. Choose from among the templates listed at **Wikipedia:WikiProject Stub sorting/Stub types**.

Per the manual of style, the stub template is placed at the *end* of the article, *after* the *External links* section, any navigation templates, and the category tags, so that the stub category will appear after all article content. It is usually desirable to leave two blank lines between the first stub template and whatever precedes it. As with all

**Exhibit 14-D**

Case: 4:14-cr-00175-AGF   Doc. #: 2-14   Filed: 03/09/16   Page: 27 of 33 PageID #: 1384

templates, stub templates are added by simply placing the name of the template in the text between double pairs of curly brackets (e.g., {{Wikipedia-stub}}). Stub templates are transcluded, *not* substituted.

Stub templates have two parts: a short message noting the stub's topic and encouraging editors to expand it, and a category link, which places the article in a *stub category* alongside other stubs on the same topic. The naming for stub templates is usually *topic-stub*; a list of these templates may be found here. You need not learn all the templates—even simply adding {{stub}} helps (see this essay for more information). The more accurately an article is tagged, however, the less work it is for other sorters later, and the more useful it is for editors looking for articles to expand.

If an article overlaps several stub categories, more than one template may be used, but it is strongly recommended that only those relating to the subject's main notability be used. A limit of three or, if really necessary, four stub templates is advised.

Stub-related activities are centralised at Wikipedia:WikiProject Stub sorting (shortcut Wikipedia:WSS). This project should be your main reference for stub information, and is where new stub types should be proposed for discussion prior to creation.

## Removing stub status

Once a stub has been properly expanded and becomes a larger article, any editor may remove its stub template. No administrator action or formal permission is needed. Stub templates are usually located at the bottom of the page, and usually have a name like {{something-stub}} if you are using the classic wikitext editor rather than VisualEditor.

Many articles still marked as stubs have in fact been expanded beyond what is regarded as stub size. If an article is too large to be considered a stub but still needs expansion, the stub template may be removed and appropriate {{expand section}} templates may be added (no article should contain both a stub template and an expand template).

Be bold in removing stub tags that are clearly no longer applicable.

## Locating stubs

**Exhibit 14-D**

- Category:Stub categories *the main list of stub categories and of articles contained within them*
- Category:Stubs *deprecated, but still receives a few articles periodically*
- Special:Shortpages

# Creating stub types

**Please propose new stub types at WikiProject Stub sorting/Proposals so that they may be discussed before creating them.**

In general, a *stub type* consists of a *stub template* and a dedicated *stub category*, although "upmerged" templates are also occasionally created which feed into more general stub categories.

If you identify a group of stub articles that do not fit an existing stub type, or if an existing stub category is growing very large, you can propose the creation of a new stub type which is debated at Wikipedia:WikiProject Stub sorting/Proposals.

## Example

An example of a stub template is {{Writer-stub}}, which produces:

*This article about a writer, poet or playwright is a stub. You can help Wikipedia by expanding it (https://en.wikipedia.org/w/index.php? title=Wikipedia:Stub&action=edit).*

The stub category, Category:Writer stubs, lists all articles containing the {{Writer-stub}} template.

## Guidelines

Several guidelines are used to decide whether a new stub type is useful. These include the following:

1. Is there a stub type for this topic already? (Check Wikipedia:WikiProject Stub sorting/Stub types.)
2. Will the new type be well-defined? (Stub categories are a tool used by editors to expand articles. Good topic definition makes stubs easier to sort accurately.)

**Exhibit 14-D**

Case: 4:14-cr-00175-AGF   Doc. #: 22-14   Filed: 03/09/16   Page: 29 of 33 PageID #: 1386

3. Does the new stub type cover ground not covered by other type, or create a well-defined subtype that does?
4. Will there be a significant number of existing stubs in this category? (Ideally, a newly created stub type has 100–300 articles. In general, any new stub category should have a *minimum* of 60 articles. This threshold is modified in the case of the *main* stub category used by a WikiProject.)
5. Would your new stub type overlap with other stub types? (Stub types form a hierarchy and as such are usually split in specific ways. Compare other stub splits at Wikipedia:WikiProject Stub sorting/Stub types.)
6. If you are breaking a subtype out of an existing type, will the new creation reduce the size of the parent by a significant amount? (This is not an absolute necessity, but is often a catalyst for the creation of stub categories. Stub categories containing over 800 articles are typically considered to be "over-sized", and in need of such sub-types.)

If you think you have satisfied these guidelines, it is *highly recommended* that you propose the new stub type at stub type proposals page. This allows for debate on matters relating to the stub type that may not have occurred to the proposer, and also allows for objections if the split does not satisfy stub guidelines. If there are no objections within five days, you may create the new stub type.

## New stub templates

Once the creation of a new stub type has been discussed at Wikipedia:WikiProject Stub sorting/Proposals and agreed upon, a template can be created. The name of this should follow the stub type naming conventions, and will usually be decided during the discussion process.

All stub templates should link to a stub category. This may be a category specific to the topic of the template, or the template might be "upmerged" to one or more less specific categories – for example, a template for Andorran history might link to a stub category for European history and a general Andorran stub category. This is often thought to be desirable when a stub type is proposed in anticipation of future use, but is not currently over the size threshold; or where an existing stub type has a finite number of well-defined subdivisions, with some numerically viable as subtypes, and others not.

**Exhibit 14-D**

Case: 4:14-cr-00175-AGF Doc. #: 221-14 Filed: 03/03/16 Page: 30 of 33 PageID #: 1387

Adding a small image to the stub template (the "stub icon") is generally discouraged because it increases the strain on the Wikipedia servers but may be used, so long as the image must be public domain or have a free license – fair use images must not be used in templates. Stub icons should be small, preferably no more than about 40px in size.

The standard code for stub templates is found at: {{asbox}}. This template can be used (**without** substitution).

## New stub categories

The name of the stub category should also have been decided during the proposal process and will also follow the naming guidelines.

The text of a stub category should contain a definition of what type of stubs are contained in it and an indication of what template is used to add stubs to it. The {{WPSS-cat}} template should also be placed on the category, to indicate that it has been created after debate at Wikipedia: WikiProject Stub sorting/Proposals. The new stub category should also be added to the Wikipedia:WikiProject Stub sorting/Stub types list.

The new stub category should be correctly added into other categories. These should include at least three specific categories:

- The analogous permanent category ("permcat")
- At least one higher level ("parent") stub category
- Category:Stub categories

Thus, for example, Category:France stubs, should be in an equivalent permcat (Category:France), parent stub category (Category:Europe stubs), and Category:Stub categories.

The creation of stub categories can be partially automated by using {{Stub category}} as follows:

`{{Stub category|article=[[A]]|newstub=B|category=C}}`

> A: Insert the description of the category here.
> B: Insert the name of the new stub template here.

**Exhibit 14-D**

2/29/2016
Wikipedia:Stub - Wikipedia, the free encyclopedia
Case: 4:14-cr-00175-AGF   Doc. #: 221-14   Filed: 03/09/16   Page: 31 of 33 PageID #: 1388

c: Insert the name of an appropriate parent non-stub category.

In the example given above, the formatting would look like this:

`{{Stub category|article=[[France]]|newstub=France-stub|category=France}}`

which would produce this:


This category is for **stub articles** relating to France. You can help by expanding them.
To add an article to this category, use `{{France-stub}}` instead of `{{stub}}`.

This syntax also automatically adds the new category to Category:Stub categories, though parent stub categories and `{{WPSS-cat}}` still need to be added manually. It also automatically pipes the stub category with "Σ", so that appears at the end of the list of subcategories in non-stub category C. This effectively moves it away from navigation categories to place it alongside other editing- and cleanup-related categories.

*If you have some doubts or comments regarding any part of the process, do not hesitate to address them at Wikipedia talk:WikiProject Stub sorting.*

# Stubbing existing articles

On occasion, an article may have significant problems that create opportunities to remove most of its content. This may be done in response to an article that is heavily biased, either for or against its subject; in response to an article that has some verifiable material but is otherwise full of original research, self-published, or primary sources; in response to an OTRS complaint; or a variety of other reasons.

If enough content is removed that all that remains is a stub, a stub template should be added to the article, if it does not already have one.

# Stub types, WikiProjects, and Assessment templates

**Exhibit 14-D**
https://en.wikipedia.org/wiki/Wikipedia:Stub
10/12

When a new WikiProject commences, one of the first things its creators often do is decide whether or not a specific stub type should be created for it. Often there is no real problem, as WikiProject topics frequently coincide with subjects of specific stub types. On other occasions, there will be no specific stub type, and thus a new type should be proposed.

Occasionally, a WikiProject will seek to have a stub type which runs contrary to the way stubs are normally split, and this can create conflict between that project and WikiProject Stub sorting, or, more importantly, between that one stub type and one or more *other* stub types. Even where there is an existing stub type, there may be conflict, as often the definition of a topic as used for stub sorting may not be identical to that used by its specific WikiProject. It should be remembered in cases like this that, while a specific WikiProject may be looking for a solution for its concerns, WikiProject Stub sorting is attempting to make a coherent and cohesive system that works for *all* editors. The system needs to be as compatible as possible with the needs of *all* WikiProjects, and also with the needs of casual editors who are not part of any WikiProject.

Assessment templates are a way around this problem, and more often than not a far more useful tool for WikiProjects. Assessment templates have several distinct advantages over stub types for WikiProjects. The templates are placed on article talk pages, where they are less likely to be seen as controversial (the placing of stub templates on controversial articles has frequently been a source of edit warring). They allow all articles within a topic area to be assessed and catalogued by a related project – not just stub articles. They allow an indication to be made of exactly what work needs to be done on an article. They also allow workgroups that are subgroups of WikiProjects to have their own specific templates that are better suited to their tasks.

# Tools

Several tools are available for helping to locate and sort stubs, including AutoWikiBrowser.

# See also

- Wikipedia:A3, a speedy deletion criterion for very short stub articles



Meta has related information at: *Stub*

**Exhibit 14-D**

Case: 4:14-cr-00175-AGF    Doc. #: 22-14 Filed: 03/09/18 Page: 33 of 33 PageID #: 1390

- Wikipedia:Stub Makers
- List of stub templates (or the easier-to-load list of subpages here)
- Wikipedia:WikiProject Lists
- Wikipedia:Requested articles
- Wikipedia:Most wanted articles
- Wikipedia:When to use the generic stub tag
- Wikipedia:Writing better articles for help expanding stubs.

Retrieved from "https://en.wikipedia.org/w/index.php?title=Wikipedia:Stub&oldid=696884710"

Categories:  Wikipedia editing guidelines │ Wikipedia how-to

---

- This page was last modified on 26 December 2015, at 17:36.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

**Exhibit 14-D**