UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:14CR00175 AGF (DDN) |
| | ) | |
| MARK PALMER, | ) | |
| SAMUEL LEINICKE, | ) | |
| CHARLES WOLFE, a/k/a "Chuck Wolfe," | ) | |
| ROBERT WOLFE, and | ) | |
| JOSEPH GABRICK | ) | |
| | ) | |
| Defendants. | ) | |

**GOVERNMENT'S MOTION FOR ADDITIONAL TIME TO FILE RESPONSE TO DEFENDANTS' MOTIONS AND REQUEST TO CONTINUE THE EVIDENTIARY HEARING**

Comes now the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and James C. Delworth, Jennifer Winfield, and Erin Granger, Assistant United States Attorneys for said District, and for its Motion for Additional Time to File Responses to Defendants' Motion to Suppress Evidence (Doc. No. 225) and Defendants' Request for a *Franks* Hearing (Doc. No. 224), as well as its Request to Continue the currently scheduled evidentiary hearing states as follows:

1. Defendants are charged with *inter alia,* conspiracy to distribute and to possess with the intent to distribute Schedule I controlled substances and Schedule I controlled substance analogues intended for human consumption and conspiracy to introduce misbranded drugs into interstate commerce.

2. On October 7, 2015, the Court ordered that any motions to suppress should be filed no later than December 15, 2015.  See Doc. 180.

1

3. On October 31, 2015, Defendants filed a motion to continue the deadline for filing pretrial motions to January 13, 2016 (Doc. 190) which was granted by the Court.

4. On January 13, 2016, Defendants filed another motion to continue the deadline for filing pretrial motions to February 16, 2016 (Doc. 203).  The Court granted this request.

5. On February 10, 2016, Defendants filed a third motion to continue the deadline for filing pretrial motions until March 1, 2016 (Doc. 207) which was granted by the Court.

6. On March 1, 2016, Defendants filed a fourth motion to continue the deadline for filing pretrial motions until March 8, 2016 (Doc. 222) which was granted by the Court.

7. On March 8, 2016, Defendants filed a motion to suppress evidence obtained pursuant to numerous search warrants (Doc. 225) and request for a *Franks* hearing.

8. Presently, the Court has set the evidentiary hearing for April 20, 2016 at 10 A.M.

9. Currently, counsel for the Government are preparing for trial in United States v. Richard Gross, (4:14 CR00187 JAR) which is scheduled for trial before the Honorable John A. Ross on April 4, 2016.  The Government expects over twenty witnesses to testify in its case-in-chief.  Due to the preparation for this, as well as the undersigned's additional workload, the Government requests additional time in which to respond as well as a continuance of the evidentiary hearing.  This is the Government's first request to continue the time to file a response to Defendants' motion to suppress and request for *Franks* hearing.

WHEREFORE, Counsel for the Government respectfully request this Honorable Court to grant the government an extension of time, up to and including **May 13, 2016**, in which to file responses to Defendants' motion to suppress and request for *Franks* hearing.  The Government also respectfully requests this Court to set the hearing at a date following May 13, 2016.

        Respectfully submitted,

        RICHARD G. CALLAHAN
        United States Attorney

        *s/ Erin Granger*
        ERIN GRANGER, #53593MO
        Assistant United States Attorney
        111 South 10th Street, Room 20.333
        St. Louis, MO 63102
        (314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2016, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

        *s/ Erin Granger*
        ERIN GRANGER, #53593MO
        Assistant United States Attorney