UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:14 CR 175 AGF  / DDN |
| | ) |
| MARK PALMER, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER SETTING CONFERENCE WITH COUNSEL**
**REGARDING FRANKS HEARING**

**IT IS HEREBY ORDERED** that a conference with counsel for all parties regarding counsel's request for information about the conduct of requested hearing on the joint motion of defendants pursuant to *Franks v. Delaware* is set for **Friday, May 20, 2016, at 2:00 p.m.**

　　　　　　　　　　　　　　　　　　　　　　　　/s/ David D. Noce　　　　　　　　
　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**

Signed on May 19, 2016.