UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

**Date** 5/20/16     **Judge** Noce     **Case No.** 4:14-cr-00175 AGF-DDN

**UNITED STATES OF AMERICA** v. Mark Palmer. Samuel Leinicke, Charles Wolf, Robert Wolfe, Joseph Gabrick

Court Reporter: FTR GOLD     Deputy Clerk: JBernsen

Assistant United States Attorney(s): Jim Delworth, Jennifer Winfield

Attorney(s) for Defendant(s): Shelby Cowley, Zachary Borowiak, Jason Korner, Christopher Threlkeld, J. Willam Lucco, James Crowe

Interpreter: ☐ SEALED PROCEEDING

**Proceedings:**

- ☐ Initial Appearance
  - ☐ Supervised Release Revocation
- ☐ Arraignment
- ☐ Preliminary Examination
- ☐ Motion Hearing
  - ☐ Evidentiary Hearing
  - ☐ Oral Argument/Non Evidentiary Hearing
- ☐ Detention Hearing
  - ☐ Bond Review
- ☐ Bond Revocation
- ☐ Bond Execution/Appearance Bond
- ☐ In Court Hrg (**WAIVER OF MOTIONS**)
- ☐ Change of Plea/Sentencing
- ☐ Rule 5(c)(3)Removal (Identity)
- ☐ Preliminary Rev.
  - ☐ Probation
  - ☐ Supervised Release
- ☐ Competency
- ☒ Pretrial/Status Conf.
- ☐ Sentencing
- ☐ Material Witness

Counsel Only. Parties present for status conference regarding defendant's Motion for Hearing Pursuant to Franks v Delaware. Evidentiary hearing remains set for 5/27/16 @ 9:00AM before Magistrate Judge Noce.

☐ Oral Motion for appointment of counsel (GRANTED)     ☐ Defendant is advised of rights/indicates understanding of those rights.
☐ Bail/Bond set in the amount of: $ _____     ☐ Secured Appearance Bond     ☐ Secured by 10%
  ☐ Secured by cash **only**     ☐ Secured by property     ☐ Unsecured bond     ☐ O/R bond
☐ Government filed motion for pretrial detention. Detention hearing scheduled for _____ Before _____
☐ Preliminary Revocation     ☐ Preliminary Examination set for _____ Before _____
☐ Defendant arraigned     ☐ Waives reading of indictment/information     ☐ Matter taken under advisement
Plea entered: Not Guilty     Order on pretrial motions: ☐ issued     ☐ to issue
  ☐ Written Motion for Extension of Time to File Pretrial Motions
  ☐ Oral Motion for Suppression
  ☐ Oral Motion for Determination of Arguably Suppressible Evidence by Govt
☐ Defendant waives _____     ☐ order to issue     ☐ oral ruling
☐ Defendant waives evidentiary hearing     ☐ By leave of court withdraws all pretrial motions
Trial date/time _____ Before _____
Final Supervised Release Revocation Hearing set for _____ Before _____
  ☐ Remanded to custody     ☐ Released on bond
Next hearing date/time _____ Type of hearing _____ Before _____
Proceeding commenced 2:08PM     Proceeding concluded 2:24PM     Continued to _____