UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

**Date** 5/27/16    **Judge** Noce    **Case No.** 4:14-cr-00175-AGF-DDN

**UNITED STATES OF AMERICA** v. Mark Palmer, Samuel Leinicke, Charles Wolf (present), Robert Wolfe

Court Reporter: FTR GOLD    Deputy Clerk: JBernsen

Assistant United States Attorney(s): Jim Delworth, Erin Granger

Attorney(s) for Defendant(s): R. Tyson Mutrux, Shelby Cowley, Jason Korner, Christopher Threlkeld, J. William Lucco, Zachary Borowiak

Interpreter: ☐ SEALED PROCEEDING

**Proceedings:**

- ☐ Initial Appearance
  - ☐ Supervised Release Revocation
- ☐ Arraignment
- ☐ Preliminary Examination
- ☒ Motion Hearing
  - ☒ Evidentiary Hearing
  - ☐ Oral Argument/Non Evidentiary Hearing
- ☐ Detention Hearing
  - ☐ Bond Review
- ☐ Bond Revocation
- ☐ Bond Execution/Appearance Bond
- ☐ In Court Hrg (**WAIVER OF MOTIONS**)
- ☐ Change of Plea/Sentencing
- ☐ Rule 5(c)(3) Removal (Identity)
- ☐ Preliminary Rev.
  - ☐ Probation
  - ☐ Supervised Release
- ☐ Competency
- ☐ Pretrial/Status Conf.
- ☐ Sentencing
- ☐ Material Witness

Parties present for evidentiary hearing on all pending Motions to Suppress and Motion for Hearing Pursuant to Franks v Delaware. Arguments heard re Motion to Suppress Evidence (doc #225) and Motion for Hearing Pursuant to Franks (doc #224). The Court GRANTS the defendant's motion for leave to file supplemental briefs on pending motions to dismiss. Briefs due 1 week from today. Govt's Response due 1 week from filing of brief. Matter taken under submission.

- ☐ Oral Motion for appointment of counsel (GRANTED)    ☐ Defendant is advised of rights/indicates understanding of those rights.
- ☐ Bail/Bond set in the amount of: $ _____    ☐ Secured Appearance Bond    ☐ Secured by 10%
  - ☐ Secured by cash **only**    ☐ Secured by property    ☐ Unsecured bond    ☐ O/R bond
- ☐ Government filed motion for pretrial detention.  Detention hearing scheduled for ____ Before ____
- ☐ Preliminary Revocation    ☐ Preliminary Examination set for ____ Before ____
- ☐ Defendant arraigned    ☐ Waives reading of indictment/information    ☐ Matter taken under advisement
- Plea entered: Not Guilty    Order on pretrial motions: ☐ issued  ☐ to issue
  - ☐ Written Motion for Extension of Time to File Pretrial Motions
  - ☐ Oral Motion for Suppression
  - ☐ Oral Motion for Determination of Arguably Suppressible Evidence by Govt
- ☐ Defendant waives ____    ☐ order to issue    ☐ oral ruling
- ☐ Defendant waives evidentiary hearing    ☐ By leave of court withdraws all pretrial motions

Trial date/time ____ Before ____
Final Supervised Release Revocation Hearing set for ____ Before ____

☐ Remanded to custody    ☒ Released on bond

Next hearing date/time ____    Type of hearing ____    Before ____

Proceeding commenced 9:06AM/9:48AM    Proceeding concluded 9:19AM/11:12AM    Continued to ____