# EXHIBIT LIST

Style: *USA v Mark Palmer, Samuel Leinicke, Charles Wolfe, Robert Wolfe*
Case Number: **4:14cr175 AGF-DDN**

| π EX NO. | Δ EX NO. | ID DATE | BY (W #) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | Archer Drive Affidavit | |
| 2 | | | | | | Yahoo Email Affidavit | |
| 3 | | | | | | Winding Stair Affidavit | |
| | A (Joint) | | | | | Summary Comparison of Search Warrant Affidavits (doc #227-10) | |

☐ EXHIBITS RETURNED TO COUNSEL     EXHIBITS RETAINED BY COURT

π = plaintiff     Δ = defendant     **ID** = first date exhibit is used     **W#** = first witness to ID exhibit

**OBJ** = Objection  write " Obj" in red     **ADMITTED** = use ✔ and date

PAGE __1__ OF __1__