UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:14 CR 175 AGF / DDN |
| ) | |
| MARK PALMER, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER FOR TRANSCRIPT

**IT IS HEREBY ORDERED** that the hearing before the undersigned on May 27, 2016 in this action be transcribed from the court's FTR Gold recording system for the sole use of the undersigned.  This transcript must be expedited.

           /S/   David D. Noce_____
**UNITED STATES MAGISTRATE JUDGE**

Signed on May 27, 2016.