# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

## COURTROOM MINUTE SHEET CRIMINAL PROCEEDINGS

Date  June 16, 2016          Case No.    4:14CR175-AGF/DDN-1

UNITED STATES OF AMERICA vs. Mark Palmer
Judge Noelle C. Collins          Court Reporter FTR Gold
Deputy Clerk N. Blasko          Interpreter N/A
Assistant United States Attorney(s)    Erin Granger and Jennifer Winfield
Attorney(s) for Defendant  Shelby Cowley

**Parties present for** Status Conference regarding bond violation.  The Government presents its arguments for electronic monitoring.  Defense Counsel presents arguments against electronic monitoring.  The Government calls Pretrial Officer Deena Siler to the witness stand to testify in favor of electronic monitoring or transfer of supervision to the Southern District of Illinois.  The Court takes the matter under submission.  Order to issue.

Defendant is      **X** Released on **BOND**      ☐ Remanded to **CUSTODY**

Proceedings Commenced 10:38 a.m.      Proceedings Concluded  10:51 a.m.