UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:14-CR-00175-AGF |
| MARK PALMER, SAMUEL LEINICKE, CHARLES WOLFE, and ROBERT WOLFE, | ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on the Government's Motion for Additional Time to File Response to Defendants' Objections to Report and Recommendations (Doc. No. 283). Defendants have not objected to the motion. For good cause shown,

**IT IS HEREBY ORDERED** that the Government's Motion for Additional Time to File Response to Defendants' Objections to Report and Recommendations (Doc. No. 283) is **GRANTED**. The Government shall have to and including **September 26, 2016** to file a Response. I find, pursuant to 18 U.S.C. §3161(h)(7), and due to the complexity and number of issues raised, that the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that therefore any time elapsed is excludable time under the Speedy Trial Act.

Dated this 6th day of September, 2016.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE